1  HARMEET K. DHILLON (SBN: 207873)
2  harmeet@dhillonlaw.com
   MICHAEL A. COLUMBO (SBN: 271283)
3  mcolumbo@dhillonlaw.com
   MARK P. MEUSER (SBN: 231335)
4  mmeuser@dhillonlaw.com
   DHILLON LAW GROUP INC.
5  177 Post Street, Suite 700
6  San Francisco, California 94108
   Telephone: (415) 433-1700
7
8  DAVID A. WARRINGTON*
   dwarrington@dhillonlaw.com
9  CURTIS M. SCHUBE*
   cschube@dhillonlaw.com
10 DHILLON LAW GROUP INC.
   2121 Eisenhower Avenue, Suite 402
11 Alexandria, VA 22314
12
   *Admission *Pro Hac Vice* forthcoming
13

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>Defendants. | Case Number: 5:22-cv-00501<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES** |



Plaintiffs' Certification of Interested Entities or Persons        Case No.: 5:22-cv-00501

**Certification of Interested Entities or Persons**

Pursuant to Civil L.R. 3-15, Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., a non-profit corporation and MARK SIKES, an individual (collectively "Plaintiffs") hereby certify that as of this date, other than the named parties, there is no such interest to report.

Dated: January 25, 2022                                   DHILLON LAW GROUP INC.

By:  /s/ Harmeet K. Dhillon
Harmeet K. Dhillon
Michael A. Columbo
Mark P. Meuser
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, California 94108
(415) 433-1700

David A. Warrington*
Curtis M. Schube*
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, CA 22314

*Admission *pro hac vice* forthcoming

*Attorneys for Plaintiffs*