AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., a non-profit corporation, et al., *Plaintiff* <br> v. <br> CITY OF SAN JOSE, a public entity, et al., *Defendant* | Case No. 5:22-cv-00501-VKD |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, INC. and MARK SIKES.

Date: 01/31/2022

/s/Michael A. Columbo
*Attorney's signature*

Michael A. Columbo (CA SBN: 271283)
*Printed name and bar number*

Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
*Address*

mcolumbo@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*