JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
KAIYI A. XIE (SBN 311182)
kxie@cpmlegal.com
MELISSA MONTENEGRO (SBN 329099)
mmontenegro@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE,** in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**WAIVER OF SERVICE OF SUMMONS BY ALL DEFENDANTS**<br><br>Courtroom:   3 – 5th Floor<br>Judge:         Hon. Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

I am counsel to Defendants City of San Jose, Jennifer Maguire, and the City of San Jose City Council.

I, or the entities I represent, agree to save the expense of serving a summons and complaint in this case because we are aware of the existence of the instant suit, and of the documents electronically filed on CM/ECF on the case docket.

I understand that I, or the entities I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entities I represent, must file and serve an answer or a motion under Rule 12 within 60 days from February 7, 2022, the date on which this waiver of service was caused to be lodged with the Court and electronically served on Plaintiffs' counsel via CM/ECF on the case docket. If I fail to do so, a default judgment will be entered against me or the entities I represent.

**Parties waiving service of summons**: **City of San Jose**, **Jennifer Maguire**, in her official capacity as City Manager of the City of San Jose, and **City of San Jose City Council**.

Dated: February 7, 2022                                **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Tamarah P. Prevost*
   JOSEPH W. COTCHETT
   jcotchett@cpmlegal.com
   TAMARAH P. PREVOST
   tprevost@cpmlegal.com
   KAIYI A. XIE
   kxie@cpmlegal.com
   MELISSA MONTENEGRO
   mmontenegro@cpmlegal.com
   **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
   Burlingame, CA  94010
   Telephone:  (650) 697-6000
   Facsimile:   (650) 697-0577

   *Attorneys for Defendants*