JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
KAIYI A. XIE (SBN 311182)
kxie@cpmlegal.com
MELISSA MONTENEGRO (SBN 329099)
mmontenegro@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual,<br><br>Plaintiffs<br><br>v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**NOTICE OF APPEARANCE OF KAIYI A. XIE**<br><br>Judge:  Hon. Beth Labson Freeman<br>Complaint Filed: January 25, 2022 |

**NOTICE OF APPEARANCE OF KAIYI A. XIE;
CASE NO. 5:22-CV-00501-BLF**

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, a member of this Court in good standing, hereby appears as counsel for Defendants CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE, in her official capacity as City Manager of the City of San Jose, and the CITY OF SAN JOSE CITY COUNCIL.  Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

KAIYI A. XIE
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
kxie@cpmlegal.com

Dated:  February 7, 2022              **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Kaiyi A. Xie*
    JOSEPH W. COTCHETT
    TAMARAH P. PREVOST
    KAIYI A. XIE
    MELISSA MONTENEGRO

*Attorneys for Defendants*