# Exhibit 3



City of San José

# CITY CHARTER

Adopted in 1965 and
as Amended by Voters through November 2020

Updated February 2021

# TABLE OF CONTENTS

| ARTICLE | TITLE | PAGE |
|---|---|---|
| I | Incorporation and Succession | 1 |
| II | Powers of the City | 1 |
| III | Form of Government | 3 |
| IV | The Council | 3 |
| V | The Mayor | 13 |
| VI | Legislation | 15 |
| VII | City Manager | 18 |
| VIII | Administrative Organization | 20 |
| IX | Officers and Employees | 32 |
| X | Boards and Commissions | 34 |
| XI | Civil Service System | 40 |
| XII | Fiscal Administration | 48 |
| XIII | Franchises | 62 |
| XIV | School System | 63 |
| XV | Retirement | 64 |
| XV-A | Retirement | 69 |
| XVI | Elections | 76 |
| XVII | General Provisions | 81 |
| XVIII | Transitional Provisions | 84 |
| XIX | An Act to Limit Urban Sprawl and the Fiscal and Environmental Effects of Specified Development in Outlying Areas | 86 |
| Legislative History | | i |

Nothing in this Section shall be construed in any way as an infringement or limitation on the powers and duties of the City Manager as Chief Administrative Officer and head of the administrative branch of the City government as prescribed in other sections of this Charter. Except as otherwise provided in this Charter, the Mayor shall possess only such authority over the City Manager and the administrative branch as he or she possesses as one member of the Council.
*Amended at election November 4, 1986*

### SECTION 503.  Vice-Mayor.

At the second meeting of the Council following the end of each even-numbered year within which a Regular Municipal Election is required to be held, the Council shall elect one of its members as Vice-Mayor who, until a person is appointed to succeed him or her, or until his or her office otherwise becomes vacant, shall serve as Vice-Mayor during the temporary absence or inability of the Mayor to discharge the duties of his or her office.

In case of the temporary absence or disability of both the Mayor and Vice-Mayor, the Council shall elect one of its members to act as Mayor Pro Tempore.
*Amended at election June 6, 1972*
*Amended at election June 7, 1994*
*Amended at election November 8, 1994*

### SECTION 504.  Vacancy.

The office of Mayor shall become and be deemed vacant immediately upon the incumbent's ceasing to be a member of the Council.

# ARTICLE VI
# LEGISLATION

### SECTION 600.  Council Action; Method.

The Council shall act only by ordinance, by resolution or by motion made, seconded and adopted.  The vote on all ordinances, resolutions and motions shall be by "ayes" and "noes."  The individual vote of each member of the Council shall be entered in the minutes of the Council, except that where a vote is unanimous, it may be so recorded.  Upon request of any member, a roll-call vote shall be taken and recorded on any vote.  Whenever a roll-call vote of the Council is in order, the City Clerk shall call the names of members in alphabetical order except that the name of the presiding officer shall be called last.  All members present shall be required to vote unless disqualified from doing so by law.  All written ordinances and resolutions shall be signed by the Mayor and attested by the City Clerk.

### SECTION 601.  Council Action, Vote Required.

Except as otherwise provided elsewhere in this Charter, no ordinance, resolution or motion shall be passed, adopted, or become effective unless it receives the affirmative vote of at least either (a) four (4) members of the Council, if the vote is taken on or before December 31, 1980; or (b) six (6) members of the Council, if the vote is taken on or after January 1, 1981.
*Amended at election November 7, 1978*

### SECTION 602.  Ordinances, When Required.

The following acts of the Council shall be by ordinance:

(a) Those acts required by specific provision of this Charter to be by ordinance;

(b) Each act the violation of which will constitute a misdemeanor punishable by a fine or other penalty;

(c) Each act imposing a new or additional tax, other than the annual property tax;

(d) Each act granting a franchise.

### SECTION 603.  Ordinances, Requisites of.

Every proposed ordinance shall be introduced in writing.  The enacting clause shall be "Be it Ordained by the Council of the City of San José".  Each ordinance shall contain a title which shall state in general terms the subject or subjects contained in the ordinance.  No section of any ordinance or of any code shall be amended unless the whole section to be amended is set forth as amended.

### SECTION 604.  Ordinances, Procedure for Adoption.

Except as otherwise provided elsewhere in this Charter, and with the exception of ordinances which take effect immediately upon adoption, hereinafter referred to in this Article, no ordinance shall be adopted unless (a) it is first passed for publication of title, (b) the title of the ordinance is published as hereinafter provided in this Section, and (c) at least six (6) days have elapsed between the date it was passed for publication of title and the date it is adopted.

The title of an ordinance shall be deemed to have been "published", as said term is hereinabove used in this Section if such title is printed in a newspaper of general circulation in the City no later than the third day immediately preceding the date of its adoption.  No part of any ordinance, or proposed ordinance, other than its title, need be published.

Ordinances which take effect immediately upon adoption, hereinafter referred to in this Article, may be adopted without compliance with the above provisions of this Section.
*Amended at election June 2, 1970*

**SECTION 605.  Ordinances; Effective Date.**

Except as otherwise provided in this Charter, each adopted ordinance shall become effective at the expiration of thirty (30) days after adoption or at any later date specified therein.

The following ordinances shall take effect immediately upon adoption:

    (a)    An ordinance calling for or otherwise relating to an election;

    (b)    An ordinance declaring the amount of money necessary to be raised by taxation, or fixing a rate of ad valorem taxation or levying the annual tax on property;

    (c)    An ordinance providing for a tax levy or appropriation for the usual current expenses of the City;

    (d)    An ordinance adopted as and declared by the Council to be an urgency measure necessary for the immediate preservation of the public peace, health or safety, containing a statement of the facts constituting such urgency, if adopted by the affirmative vote of at least five (5) members of the Council if the vote occurs on or before December 31, 1980 or by not less than eight (8) members of the Council if the vote occurs on or after January 1, 1981;

    (e)    An ordinance relating to a bond issue;

    (f)    An ordinance adopted pursuant to a State law by virtue of which such ordinance shall be effective immediately.

Nothing contained in this Section shall be deemed to require an ordinance when an ordinance is not otherwise required.
*Amended at election November 7, 1978*

**SECTION 606.  Codification.**

To the extent that it has not already so done, the Council shall cause to be codified all general ordinances in force, and cause the same to be printed in book, pamphlet or loose-leaf form for the use of the City, its officers and the public.

**SECTION 607.  Code of Ethics.**

The Mayor and City Council shall adopt and maintain a Code of Ethics to provide guidance to City officers and employees in their conduct while discharging their public responsibilities.  This Code of Ethics shall include, but not be limited to, ordinances relating to the following areas of regulation:

    (a)    Limitations on and requirements for reporting of campaign contributions and post-election contributions to candidates for elected City Offices.

    (b)    Reporting and registration requirements for local government lobbyists who act to influence any governmental action of the City of San José.

    (c)    Limitations on the acceptance of gifts by City officers and employees including elected officers and members of Boards and Commissions.

    (d)    Limitations on the acceptance of honoraria by City officers including elected officials, Council appointees and members of Boards and Commissions.

    (e)    Regulations regarding disqualification of former City officers and employees in matters connected with former City duties or official responsibilities.

The Mayor, on a biennial basis beginning in 1993, shall conduct a review of the City's Code of Ethics including any ordinances relating to ethic standards.  The Mayor shall make any recommendation for amendments or changes to the Code of Ethics and its implementing ordinances to the City Council.

No amendments or changes shall be adopted which in any way lessen the ethical standard in regulations except by a two-thirds vote of the City Council.
*Added at election November 6, 1990*

### SECTION 608.

*Repealed at election June 2, 1970*

### SECTION 609.  Violation and Penalty.

The Council may make the violation of its ordinances a misdemeanor for which a violator may be prosecuted in the name of the People of the State of California and may prescribe punishment for each violation by a fine in an amount not to exceed that set by State law or by imprisonment not to exceed six (6) months, or by both fine and imprisonment.  Such violations may also be redressed by civil actions.
*Amended at election November 6, 1984*

# ARTICLE VII
# CITY MANAGER

### SECTION 700.  Appointment, Term and Compensation.

There shall be a City Manager.  The Mayor shall nominate one or more candidates for Council consideration for appointment to the position of City Manager.  The City Manager