# Exhibit 6

# SAN JOSE POST-RECORD

This space for filing stamp only

95 S MARKET ST STE 440, SAN JOSE, CA 95113
Telephone (408) 287-4866  / Fax (408) 287-2544

LEGAL PUBLICATIONS
SAN JOSE CITY CLERK
200 E. SANTA CLARA ST., 14TH FL.
SAN JOSE, CA - 95113

SJ#: 3551327

**ORDINANCE NO. 30716**
**AN ORDINANCE OF THE CITY OF SAN JOSE ADDING PART 6 TO CHAPTER 10.32 OF TITLE 10 OF THE SAN JOSE MUNICIPAL CODE TO REDUCE GUN HARM BY REQUIRING GUN OWNERS TO OBTAIN AND MAINTAIN LIABILITY INSURANCE AND ESTABLISHMENT OF ANNUAL GUN HARM REDUCTION FEE**
PASSED FOR PUBLICATION of title this 25th day of January, 2022 by the following vote:
AYES: ARENAS, CARRASCO, COHEN, ESPARZA, FOLEY, JIMENEZ, JONES, MAHAN, PERALEZ and MAYOR LICCARDO
NOES: DAVIS
ABSENT: NONE
DISQUALIFIED: NONE
SAM LICCARDO, Mayor
ATTEST: TONI J. TABER, CMC
City Clerk
1/31/22

SJ-3551327#

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California         )
County of SANTA CLARA      ) ss

Notice Type:  GORSJ - SAN JOSE ORDINANCE (1 PUB)

Ad Description:
ORD 30716

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN JOSE POST-RECORD, a newspaper published in the English language in the city of SAN JOSE, county of SANTA CLARA, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SANTA CLARA, State of California, under date 02/03/1922, Case No. 27844.  That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

01/31/2022

Executed on: 01/31/2022
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_Signature_

*A0000059 31836*

Email