# Exhibit 7

Query　Reports　Utilities　Help　Log Out

# Docket Activity Report

## U.S. District Court -- California Northern District

### Report Filed Period: 1/1/2022 - 2/4/2022

| Case Number/Title | Dates | Category/Event | Docketed by | Notes |
|---|---|---|---|---|
| 5:22-cv-00501-BLF National Association for Gun Rights, Inc. et al v. City Of San Jose et al | *Entered:* 01/25/2022 23:08:27 *Filed:* 01/25/2022 | *Category:* cmp *Event:* Complaint *Document:* 1 | H. Dhillon *Type:* aty | *Cause:* 28:1331 Federal Question: Other Civil Rights *NOS:* Civil Rights: Other *Office:* San Jose *Presider:* Beth Labson Freeman *Referral:* Virginia K. DeMarchi *Jury demand:* None *Case Flags:* ADRMOP |
| | COMPLAINT (no process) against City Of San Jose, City of San Jose City Council, Jennifer Maguire ( Filing fee $ 402, receipt number ACANDC-16839765). Filed by National Association for Gun Rights, Inc., Mark Sikes. (Attachments: # 1 Exhibits A-E, # 2 Civil Cover Sheet)(Dhillon, Harmeet) (Filed on 1/25/2022) Modified on 1/26/2022 (cjl, COURT STAFF). | | | |
| | *Entered:* 01/25/2022 23:24:37 *Filed:* 01/25/2022 | *Category:* notice *Event:* Certificate of Interested Entities, Corporate Disclosure Statement, or Rule 7.1 Disclosures *Document:* 2 | H. Dhillon *Type:* aty | |
| | Certificate of Interested Entities by National Association for Gun Rights, Inc., Mark Sikes re 1 Complaint, (Dhillon, Harmeet) (Filed on 1/25/2022) | | | |
| | *Entered:* 01/26/2022 08:11:43 *Filed:* 01/26/2022 | *Category:* utility *Event:* ~Util - Case Assigned by Intake | C. anj *Type:* crt | |
| | Case assigned to Magistrate Judge Virginia K. DeMarchi. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit E-Filing A New Civil Case at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two | | | |

| | | | | |
|---|---|---|---|---|
| | | business days Consent/Declination due by 2/9/2022 (anj, COURT STAFF) (Filed on 1/26/2022) | | |
| | *Entered:* 01/26/2022 12:33:44 *Filed* 01/26/2022 | *Category:* order *Event* Initial Case Management Scheduling Order with ADR Deadlines *Document* 4 | C. cjl *Type* crt | |
| | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 4/19/2022. Initial Case Management Conference set for 4/26/2022 01:30 PM in San Jose, Courtroom 2, 5th Floor. (cjl, COURT STAFF) (Filed on 1/26/2022)** | | | |
| | *Entered:* 01/28/2022 10:05:41 *Filed* 01/28/2022 | *Category:* misc *Event* Proposed Summons *Document:* 5 | H. Dhillon *Type:* aty | |
| | Proposed Summons. (Dhillon, Harmeet) (Filed on 1/28/2022) | | | |
| | *Entered:* 01/31/2022 10:12:28 *Filed* 01/31/2022 | *Category:* misc *Event* Consent/Declination to Proceed Before a US Magistrate Judge *Document* 6 | H. Dhillon *Type:* aty | |
| | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by National Association for Gun Rights, Inc , Mark Sikes (Dhillon, Harmeet) (Filed on 1/31/2022) | | | |
| | *Entered* 01/31/2022 12 26 50 *Filed:* 01/31/2022 | *Category* notice *Event:* Notice of Appearance *Document* 7 | M Columbo *Type* aty | |
| | NOTICE of Appearance by Michael A Columbo (Columbo, Michael) (Filed on 1/31/2022) | | | |
| | *Entered* 01/31/2022 12 43 52 *Filed:* 01/31/2022 | *Category* service *Event:* Summons Issued *Document* 8 | C cjl *Type:* crt | |
| | Summons Issued as to City Of San Jose, City of San Jose City Council, Jennifer Maguire (cjl, COURT STAFF) (Filed on 1/31/2022) | | | |
| | *Entered:* 01/31/2022 21:36:22 *Filed* 01/31/2022 | *Category:* oth_evt *Event* Clerk's Notice of Impending Reassignment - Text Only | C. amk *Type* crt | |
| | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE  The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned *This is a text only docket entry; there is no document associated with this notice.* (amk, COURT STAFF) (Filed on 1/31/2022) | | | |
| | *Entered:* 02/01/2022 | *Category:* order *Event* Order Reassigning Case ~Util  Case | C. bw *Type* crt | |

| | 07:49:20<br>*Filed:*<br>02/01/2022 | Assigned/Reassigned<br>*Document:* [10](#) | | |
|---|---|---|---|---|
| |  | **ORDER REASSIGNING CASE.** Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Beth Labson Freeman for all further proceedings. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Magistrate Judge Virginia K. DeMarchi remains as referral judge assigned to case. Reassignment Order signed by Clerk on 2/1/2022. (Attachments: # [1](#) Notice of Eligibility for Video Recording)(bw, COURT STAFF) (Filed on 2/1/2022) | | |
| | *Entered:*<br>02/02/2022<br>14:41:00<br>*Filed:*<br>02/02/2022 | *Category:* oth_evt<br>*Event:* Clerk's Notice ~Util - Set Motion and Deadlines/Hearings | C. tsh<br>*Type:* crt | |
| |  | **CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE AFTER REASSIGNMENT.**<br>Case Management Statement due by 4/21/2022. Initial Case Management Conference set for 4/28/2022 11:00 AM in San Jose, Courtroom 3, 5th Floor.<br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*<br>(tsh, COURT STAFF) (Filed on 2/2/2022) | | |

### Selection Criteria for Report

| | |
|---|---|
| **Case number** | 5:22-cv-501 |
| **Filed Date** | 1/1/2022 - 2/4/2022 |
| **Entered Date** | All |
| **Office** | All |
| **Nature of Suit** | All |
| **Cause** | All |
| **Case type** | All |
| **Case flags** | All |
| **Open Cases** | No |
| **Closed Cases** | No |
| **Event Category** | All |
| **Docket Text** | full |
| **Sort by** | case number |
| **Total Number of Docket Entries: 11** | |

### PACER Service Center
### Transaction Receipt

| | | | |
|---|---|---|---|
| | | | 02/04/2022 12:03:04 |
| **PACER Login:** | ▬ | **Client Code:** | |
| **Description:** | Docket Activity Report | **Search Criteria:** | 5:22-cv-00501-BLF Filed From: 1/1/2022 Filed To: 2/4/2022 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |