1  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
2  TAMARAH P. PREVOST (SBN 313422)
   tprevost@cpmlegal.com
3  KAIYI A. XIE (SBN 311182)
4  kxie@cpmlegal.com
   MELISSA MONTENEGRO (SBN 329099)
5  mmontenegro@cpmlegal.com
   **COTCHETT, PITRE & McCARTHY, LLP**
6  San Francisco Airport Office Center
7  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
8  Telephone:  (650) 697-6000
   Facsimile:   (650) 697-0577
9
10 *Attorneys for Defendants*

11

12                       **UNITED STATES DISTRICT COURT**

13                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                                 **SAN JOSE DIVISION**

15

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | **Case No. 5:22-cv-00501-BLF**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND**<br><br>Date:        June 2, 2022<br>Time:        9:00 AM<br>Courtroom: 3 – 5th Floor<br>Judge:       Hon. Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022 |

**[PROPOSED] ORDER**

The Court, having fully considered the papers and arguments presented by the parties and the filings in the case, and good cause having been shown, hereby GRANTS Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction.

Plaintiffs' Complaint is DISMISSED without leave to amend. The Clerk shall close the file.

Dated: _____, 2022

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE