JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
KAIYI A. XIE (SBN 311182)
kxie@cpmlegal.com
MELISSA MONTENEGRO (SBN 329099)
mmontenegro@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity**, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME UNDER CIVIL L.R. 6-3**<br><br><br>Courtroom:    3 – 5th Floor<br>Judge:           Hon. Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022<br>MTD Filed: February 7, 2022 |

On February 11, 2022, Defendants filed a Motion to Shorten Time Pursuant to Civil L.R. 6-3 and 6-1(b). Upon consideration of the papers submitted and of the Court's file in this matter, and good cause having been shown, Defendants' Motion to Shorten Time is **GRANTED**.

Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be due on February 17, 2022, and Defendants' Reply shall be due on February 24, 2022.

Defendants' Motion to Dismiss will be heard on _____, 2022, at _____.

**IT IS SO ORDERED.**

Date: _____, 2022

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE