# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No. 22-cv-00501-BLF<br><br>**ORDER TERMINATING MOTION TO DISMISS COMPLAINT AS MOOT; VACATING MOTION HEARING; AND TERMINATING MOTION TO SHORTEN TIME AS MOOT**<br><br>[Re: ECF Nos. 17, 18] |

Defendants' motion to dismiss (ECF 17) the complaint is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint (ECF 19). *See* Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)."). The June 2, 2022 hearing on the motion to dismiss is VACATED.

Defendants' motion to shorten time (ECF 18) for hearing on their motion to dismiss is TERMINATED AS MOOT in light of the termination of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: February 16, 2022

_____
BETH LABSON FREEMAN
United States District Judge