

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Curtis Michael Schube, Esq.*

### DATE OF ADMISSION

*July 6, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  April 13, 2021

*Amy J. Dreibelbis*

Amy Dreibelbis, Esq.
Deputy Prothonotary