AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., a nonprofit corporation, et al., *Plaintiff* v. CITY OF SAN JOSE, a public entity, et al., *Defendant* | Case No.  5:22-cv-00501-BLF |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs National Association for Gun Rights, Inc. and Mark Sikes.

Date:  03/04/2022

/s/Curtis M. Schube
*Attorney's signature*

Curtis M. Schube (PA license no. 325479)
*Printed name and bar number*

Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314

*Address*

Cschube@dhillonlaw.com
*E-mail address*

(703) 328-5369
*Telephone number*

(415) 520-6593
*FAX number*