1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  MICHAEL A. COLUMBO (SBN: 271283)
   mcolumbo@dhillonlaw.com
3  MARK P. MEUSER (SBN: 231335)
4  mmeuser@dhillonlaw.com
   DHILLON LAW GROUP INC.
5  177 Post Street, Suite 700
   San Francisco, California 94108
6  Telephone: (415) 433-1700
7
8  DAVID A. WARRINGTON*
   dwarrington@dhillonlaw.com
9  CURTIS M. SCHUBE (admitted *pro hac vice*)
   cschube@dhillonlaw.com
10 DHILLON LAW GROUP INC.
   2121 Eisenhower Avenue, Suite 402
11 Alexandria, VA 22314
12
   *Admission *pro hac vice* pending
13

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>Defendants. | Case Number: 5:22-cv-00501-BLF<br><br>**DECLARATION OF DAVID WARRINGTON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: July 21, 2022<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 3, 5th Floor<br>Robert F. Peckham Federal Building<br>280 South First Street, San Jose, CA<br><br>Judge: Honorable Beth Labson Freeman |



I, David A. Warrington, declare and state as follows:

1. I am over the age of 18, and an attorney at law, admitted to practice in the District of Columbia and state of Virginia and in good standing.

2. I am counsel to the National Foundation for Gun Rights and Mark Sikes, Plaintiffs in the instant action.

3. On July 14, 2021, I signed and submitted the attached cease-and-desist letter to the City of San Jose after it voted to direct City staff to draft an ordinance to impose fees on gun owners and compel them to donate to a nonprofit organization selected by the City.

4. A true and accurate copy of the July 14, 2021, letter is marked as Exhibit "B" to Plaintiffs' Motion for Preliminary Injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Alexandria, Virginia, on this 8th day of March, 2022.

By: __/s/ David A. Warrington_____
David A. Warrington