HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

DAVID A. WARRINGTON*
dwarrington@dhillonlaw.com
CURTIS M. SCHUBE (admitted *pro hac vice*)
cschube@dhillonlaw.com
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: (571) 400-2121

*Admission *pro hac vice* pending

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a nonprofit corporation, and **MARK SIKES,** an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE,** a public entity, **JENNIFER MAGUIRE,** in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>Defendants. | Case Number: 5:22-cv-00501-BLF<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing Date: July 21, 2022<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 3, 5th Floor<br>Robert F. Peckham Federal Building<br>280 South First Street, San Jose, CA<br>Judge: Honorable Beth Labson Freeman |



Pursuant to Federal Rules of Evidence Rule 201 and the inherent authority of this Court, Plaintiff National Association for Gun Rights, Inc. ("NAGR") and Mark Sikes ("Sikes") (collectively, "Plaintiffs") respectfully request that the Court take judicial notice of the documents attached hereto as Exhibits A, C-H.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Federal Rules of Evidence mandate that judicial notice be taken where "a party requests it and the court is supplied with the necessary information," Fed. R. Evid. 201(c)(2), and authorizes judicial notice "at any stage of the proceeding." Fed. R. Evid. 201(d). Moreover, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Here, the facts at issue "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," as those facts are ascertainable from the City of San Jose's public website and newspapers. Both sources are self-authenticating. Fed. R. Evid. 902(5)-(6). Courts may take judicial notice of information contained on government websites, see Hansen Beverage Co. v. Innovation Ventures, LLC, No. 08–CV–1166–IEG, 2009 WL 6597891, *2 (S.D. Cal. Dec. 23, 2009) and in news articles, see Heliotrope Gen. Inc. v. Ford Motor Co., 189 F.3d 971, 981 n. 118 (9th Cir. 1999).

Plaintiffs respectfully request that this Court take judicial notice of the following:

Exhibit A: A copy of this record of the City of San Jose is accessible from the City of San Jose's website located at https://sanjose.legistar.com/View.ashx?M=F&ID=10408108&GUID=91CACF4B-4C72-4DCE-9E36-CA477348B4C1. This document is relevant because it provides background information of the Ordinance.

Exhibit C: A copy of this newspaper article that appeared in the Los Angeles Times on January 19, 2022, can be located at https://www.latimes.com/opinion/story/2022-01-19/op-ed-new-gun-control-laws-help-congress. It is relevant because it provides background information about the Ordinance.

//

1  Exhibit D: A copy of this record of the City of San Jose is accessible from the City of San
2 Jose's website located at
3 https://sanjose.legistar.com/View.ashx?M=F&ID=10421783&GUID=133AE89A-69E1-45E9-BE91-
4 145F9DD29089. This document is relevant because it provides background information of the
5 Ordinance.

6  Exhibit E: A copy of this record of the City of San Jose is accessible from the City of San
7 Jose's website located at https://www.sanjoseca.gov/Home/Components/News/News/3707/4959. This
8 document is relevant because it provides background information of the Ordinance.

9  Exhibit F: A copy of this newspaper article that appeared in the San Francisco Chronicle on
10 January 25, 2022, as updated on January 26, 2022, can be located at
11 https://www.sfchronicle.com/bayarea/article/Gun-owners-in-San-Jose-must-buy-liability-
12 16804951.php. This newspaper article is relevant because it provides the public perception of the
13 Ordinance when it passed on January 25, 2022.

14  Exhibit G: A copy of this newspaper article that appeared in the Los Angeles Times on
15 January 25, 2022, can be located at https://www.latimes.com/california/story/2022-01-25/san-jose-
16 gun-liability-insurance. This newspaper article is relevant because it provides the public perception of
17 the Ordinance when it passed on January 25, 2022.

18  Exhibit H: A copy of this record of the City of San Jose is accessible from the City of San
19 Jose's website located at https://records.sanjoseca.gov/Ordinances/ORD30716.pdf.
20 This document is relevant because it is a final copy of the Ordinance being challenged in this matter.

21  Exhibit I: A copy of this record of the City of San Jose is accessible from the City of San
22 Jose's website located at
23 https://sanjose.legistar.com/View.ashx?M=F&ID=10413284&GUID=89193E7F-B8CF-4BA5-B995-
24 8D155A223F64. This document is relevant because it provides the source of statistics cited by the
25 City.
26 //
27 //
28 //



Exhibit J: A copy of this periodical that appeared on Slate.com on February 3, 2022, can be located at https://slate.com/news-and-politics/2022/02/san-jose-gun-law-mayor-sam-liccardo-interview.html. This periodical is relevant because it information about the history and future of the Ordinance at issue.

Pursuant to these rules, Plaintiffs hereby request that this Court take judicial notice of the documents attached hereto as Exhibits A, C-J and the contents thereof, in connection with Plaintiffs' Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support Thereof.

Date: March 8, 2022							DHILLON LAW GROUP INC.

							By: /s/ Harmeet K. Dhillon
								Harmeet K. Dhillon
								Michael A. Columbo
								Mark P. Meuser
								DHILLON LAW GROUP INC.
								177 Post Street, Suite 700
								San Francisco, California 94108
								(415) 433-1700

								David A. Warrington*
								Curtis M. Schube (admitted *pro hac vice*)
								DHILLON LAW GROUP INC.
								2121 Eisenhower Avenue, Suite 402
								Alexandria, VA 22314
								(571) 400-2121

								*Admission *pro hac vice* pending

								Attorneys for Plaintiffs

