1 | HARMEET K. DHILLON (SBN: 207873)
2 | harmeet@dhillonlaw.com
  | MICHAEL A. COLUMBO (SBN: 271283)
3 | mcolumbo@dhillonlaw.com
  | MARK P. MEUSER (SBN: 231335)
4 | mmeuser@dhillonlaw.com
5 | DHILLON LAW GROUP INC.
  | 177 Post Street, Suite 700
6 | San Francisco, California 94108
  | Telephone: (415) 433-1700
7 |
8 | DAVID A. WARRINGTON*
  | dwarrington@dhillonlaw.com
9 | CURTIS M. SCHUBE (admitted *pro hac vice*)
  | cschube@dhillonlaw.com
10 | DHILLON LAW GROUP INC.
   | 2121 Eisenhower Avenue, Suite 402
11 | Alexandria, VA 22314
12 |
   | *Admission *pro hac vice* pending
13 |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,** <br><br> Defendants. | Case Number: 5:22-cv-00501-BLF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date: July 21, 2022 <br> Hearing Time: 9:00 a.m. <br> Location: Courtroom 3, 5th Floor <br> Robert F. Peckham Federal Building <br> 280 South First Street, San Jose, CA <br><br> Judge: Honorable Beth Labson Freeman |



[Proposed] Order Granting Plaintiffs'
Motion for Preliminary Injunction                                   Case No.: 5:22-cv-00501-BLF

1    Plaintiffs' Motion for Preliminary Injunction came before the Court on July 21, 2022, at 9:00 a.m., Honorable Beth Labson-Freeman presiding. Having reviewed the papers filed in support and in opposition (if any) to this Motion, and being fully advised, the Court finds that Plaintiffs have demonstrated a likelihood of success on the merits, that Plaintiffs would suffer irreparable harm absent immediate injunctive relief, that the balance of hardships tips decidedly in Plaintiffs' favor, and that it is in the public's interest to order injunctive relief. Accordingly, the Court GRANTS Plaintiffs' Motion as follows:

1. Upon finding that Plaintiffs have carried their burden to demonstrate likelihood of success on the merits, that Plaintiffs would suffer irreparable harm absent immediate injunctive relief, that the balance of hardships tips decidedly in Plaintiffs' favor, and that it is in the public's interest to order injunctive relief, the preliminary injunction is granted.

2. The Court preliminarily restrains and enjoins Defendants, their agents, employees, and successors in office from enforcing Part 6 of Chapter 10.32 of Title 10 (§§10.32.200-10.32.250) of the City of San Jose's local ordinances (the "Ordinance").

3. This Preliminary Injunction shall take effect immediately and shall remain in effect pending trial in this action or until further order of this Court.

4. This Court finds that enforcing the Ordinance will not financially affect Defendants who do not have a financial stake in enforcing the Ordinance. Imposing a bond on Plaintiffs would further burden Plaintiffs' constitutional rights. Therefore, bond is waived.

**SO ORDERED.**

DATED this ___day of _____, 2022.

_____
Hon. Beth Labson Freeman
United States District Judge