JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
KAIYI A. XIE (SBN 311182)
kxie@cpmlegal.com
MELISSA MONTENEGRO (SBN 329099)
mmontenegro@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity**, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY KAIYI A. XIE**<br><br>Courtroom:  3 – 5th Floor<br>Judge:       Hon. Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022 |

TO:     **The Clerk of the Court and to All Parties and Counsel of Record:**

PLEASE TAKE NOTICE THAT effective March 14, 2022, Kaiyi A. Xie will no longer be associated with the law firm of Cotchett, Pitre & McCarthy, LLP and hereby withdraws as counsel for Defendants. Mr. Xie should be removed from the Court's service list with respect to this action. The law firm of Cotchett, Pitre & McCarthy, LLP continues to represent Defendants, and should continue to be reflected as counsel. All future correspondence and papers in this action should continue to be directed to Joseph W. Cotchett, Tamarah P. Prevost and Melissa Montenegro

Dated: March 14, 2022                           **COTCHETT, PITRE & McCARTHY, LLP**

By: _/s/ Kaiyi A. Xie_
    JOSEPH W. COTCHETT
    TAMARAH P. PREVOST
    KAIYI A. XIE
    MELISSA MONTENEGRO

*Attorneys for Defendants*