# Exhibit 8

COUNCIL AGENDA:   **1/25/22**
FILE:   **22-045**
ITEM:   **4.1**



CITY OF
# SAN JOSE
CAPITAL OF SILICON VALLEY

# *Memorandum*

**TO:** HONORABLE MAYOR
AND CITY COUNCIL

**FROM:** Nora Frimann
City Attorney

**SUBJECT:** **GUN HARM REDUCTION
ORDINANCE**

**DATE:** January 21, 2022

---

## SUPPLEMENTAL

## REASON FOR SUPPLEMENTAL

The attached list provides the citations for the various research and data sources used in the recitals of the proposed ordinance that is being considered at the City Council's January 25, 2022 meeting. It may be useful in Council's deliberations on the matter.


/s/
NORA FRIMANN
City Attorney

**STUDIES CITED IN GUN HARM REDUCTION ORDINANCE RECITALS**

| | Source |
|---|---|
| 1. | The Educational Fund to Stop Gun Violence. "Public Health Approach to Gun Violence Prevention." https://efsgv.org/learn/learn-more-about-gun-violence/public-health-approach-to-gun-violence-prevention/<br><br>Data sourced from Centers for Disease Control and Prevention "Underlying Cause of Death" reports https://wonder.cdc.gov/ucd-icd10.html |
| 2. | Data from the Centers for Disease Control and Prevention: https://wisqars.cdc.gov/data/explore-data/home |
| 3. | Santa Clara County Public Health. "Firearms in Santa Clara County." https://publichealth.sccgov.org/sites/g/files/exjcpb916/files/firearms-facts-2018.pdf |
| 4. | American Journal of Epidemiology. "Guns in the home and risk of a violent death in the jome: findings from a national study." https://pubmed.ncbi.nlm.nih.gov/15522849/ |
| 5. | Annals of Internal Medicine. "The Accessibility of Firearms and Risk for Suicide and Homicide Victimization Among Household Members." https://www.acpjournals.org/doi/10.7326/M13-1301 |
| 6. | The New England Journal of Medicine. "Handgun Ownership and Suicide in California." https://www.nejm.org/doi/full/10.1056/NEJMsa1916744 |
| 7. | American Academy of Pediatrics. "Guns in the Home." https://www.healthychildren.org/English/safety-prevention/at-home/Pages/Handguns-in-the-Home.aspx |
| 8. | Everytown for Gun Safety and Moms Demand Action. "Innocents Lost: A year of unintentional child deaths, June 2014." https://momsdemandaction.org/new-analysis-one-year-unintentional-child-gun-deaths-u-s-finds-nearly-two-children-killed-every-week-60-percent-higher-federal-data-reflect/ |
| 9. | Social Science and Medicine. "State-level homicide victimization rates in the US in relation to survey measures of household firearm ownership, 2001-2003." https://pubmed.ncbi.nlm.nih.gov/17070975/ |
| 10. | Journal of Urban Health. "Firearm Storage in Gun-Owning Household with Children: Results of a 2015 National Survey." https://www.thetrace.org/wp-content/uploads/2018/05/Firearm-Storage-in-Households-with-Children_JUH.pdf |
| 11. | The Educational Fund to Stop Gun Violence. "Unintentional Shootings." https://efsgv.org/learn/type-of-gun-violence/unintentional-shootings/ |

| 12. | Hartford Courant. "Sandy Hook Families Settle Lawsuits Against Lanza Estate for $1.5M." https://www.courant.com/news/connecticut/hc-sandy-hook-lawsuit-settled-20150803-story.html

Gilman & Bedigian, LLC. "Man who shot intruder in his home sued for wrongful death." https://www.gilmanbedigian.com/man-who-shot-intruder-in-his-home-sued-for-wrongful-death/

CBS News. "Burglar sues Calif. Homeowner, 90, who returned fire." https://www.cbsnews.com/news/burglar-sues-calif-homeowner-90-who-returned-fire/ |
|---|---|
| 13. | The Educational Fund to Stop Gun Violence. "Public Health Approach to Gun Violence Prevention." https://efsgv.org/learn/learn-more-about-gun-violence/public-health-approach-to-gun-violence-prevention/ |
| 14. | The Actuary. "Firearm Risk: An Insurance Perspective." https://theactuarymagazine.org/firearm-risk/ |



# The Educational Fund to Stop Gun Violence

The Educational Fund to Stop Gun Violence (Ed Fund) is a 501(c)(3) affiliate organization of the Coalition to Stop Gun Violence. We use a public health and equity lens to identify and implement evidence-based policy solutions and programs to reduce gun violence in all its forms. We seek to make gun violence rare and abnormal.

We are the gun violence prevention movement's premier research intermediary and founder of the Consortium for Risk-Based Firearm Policy (https://efsgv.org/consortium-risk-based-firearm-policy/about/), a group of academics and practitioners who collaborate to develop innovative recommendations for policymakers.

The Ed Fund makes communities safer by translating research into policy. We achieve this by engaging in policy development, advocacy, community and stakeholder engagement, and technical assistance.

# CDC WONDER

**FAQs     Help     Contact Us     WONDER Search**

## About Underlying Cause of Death, 1999-2020

Queries in WONDER will be intermittently unavailable from 8 a.m to 4 p.m ET Saturday, March 19 due to network maintenance. We apologize for your inconvenience.

**Note:** *Any use of these data implies consent to abide by the terms of the data use restrictions.*

The Underlying Cause of Death database contains mortality and population counts for all U.S. counties. Data are based on death certificates for U.S. residents. Each death certificate identifies a single underlying cause of death and demographic data. The number of deaths, crude death rates or age-adjusted death rates, and 95% confidence intervals and standard errors for death rates can be obtained by place of residence (total U.S., region, state and county), age group (single-year-of age, 5-year age groups, 10-year age groups and infant age groups), race, Hispanic ethnicity, gender, year, cause-of-death (4-digit ICD-10 code or group of codes), injury intent and injury mechanism, drug/alcohol induced causes and urbanization categories. Data are also available for place of death, month and week day of death, and whether an autopsy was performed.

**Data Use Restrictions:**

The Public Health Service Act (42 U.S.C. 242m(d)) provides that the data collected by the National Center for Health Statistics (NCHS) may be used only for the purpose for which they were obtained; any effort to determine the identity of any reported cases, or to use the information for any purpose other than for health statistical reporting and analysis, is against the law. Therefore users will:

- Use these data for health statistical reporting and analysis only.
- For sub-national geography, do not present or publish death counts of 9 or fewer or death rates based on counts of nine or fewer (in figures, graphs, maps, tables, etc.).
- Make no attempt to learn the identity of any person or establishment included in these data.
- Make no disclosure or other use of the identity of any person or establishment discovered inadvertently and advise the NCHS Confidentiality Officer of any such discovery.

> Confidentiality Officer
> National Center for Health Statistics
> 3311 Toledo Road
> Hyattsville, MD 20782
> Telephone 888-642-4159
> Email: nchsconfidentiality@cdc.gov

**Sanctions for Violating Rules:**

Researchers who violate the terms of the data use restrictions will lose access to WONDER and their sponsors and institutions will be notified. Researchers who are suspected of violating the rules may be prevented from using WONDER until an investigation can be completed. Deliberately making a false statement in any matter within the jurisdiction of any department or agency of the Federal government violates 18 USC 1001 and is punishable by a fine of up to $10,000 or up to 5 years in prison, or both.

*By clicking the "I Agree" button **I signify that I will abide by the terms of data use stated above** and understand the sanctions and legal penalties for violation of these terms of use.*

[ I Agree ]

Click Dataset Documentation for complete information about this dataset.

 **Centers for Disease Control and Prevention**
CDC 24/7: Saving Lives, Protecting People™

2020 Data Updates: Mortality data from the National Vital Statistics System (NVSS) are a fundamental source of demographic, geographic, and cause-of-death information. This is one of the few sources of health-related data that are comparable for small geographic areas and are available for a long time period in the United States.

Select the year range below to start exploring

Years

| From | To |
| --- | --- |
| 2020 ▾ | 2020 ▾ |

EXPLORE DATA BUTTON

(https://www.cdc.gov/)

(https://www.cdc.gov/about/default.htm) 1600 CLIFTON ROAD ATLANTA, GA

(https://jobs.cdc.gov/) 30329-4037 USA

800-CDC-INFO (800-232-4636),

(https://www.cdc.gov/funding/) TTY: 888-232-6348Y

(https://www.cdc.gov/Other/policies.html) EMAIL CDC-INFO

(https://wwwn.cdc.gov/dcs/RequestForm.aspx)



Santa Clara County
PUBLIC HEALTH

# Firearms in Santa Clara County

### Key findings

- In 2016, 11% of injury deaths were due to firearms injuries.
- The death rate from firearms injuries fluctuated from 2007 to 2016.
- The rate of hospitalizations for firearms injuries has decreased since 2007. The rate of emergency department (ED) visits for firearm injuries increased from 2007 to 2014.
- The rates of death, hospitalizations and emergency department visits for firearms are highest among males and African Americans.
- The rates of hospitalizations and emergency department visits are highest among adults ages 18 to 44. The rate of deaths is highest among adults ages 65 and older.
- One in 10 (11%) adult residents kept a firearm in and around the house in 2013-14.  One in 10 (11%) middle and high school students saw someone carrying a gun, knife, or other weapon on school property in the past 12 months.
- Nearly a quarter (23%) of robbery crimes involved a firearm in 2016.

### Number and age-adjusted rate of deaths from firearms injuries, 2007-2016



**Source**: Santa Clara County Public Health Department, 2007-2016 Death Statistical Master File[1]

### Number and age-adjusted rate of <u>hospitalizations</u> for firearms injuries, 2007-2014



**Source**: Office of Statewide Health Planning and Development, 2007-2014 Patient Discharge Data[1]

### Number and age-adjusted rate of <u>emergency department (ED) visits</u> for firearms injuries, 2007-2014



**Source**: Office of Statewide Health Planning and Development, 2007-2014 Emergency Department Data[1]
**Note**: In each graph above, the colored bars represent the number and the black line represents the age-adjusted rate per 100,000 people.



# Firearms in Santa Clara County

**Number, percentage, and age-adjusted/age-specific rates of <u>deaths</u> from firearms injuries by demographic characteristics, 2012-2016**

| | | Deaths | | |
|---|---|---|---|---|
| | | Average annual number of deaths± | % of deaths from firearms injuries* | Rate per 100,000 people+ |
| **Santa Clara County** | | 81 | N/A | 4.5 |
| **Gender** | Male | 72 | 89 | 8.2 |
| | Female | 9 | 11 | 1.0 |
| **Age group** | <18 | 3 | 4 | 0.7 |
| | 18-44 | 40 | 49 | 5.7 |
| | 45-64 | 25 | 30 | 5.5 |
| | 65+ | 13 | 17 | 6.8 |
| **Race/ethnicity** | African American | 4 | 5 | 8.6 |
| | Asian/Pacific Islander | 13 | 16 | 2.2 |
| | Latino | 21 | 26 | 4.3 |
| | White | 40 | 50 | 5.4 |

**Source**: Santa Clara County Public Health Department, 2012-2016 Death Statistical Master File[1]

**Number, percentage, and age-adjusted/age-specific rates of <u>hospitalizations</u> and <u>emergency department (ED) visits</u> for firearms injuries by demographic characteristics, 2010-2014**

| | | Hospitalizations | | | ED visits | | |
|---|---|---|---|---|---|---|---|
| | | Average annual number of visits± | % of hospitalizations for firearms injuries* | Rate per 100,000 people+ | Average annual number of visits± | % of visits for firearms injuries* | Rate per 100,000 people+ |
| **Santa Clara County** | | 71 | N/A | 4.0 | 91 | N/A | 5.1 |
| **Gender** | Male | 63 | 89 | 6.9 | 82 | 90 | 9.0 |
| | Female | 8 | 11 | 0.9 | 9 | 10 | 1.0 |
| **Age group** | <18 | 9 | 12 | 3.1 | 11 | 12 | 1.5 |
| | 18-44 | 53 | 76 | 14.9 | 69 | 77 | 5.8 |
| | 45-64 | 8 | 11 | 3.2 | 9 | 10 | 1.3 |
| | 65+ | -- | -- | -- | -- | -- | -- |
| **Race/ethnicity** | African American | 8 | 12 | 17.1 | 9 | 10 | 19.6 |
| | Asian/Pacific Islander | 7 | 10 | 1.1 | 11 | 12 | 1.9 |
| | Latino | 42 | 60 | 7.5 | 53 | 59 | 9.4 |
| | White | 10 | 14 | 1.6 | 13 | 15 | 2.1 |

**Source**: Office of Statewide Health Planning and Development, 2010-2014 Emergency Department Data and Patient Discharge Data[1]

**Note**: ±Represents the average annual number of deaths, hospitalizations, or ED visits in each category over a 5-year period. If the average is reported, the sum of hospitalizations or ED visits for each 5-year period is >15 cases. *Represents the percentage of deaths, hospitalizations, or ED visits in each category, e.g., the percentage of deaths or visits for firearms injuries that were male or female. +Rates for age groups are reported as age-specific rates per 100,000 people. All other rates are age-adjusted rates per 100,000 people. Numbers and percentages may not sum to county totals or 100% because some categories are not presented (race/ethnicity), due to missing data, or due to rounding. N/A indicates fields where data are not applicable. (--) indicates not reportable due to small number of deaths, hospitalizations, or ED visits.



# Firearms in Santa Clara County

**Number and percentage of <u>deaths</u>, <u>hospitalizations</u>, and <u>emergency department (ED) visits</u> for firearms injuries by <u>intent of injury</u>**

| Intent | Deaths 2007-2016 | | Hospitalizations 2010-2014 | | ED visits 2010-2014 | |
|---|---|---|---|---|---|---|
| | Average annual number of deaths | % of deaths | Average annual number of visits | % of hospitalizations | Average annual number of visits | % of ED visits |
| Unintentional | <1 | <1 | 12 | 16 | 28 | 31 |
| Self-inflicted/suicide | 46 | 59 | 4 | 6 | -- | -- |
| Assault/homicide | 28 | 36 | 52 | 73 | 45 | 50 |
| Undetermined | 1 | 2 | -- | -- | 7 | 7 |
| Legal intervention | 3 | 4 | -- | -- | 9 | 10 |

**Source:** Santa Clara County Public Health Department, 2007-2016 Death Statistical Master File; Office of Statewide Health Planning and Development, 2010-2014 Patient Discharge Data and 2010-2014 Emergency Department Data

**Note:** The number of firearms-related deaths and injuries is too small to report by intent of injury for individual years and groups. (--) indicates data are not reportable due to small number of hospitalizations or ED visits. Data presented for deaths, hospitalizations and ED visits are an annual average. If the average is reported, the sum of hospitalizations or ED visits for each 5-year period is > 15 cases.

## Annual economic cost of firearms injuries

| Costs | Deaths (N=76) | Hospitalizations (N=64) | ED visits (N=75) |
|---|---|---|---|
| Medical | $507,000 | $1,479,000 | $192,000 |
| Work loss | $118,261,000 | $5,892,000 | $313,000 |
| Combined | $118,768,000 | $7,371,000 | $505,000 |

**Source:** Santa Clara County Public Health Department, 2016 Death Statistical Master File; Office of Statewide Health Planning and Development, 2014 Emergency Department Data and 2014 Patient Discharge Data; Centers for Disease Control and Prevention, Web-based Injury Statistics Query and Reporting System, 2018

**Note:** For annual economic costs, data are for non-fatal hospitalizations and non-fatal treat and release ED visits only and so may not match numbers reported in other tables and graphs. Costs are indexed to 2015 U.S. prices for hospitalizations and ED visits and in 2015 California prices for deaths. Hospitalizations and ED visits exclude undetermined intent.

## Self-reported firearm ownership among adults, 2013-14

| | | Any firearms now kept in or around home % | Any of the firearms are now loaded (among those with firearms) % |
|---|---|---|---|
| Santa Clara County | | 11 | 12 |
| Gender | Male | 13 | 16 |
| | Female | 9 | 7 |
| Race/ ethnicity | African American | 13* | 10* |
| | Asian/Pacific Islander | 2 | 3* |
| | Latino | 5 | 6* |
| | White | 22 | 13 |

**Notes:** * indicates estimate is statistically unstable due to a relative standard error of greater than 30% or less than 50 respondents in the denominator. These estimates should be viewed with caution and may not be appropriate to use for planning or policy purposes.
Source: Santa Clara County Public Health Department, 2013-14 Behavioral Risk Factor Survey

Santa Clara County
# PUBLIC HEALTH


# Firearms in Santa Clara County

**Self-reported carrying of firearms among middle and high school students, 2015-16**

|  |  | Carried a gun on school property in the past 12 months % | Saw someone carrying a gun, knife, or other weapon on school property in the past 12 months % |
|---|---|---|---|
| Santa Clara County |  | 1 | 11 |
| Gender | Male | 2 | 12 |
|  | Female | 1 | 9 |
| Race/ethnicity | African American | 5 | 12 |
|  | Asian/Pacific Islander | 1 | 8 |
|  | Latino | 2 | 13 |
|  | White | 1 | 9 |
| Grade | 7th | 1 | 10 |
|  | 9th | 1 | 12 |
|  | 11th | 1 | 10 |

Source: California Healthy Kids Survey, 2015-16

**Total offenses committed involving firearms among K-12 students, 2015-16**

|  | Total offenses | Offenses resulting in an expulsion N (%) | Offenses resulting in a suspension N (%) | Offenses resulting in a disciplinary diversion N (%) |
|---|---|---|---|---|
| Santa Clara County | 108 | 10 (9%) | 93 (86%) | 5 (5%) |

**Note:** Counts include possession, sale, furnishing a firearm or knife and possession, sale, furnishing a firearm.
Source: California Department of Education. DataQuest. California Department of Education. https://dq.cde.ca.gov/dataquest/. Accessed 3/27/2018.

**Crimes involving firearms, 2016**

|  | Robbery crimes involving a firearm N (%) | Aggravated assault crimes involving a firearm N (%) |
|---|---|---|
| Santa Clara County | 374 (23%) | 498 (16%) |

**Source:** California Department of Justice. Open Justice: Crime Statistics. California Department of Justice https://openjustice.doj.ca.gov/crime-statistics/. Accessed on 3/28/2018.

**Domestic violence-related calls for assistance, 2016**

|  | Total calls N | Total calls involving a weapon N (%) | Total calls involving a firearm (among those involving a weapon) N (%) |
|---|---|---|---|
| Santa Clara County | 5,570 | 837 (15%) | 28 (3%) |

**Source:** California Department of Justice. Open Justice: Crime Statistics. California Department of Justice https://openjustice.doj.ca.gov/crime-statistics/. Accessed on 3/28/2018.



# Firearms in Santa Clara County

**Gun sales in Santa Clara County from 2001-2015**

- 363,725 guns sold
- Average of 24,000 guns sold per year
- Santa Clara County has the 15th lowest rate of average gun sales in California at 1,337 average guns sold per 100,000 people
- Gun sales rose by156% from 2001 to 2015

**Total gun sales by type of gun sold in Santa Clara County, 2001-2015**



**Growth of gun sales from 2001 to 2015**



**Average gun sales per 100,000 people by county from 2001 to 2015**



**Note:** Figure for average guns sold per year was calculated by the Santa Clara County Public Health Department.
**Source:** California Department of Justice. Open Justice: Gun Sales in California. California Department of Justice
https://openjustice.doj.ca.gov/firearms/overview#/avg-gun-sales-by-county-chart. Accessed on 3/28/2018.

Santa Clara County


# Firearms in Santa Clara County

Violent Crimes - Santa Clara County - Average Annual by Zip Code - 2011-2015



97 - 305 (Lowest Quarter)
306 - 439
440 - 624
625 - 2,634 (Highest Quarter)
8,772, 33,328 (Outliers)

Crime statistics calculated from data licensed from Public Engines, Inc., a Motorola Solutions company by Santa Clara County Public Health Department.  Public Engines, Inc. provides crime reporting, mapping, and analytics solutions. It offers CrimeReportsTM, an online crime mapping solution.
Data is from January 1, 2011 through December 31, 2015 for valid zip codes and cities completely within the geographical boundary of Santa Clara County.  Note that crime locations include known reporting locations such as hospitals and public safety facilities and the data may differ from crime statistics calculated, distributed and published by individual public safety agencies within Santa Clara County or, separately, by CrimeReportsTM .



# Firearms in Santa Clara County

## Technical notes

A firearms injury is defined as a penetrating force injury resulting from a bullet or other projectile shot from a powder-charged gun. This category includes gunshot wounds from powder-charged handguns, shotguns, and rifles.[2] This category does not include injury caused by a compressed air-powered paint gun or a nail gun, which falls in the "other specified" category.  All intents are included in this category such as unintentional, self-inflicted/suicide, homicide/assault, undetermined, and legal intervention.  Legal intervention is an injury or death that involves any law enforcement official, such as injury or death to law enforcement official, suspect, and/or bystander.

### Injury data are presented as counts and rates:

- Counts represent the total number of events (e.g., deaths, hospitalizations) that occur in a defined period of time, such as one year.
- Rates consist of the count divided by the number of people in the population at risk (e.g., Latinos in Santa Clara County), multiplied by a standard number (e.g., 100,000).  When comparing data over time or between different populations, rates are often used instead of counts to make it possible to compare outcomes between populations that differ in size.
- Rates are "age-adjusted" to account for differences in the age profiles in populations over time or between different populations, in this case using weights corresponding to the 2000 U.S. population.
- Age-specific rates are similar to overall rates. Age-specific rates represent the number of cases in a specific age group, divided by the number of people in Santa Clara County in that age group and multiplied by a standard number (e.g., 100,000) to enable comparison between age groups that differ in size.
- Trends are generally presented as single-year estimates over time. However, in some Quick Facts, a "moving average" is presented, which consists of combining data for overlapping three-year periods. Moving averages stabilize fluctuations that can be misleading when counts from a specific type of injury are low from year to year.

[1]Denominator is based on the following source: Data as of 05/26/2017; U.S. Census Bureau; 2010 Census, Tables PCT12, PCT12H, PCT12I, PCT12J, PCT12K, PCT12L, PCT12M; generated by Baath M.; using American FactFinder; Accessed June 20, 2017.[2]Centers for Disease Control and Prevention. Injury Center: 4.0 Definitions for WISQARS™ Nonfatal. http://www.cdc.gov/ncipc/wisqars/nonfatal/definitions.htm. Last modified 3/27/2007. Accessed 4/21/2014.



**COVID-19 Information**

**Public health information (CDC)**

**Research information (NIH)**

**SARS-CoV-2 data (NCBI)**

**Prevention and treatment information (HHS)**

**Español**

FULL TEXT LINKS



> Am J Epidemiol. 2004 Nov 15;160(10):929-36. doi: 10.1093/aje/kwh309.

# Guns in the home and risk of a violent death in the home: findings from a national study

Linda L Dahlberg [1], Robin M Ikeda, Marcie-Jo Kresnow

Affiliations
PMID: 15522849   DOI: 10.1093/aje/kwh309

## Abstract

Data from a US mortality follow-back survey were analyzed to determine whether having a firearm in the home increases the risk of a violent death in the home and whether risk varies by storage practice, type of gun, or number of guns in the home. Those persons with guns in the home were at greater risk than those without guns in the home of dying from a homicide in the home (adjusted odds ratio = 1.9, 95% confidence interval: 1.1, 3.4). They were also at greater risk of dying from a firearm homicide, but risk varied by age and whether the person was living with others at the time of death. The risk of dying from a suicide in the home was greater for males in homes with guns than for males without guns in the home (adjusted odds ratio = 10.4, 95% confidence interval: 5.8, 18.9). Persons with guns in the home were also more likely to have died from suicide committed with a firearm than from one committed by using a different method (adjusted odds ratio = 31.1, 95% confidence interval: 19.5, 49.6). Results show that regardless of storage practice, type of gun, or number of firearms in the home, having a gun in the home was associated with an increased risk of firearm homicide and firearm suicide in the home.

## LinkOut – more resources

**Full Text Sources**

Ovid Technologies, Inc.

Silverchair Information Systems

**Medical**

MedlinePlus Health Information

Case 5:22-cv-00501-BLF Document 28-9 Filed 03/22/22 Page 16 of 82

Thanks for trying out Immersive Reader. Share your feedback with us.   

# The Accessibility of Firearms and Risk for Suicide and Homicide Victimization Among Household Members

## Abstract

*This article has been corrected. The original version (PDF) is appended to this article as a Supplement.*

**Background:**

Research suggests that access to firearms in the home increases the risk for violent death.

**Purpose:**

To understand current estimates of the association between firearm availability and suicide or homicide.

**Data Sources:**

PubMed, EMBASE, the Cochrane Central Register of Controlled Trials, and Web of Science were searched without limitations and a gray-literature search was performed on 23 August 2013.

**Study Selection:**

All study types that assessed firearm access and outcomes between participants with and without firearm access. There were no restrictions on age, sex, or country.

**Data Extraction:**

Two authors independently extracted data into a standardized, prepiloted data extraction form.

**Data Synthesis:**

Odds ratios (ORs) and 95% CIs were calculated, although published adjusted estimates were preferentially used. Summary effects were estimated using random- and fixed-effects models. Potential methodological reasons for differences in effects through subgroup analyses were explored. Data were pooled from 16 observational studies that assessed the odds of suicide or homicide, yielding pooled ORs of 3.24 (95% CI, 2.41 to 4.40) and 2.00 (CI, 1.56 to 3.02), respectively. When only studies that used interviews to determine firearm accessibility were considered, the pooled OR for suicide was 3.14

Case 5:22-cv-00501-BLF Document 28-9 Filed 03/22/22 Page 17 of 82

(CI, 2.29 to 4.43).

**Limitations:**

Firearm accessibility was determined by survey interviews in most studies; misclassification of accessibility may have occurred. Heterogeneous populations of varying risks were synthesized to estimate pooled odds of death.

**Conclusion:**

Access to firearms is associated with risk for completed suicide and being the victim of homicide.

**Primary Funding Source:**

None.

Firearms cause an estimated 31 000 deaths annually in the United States (1). Data from the 16-state National Violent Death Reporting System indicate that 51.8% of deaths from suicide in 2009 ($n =$ 9949) were firearm-related; among homicide victims ($n = 4057$), 66.5% were firearm-related. Most suicides (76.4%) occurred in the victims' homes. Homicides also frequently occurred in the home, with 45.5% of male victims and 74.0% of female victims killed at home (2).

Firearm ownership is more prevalent in the United States than in any other country; approximately 35% to 39% of households have firearms (3, 4), and 22% of persons report owning firearms. The annual rate of suicide by firearms (6.3 suicides per 100 000 residents) is higher in the United States than in any other country with reported data, and the annual rate of firearm-related homicide in the United States (7.1 homicides per 100 000 residents) is the highest among high-income countries (4). Results from ecological studies suggest that state restrictions on firearm ownership are associated with decreases in firearm-related suicides and homicides (5).

Specific characteristics about storage and types of firearms seem to increase suicide risk. Firearms that are stored loaded or unlocked are more likely to be used than those that are unloaded or locked (6, 7), and adolescent suicide victims often use an unlocked firearm in the home (8). The apparent increased risk for suicide associated with firearms in the home is not unique to persons with a history of mental illness (7) and may be more of an indicator of the ease of impulsive suicide.

Impulsiveness may be a catalyst in using a firearm to commit suicide and may also play a role in firearm-related homicide. Researchers have estimated higher odds of homicide victimization among women than men (9, 10). Because most homicide victims know their perpetrators (9), this finding may indicate an impulsive reaction to domestic disputes.

To our knowledge, this is the first systematic review and meta-analysis to estimate the association between firearm accessibility and suicide or homicide victimization.

**Methods**

We used Cochrane Collaboration methods (11) throughout the review process.

**Data Sources and Searches**

We searched PubMed, EMBASE, the Cochrane Central Register of Controlled Trials, and Web of Science without date, geographic, or language limitations. We also examined bibliographies of included articles to identify additional references. In addition, we searched the gray literature for papers related to firearms and suicide or homicide. The Appendix and Appendix Table 1 (both available at www.annals.org) present details of our search strategy and screening process.

Appendix Table 1. Search Strategy



Appendix Table 1. Search Strategy

Core terms of PubMed search strategy, adapted as needed for use in other databases; initial search on 22 May 2013
(home*[tiab] OR house*[tiab] OR household*[tiab] AND (Firearms[mh] OR Weapons[mh] OR Wounds, Gunshot[mh] OR firearm*[tiab] OR gun*[tiab] OR handgun*[tiab] OR rifle*[tiab] OR shotgun*[tiab])
individual database yields:
PubMed (n = 944)
EMBASE (n = 35)
Cochrane Central Register of Controlled Trials (n = 16)
Web of Science (n = 797)

Updated; additional search on 23 August 2013
(Accidents[mh] OR Homicide[mh] OR Suicide[mh] OR accident*[tiab] OR homicide*[tiab] OR suicide*[tiab]) AND (Firearms[mh]   OR Weapons[mh] OR Wounds, Gunshot[mh] OR firearm*[tiab] OR gun*[tiab] OR handgun*[tiab] OR rifle*[tiab] OR shotgun*[tiab])

Terms of gray-literature search strategy
Gray literature search date: 25 August 2013
Publications, reports, and working papers from the following agencies and institutes:
1) Small Arms Survey publications (www.smallarmssurvey.org)
2) Violence Policy Center (www.vpc.org)
3) University of Colorado-Boulder Center for the Study and Prevention of Violence (www.colorado.edu/cspv)
4) Harvard Injury Control Research Center (www.hsph.harvard.edu/hicrc)
5) Firearm and Injury Center at Penn (www.uphs.upenn.edu/ficap)
6) University of California, Davis, Violence Prevention Research Program (www.ucdmc.ucdavis.edu/vprp)

Google searches of the following sites using these terms:
7) American Public Health Association (guns site:apha.org filetype:pdf)
8) American Psychological Association (guns site:apa.org filetype:pdf)
9) Centers for Disease Control and Prevention (guns site:cdc.gov filetype:pdf)
10) National Institute of Justice (guns site:nij.gov filetype:pdf)

**Study Selection**

**Study Design**

Study designs eligible for inclusion in our review were randomized, controlled trials; nonrandomized, controlled trials; pre- or postintervention evaluations; and observational studies (for example, cohort or case–control studies) if a comparator was available. Because we were concerned with the individual effects of firearm accessibility, we included only studies with individual-level data and excluded those with population-level data (for example, ecological studies).

**Types of Participants**

Participants were not restricted by age, sex, or country of residence.

3/21/22, 12:13 PM
Case 5:22-cv-00501-BLF  Document 28-9  Filed 03/22/22  Page 19 of 82
The Accessibility of Firearms and Risk to Suicide and Homicide Victimization Among Household Members

**Types of Exposures**

Studies needed to assess whether firearms were available for all participants. In addition, included studies needed to assess outcomes between participants with and without access to firearms. Specifically, studies needed to compare firearm ownership or availability (that is, accessibility) with no firearm ownership or availability (that is, no accessibility) or provide adequate data to estimate the effect that firearms had on selected harms outcomes. Firearm accessibility could be defined as self- or proxy-reported or assumed from other types of exposure data (for example, firearm purchase records).

**Types of Outcome Measures**

The primary outcomes of interest were suicide or homicide victimization (that is, being a victim of homicide rather than a perpetrator).

**Data Extraction and Quality Assessment**

Two authors independently extracted relevant data into a standardized, prepiloted data extraction form.

**Assessment of Risk of Bias**

Two authors independently assessed the risk of bias for each study by using the Newcastle–Ottawa Scale (12, 13). We resolved disagreements by discussion or by involving the third author to adjudicate (Table 1 and Appendix Table 2).

Table 1. Summary of Critical Appraisal of Included Studies Using the Newcastle–Ottawa Scale for Assessing the Quality of Observational Studies*

Table 1. Summary of Critical Appraisal of Included Studies Using the Newcastle–Ottawa Scale for Assessing the Quality of Observational Studies*

| Study, Year (Reference) | Stars, n | | |
|---|---|---|---|
| | Selection† | Comparability‡ | Exposure§ |
| **Suicide outcomes** | | | |
| Brent et al, 1988 (16) | 3 | 1 | 1 |
| Brent et al, 1991 (17) | 3 | 2 | 1 |
| Kellermann et al, 1992 (7) | 4 | 2 | 1 |
| Brent et al, 1993 (6) | 4 | 2 | 2 |
| Beautrais et al, 1996 (20) | 4 | 2 | 2 |
| Cummings et al, 1997 (22) | 3 | 1 | 3 |
| Shah et al, 2000 (8) | 4 | 2 | 1 |
| Conwell et al, 2002 (21) | 4 | 2 | 1 |
| Grassel et al, 2003 (24) | 4 | 1 | 3 |
| Kung et al, 2003 (18) | 4 | 2 | 1 |
| Wiebe, 2003 (10) | 4 | 1 | 1 |
| Mahon et al, 2005 (25) | 4 | 1 | 3 |
| Kung et al, 2005 (19) | 4 | 2 | 1 |
| **Homicide victimization outcomes** | | | |
| Kellermann et al, 1993 (9) | 4 | 2 | 2 |
| Cummings et al, 1997 (22) | 3 | 1 | 3 |
| Grassel et al, 2003 (24) | 4 | 1 | 3 |
| Wiebe, 2003 (10) | 4 | 1 | 1 |
| Branas et al, 2009 (48) | 4 | 2 | 3 |

* Reference 23 not shown because the scale is different for cohort studies.
† Maximum 4 stars.
‡ Maximum 2 stars.
§ Maximum 3 stars.

Appendix Table 2. Detailed Risk of Bias Results Using the Newcastle–Ottawa Scale for Assessing Quality for Observational Studies



Appendix Table 2. Detailed Risk of Bias Results Using the Newcastle–Ottawa Scale for Assessing Quality for Observational Studies

**Data Synthesis and Analysis**

When necessary, we calculated the odds ratio (OR) and 95% CI for dichotomous outcomes, although published adjusted estimates were preferentially used if provided in the report. We pooled data across

3/21/22, 12:13 PM                    The Accessibility of Firearms and Risk for Suicide and Unintentional Firearm Injury Among Household Members

Case 5:22-cv-00501-BLF   Document 28-9   Filed 03/22/22   Page 21 of 82

studies and estimated summary effect sizes by using fixed- and random-effects models. The choice of model was determined by the significance of the maximum likelihood estimate of the heterogeneity parameter ($\tau^2$) [14].

If the estimate of $\tau^2$ did not significantly differ from 0, the fixed-effects model was used [14]. We present 2 estimates of heterogeneity—the $I^2$ statistic and the $\tau$ coefficient. Estimates of the former are interpreted as the percentage of variability in effect estimates due to heterogeneity rather than chance, whereas the latter can be interpreted as the clinical heterogeneity as determined by the estimated SD of underlying effects across studies. Unlike the $I^2$ statistic, the $\tau$ coefficient does not change with the number of patients included in the studies in a meta-analysis [15]. We used R, version 3.0.0 (R Foundation for Statistical Computing, Vienna, Austria), for statistical analyses. The $\tau$ coefficient was measured on the log OR scale.

This review is registered in PROSPERO (CRD42013004469).

**Results**

**Search Results**

The database searches yielded 6902 references (Figure 1). We removed 2929 duplicates and an additional 2881 clearly irrelevant references. We then identified 2382 records through gray-literature searches. We closely reviewed 3474 titles and abstracts. After this screening, we selected 70 articles for full-text review. We identified an additional 4 studies by cross-referencing bibliographies (16–19). Overall, 16 observational studies met our inclusion criteria. The Appendix shows the disposition of studies excluded after full-text review.



*Figure 1. Summary of evidence search and selection.*

- Download figure
- Download PowerPoint

Fourteen of the included studies estimated the odds of suicide in the context of firearm accessibility (6–8, 10, 16–25), and 6 studies estimated the odds of homicide victimization in this context (9, 10, 22–24, 48). Four studies reported both outcomes (10, 22–24).

**Study Characteristics**

**Demographic Characteristics**

Persons who completed suicide (mean, 75% [range, 70% to 85%]) (6–8, 10, 16–21, 23) and homicide victims (mean, 79% [range, 63% to 92%]) (9, 10, 23, 48) were more commonly men. Most persons who completed suicide were white (range, 78% to 98%) (6, 8, 10, 16–19, 21, 23, 26), whereas most homicide victims were non-Hispanic black or another race (range, 47% to 88%) (9, 10, 23, 48). Four (28.6%) of the 14 suicide studies were among adolescents only (6, 8, 16, 17), and 10 (71.4%) were among adults only (7, 10, 18–25). All studies of outcomes of homicide victimization were among adults only (9, 10, 22–24, 48).

3/21/22, 12:13 PM
The Accessibility of Firearms and Risk for Suicide and Homicide Victimization among Household Members
Case 5:22-cv-00501-BLF Document 28-9 Filed 03/22/22 Page 23 of 82

**Firearm Access**

Among 11 U.S. case–control studies using survey data, proportions of firearm access ranged from 62.7% to 75.4% among case patients and from 26.4% to 50.8% among controls participants. One non-U.S. study (20) used survey data to estimate the proportion of case patients (23.9%) and control participants (18.5%) with firearm access, and another non-U.S. study (25) assumed firearm access from military duty and estimated the proportion of case patients (41%) and control participants (17%) with access. Among U.S.-based studies with reported data, the proportion of completed suicides using a firearm ranged from 47% to 73% (6, 7, 10, 16, 17, 21–24); 3 studies did not report adequate data (8, 18, 19).

One non–U.S.-based study of civilians reported that 13% of suicides were completed using a firearm (20), whereas another non-U.S. study of military personnel reported that 52% of suicides were completed using a firearm (25). The proportion of homicides using a firearm ranged from 50% to 76% (13, 15, 27–29).

**Studies of Suicide**

Eleven of 14 studies (78.6%) interviewed proxies to determine firearm accessibility among decedents or control participants (6–8, 10, 16–21, 23), whereas 3 studies (21.4%) used firearm purchase records or military duty to determine accessibility among decedents or control participants (22, 24, 25) (Table 2). Twelve studies (85.7%) defined suicide as self-inflicted, intentional death by any means (6, 7, 10, 16–23, 25), whereas 2 studies (14.3%) defined suicide as injury related only to firearms or firearm- or violence-related injury (8, 24). All suicides were reported consecutively or identified using death certificates. In case–control studies, various types of control participants were identified, such as inpatients who attempted suicide (14.3%) (16, 17), community or school control participants (42.9%) (6–8, 18, 20, 21), decedents from causes other than suicide (28.6%) (18, 19, 24, 25), participants in a national health survey (7.1%) (10), or living HMO-based control participants (7.1%) (22).

Table 2. Characteristics of Included Studies of Suicide and Homicide Victimization

Table 2. Characteristics of Included Studies of Suicide and Homicide Victimization

| Study, Year (Reference) | Population | Location | Firearm-Specific Outcomes | Type of Case Patients | Type of Control Participants | Gun Access, % | |
|---|---|---|---|---|---|---|---|
| | | | | | | Case Patients | Control Participants |
| **Suicide outcomes** | | | | | | | |
| Brent et al, 1988 (16) | Adolescents | Pennsylvania | 55.6% of suicides | Consecutively reported* | Inpatient adolescents who attempted suicide† | 74.1 | 33.9 |
| Brent et al, 1991 (17) | Adults | Pennsylvania | 69% of suicides | Consecutively reported* | Inpatient adolescents who attempted suicide† | 72.3 | 37.0 |
| Kellermann et al, 1992 (7) | Adults | Tennessee, Washington, Ohio | 51%–73% of suicides | Consecutively reported within home* | Community control participants‡ | 65.0 | 41.0 |
| Brent et al, 1993 (6) | Adolescents | Pennsylvania | 70.2% of suicides | Consecutively reported* | Community control participants† | 75.4 | 50.8 |
| Beautrais et al, 1996 (20) | Adults | New Zealand | 13% of suicides | Consecutively reported* | Community control participants | 23.9 | 18.5 |
| Cummings et al, 1997 (22) | Adults | United States | 52% of suicides | HMO member cross-referenced with death certificates | HMO member | 24.6§ | 15.1§ |
| Shah et al, 2000 (8) | Adolescents | Colorado | Firearm-only cases | Death certificate* | Students at same school‡ | 72.0 | 50.0 |
| Conwell et al, 2002 (21) | Adults >50 y | New York | 47.7% of suicides | Consecutively reported* | Community control participants‡ | 62.7 | 41.3 |
| Grassel et al, 2003 (24) | Adults | California | 47.4% of suicides | Deaths from violence or firearm | Deaths from noninjury causes | 8.4§ | <1.0§ |
| Kung et al, 2003 (18) | Adults | United States | Any means‖ | Deaths determined from death certificate to be suicide* | Deaths determined from death certificate to be natural‖ | Men: 69.5 Women: 56.0 | Men: 46.8 Women: 32.0 |
| Wiebe, 2003 (10) | Adults | United States | 63.5% of suicides | National Mortality Followback Survey data and death certificates* | National Health Interview Survey | 65.8 | 36.7 |
| Dahlberg et al, 2004 (23) | Adults | United States | 68% of suicides | Cohort defined using National Mortality Followback Survey data and death certificates¶ | Cohort defined using National Mortality Followback Survey data and death certificates¶ | 72.4 | 32.0 |
| Kung et al, 2005 (19) | Adults | California | Any means‖ | Deaths determined from death certificate to be suicide* | Deaths determined from death certificate to be natural‖ | 64.2 | 26.4 |
| Mahon et al, 2005 (25) | Adults | Ireland | 52% of suicides | Autopsy reports and death certificates | Deaths from all other causes** | 41.0†† | 17.0†† |
| **Homicide victimization outcomes** | | | | | | | |
| Kellermann et al, 1993 (9) | Adults | Tennessee, Washington, Ohio | 49.8% of homicides | Serially reported within home* | Community control participants** | 45.4 | 35.8 |
| Cummings et al, 1997 (22) | Adults | United States | 56.4% of homicide cases | HMO member cross-referenced with death certificates | HMO member | 21.4§ | 11.9§ |
| Grassel et al, 2003 (24) | Adults | California | 66.2% of homicide cases | Deaths from violence or firearm | Deaths from noninjury causes | 2.0§ | <1.0§ |
| Wiebe, 2003 (10) | Adults | United States | 76% of homicide cases | National Mortality Followback Survey data and death certificates* | National Health Interview Survey | 30.7 | 34.0 |
| Dahlberg et al, 2004 (23) | Adults | United States | 68% of homicide cases | Cohort defined using National Mortality Followback Survey data and death certificates¶ | Cohort defined using National Mortality Followback Survey data and death certificates¶ | 41.9 | 32.0 |
| Branas et al, 2009 (48) | Adults | Pennsylvania | Firearm-only cases | Consecutively reported | Community control participants | 8.8 | 7.9 |

* Proxy interviews.
† Parental figure interviews.
‡ Control participant proxy interviews.
§ Proportion of participants with firearm access determined by gun purchaser data.
‖ Unreported percentage.
¶ Proxy interviews of decedents.
** Of determined cases.
†† Proportion of participants with firearm access determined by military duty service time.

## Studies of Homicide Victimization

Three of 6 studies (50.0%) interviewed proxies to determine firearm accessibility in the home of decedents or control participants (Table 1) (9, 10, 23). Two studies (33.0%) used firearm purchase records to determine firearm accessibility of decedents or control participants (22, 24). In the 3 studies that used survey data, proportions of case patients with firearm access ranged from 30.7% to 45.4% and proportions of control participants ranged from 32.0% to 35.8%. Four studies (66.7%) defined homicide victimization as intentional death by any means, and 1 defined it as firearm- or violence-related injury (24). All homicides were reported consecutively or identified by using death certificates. In the 5 case–control studies with homicide outcomes, various types of control participants were identified, including community or school control participants (40.0%) (9, 48), nonhomicide decedents (40.0%) (10, 24), or living HMO-based control participants (20.0%) (22).

## Control Participant Selection

Three case–control studies had potential selection bias resulting from how control participants were selected (16, 17, 22). Cummings and colleagues (22) used an HMO population as the source of their control participants, whereas 2 other studies used inpatient hospital control participants (16, 17). Using HMO or inpatient hospital control participants can violate principles in control selection—namely, that firearm accessibility for control participants may not be the same as that in the study base (30). This

The Association of Firearm Access to Suicide and Homicide Victimization among Household Members

bias may occur when patients use the HMO system or hospital to seek care for suicidal planning with firearms as the means. Two studies (16, 17) are especially prone to the Berkson bias—that is, firearm access is related to inpatient hospitalization due to suicidal planning (31).

**Comparability**

Five studies of suicide had potential comparability bias resulting from a lack of adequate adjustment for major confounders (for example, history of mental illness) (10, 16, 22, 24, 25). Specifically, 1 study's authors describe significant differences between case patients and control participants with regard to some diagnoses of mental illness, although these are not adjusted for in the model with firearm accessibility (16). Four other studies did not report data on history of mental illness (10, 22, 24, 25). Similarly, 3 studies of homicide victimization had potential comparability bias resulting from a lack of adequate adjustment for major confounders (for example, arrest history of someone in the household) (10, 22, 24). In turn, it was not possible to discern whether domestic violence or arrest history differ between homicide case patients and control participants, which may have resulted in confounding.

**Exposure**

Eleven of 14 studies of suicide and 2 of 6 studies of homicide had potential exposure bias due to unblinded interviews of proxies of case patients and control participants or differential nonresponse rates between case patients and control participants (6–10, 16–21, 23). Specifically, these studies used surveys to collect data on firearm accessibility; proxies for case patients and control participants knew their case patient or control participant status, thereby potentially biasing recall of firearm accessibility. Finally, although 7 case–control studies reported equal nonresponse rates between case patients and control participants (6, 9, 10, 20, 22, 24, 25), 7 others did not report this (7, 8, 16–19, 21), potentially leading to differential misclassification of firearm exposure.

**Meta-analysis of Effects of Guns in the Home**

**Suicide Outcomes**

We pooled data from 14 identified observational studies that assessed the odds of suicide (6–8, 10, 16–25) and, using a random-effects model, calculated a pooled OR of 3.24 (95% CI, 2.41 to 4.40) with substantial heterogeneity ($I^2$ = 89%; $\tau$ = 0.45) (Figure 2). All but 1 study (20) found significantly higher odds of suicide among participants who had firearm access than among those who did not, with ORs ranging from 1.38 to 10.38.



*Figure 2. Odds of suicide and homicide in the context of firearm access.*

*Horizontal lines indicate 95% CIs, squares reflect point estimates, and the size of the squares is proportional to the study's weight. The diamonds reflect the pooled estimate across all studies, and the solid vertical lines reflect the null hypothesis.*

- Download figure
- Download PowerPoint

**Homicide Outcomes**

We also pooled data from 6 studies that assessed the odds of homicide (9, 10, 22–24, 48) and, using a random-effects model, estimated a pooled OR of 2.00 (CI, 1.56 to 3.02) with substantial heterogeneity ($I^2 = 63\%$; $\tau = 0.22$) (Figure 2). All studies found significantly higher odds of homicide victimization among participants who had access to a firearm than among those who did not, with ORs ranging from 1.41 to 3.54.

**Subgroup Analyses**

To determine the effect that differences between subgroups had on pooled estimates, we stratified results by sex, age (adolescent or adult), year of publication (before 1997 or 1997 to 2013), location of death (in home only or not in home only), and risk of bias (high or moderate to low) (Figure 3). Most tests for interaction between subgroups were not statistically significant, although women had

significantly higher odds of homicide victimization than men ($P < 0.001$) and studies with moderate or low risk of bias yielded higher odds of homicide victimization than high-risk studies when firearm access was compared with no access ($P < 0.001$).



**Figure 3. Meta-analyses estimating the odds of suicide and homicide between subgroups.**

*Horizontal lines indicate 95% CIs, squares reflect point estimates, the diamonds reflect the pooled estimate across all studies, and the solid vertical lines reflect the null hypothesis. The τ estimate was not reported in fixed-effects models. NA = not applicable.*

*\* The τ estimate is on the log odds ratio scale.*

*† Fixed-effects models.*

*‡ No meta-analysis was performed.*

- Download figure
- Download PowerPoint

## Discussion

We performed a systematic review and meta-analysis of all studies that compared the odds of suicide or homicide victimization between persons with and without reported firearm access. All but 1 of the 16 studies identified in this review reported significantly increased odds of death associated with firearm access. We found strong evidence for increased odds of suicide among persons with access to firearms compared with those without access (OR, 3.24 [CI, 2.41 to 4.40]) and moderate evidence for an attenuated increased odds of homicide victimization when persons with and without access to firearms were compared (OR, 2.00 [CI, 1.56 to 3.02]).

Although our study attempts to quantify a person's risk for suicide and homicide in the context of firearm access, many studies have used population-level data to describe the public health risk in terms

3/21/22, 12:13 PM    The Accessibility of Firearms and Risk for Suicide and Unintentional Firearm Injury among Children and Youth: A Bond Members

Case 5:22-cv-00501-BLF Document 28-9 Filed 03/22/22 Page 28 of 82

of aggregate firearm ownership (34–48). Reported proportions of U.S. households and persons with access to firearms are the highest in the world (3, 4), whereas rates of firearm-related deaths are among the highest among high-income countries (4).

It has been suggested that higher rates of suicide and homicide in areas with the highest rates of gun availability may indicate impulsivity and ease of locating firearms (37, 49). In addition, although a public health approach to prevention that entails restriction of access to firearms may lead to violent death by other means, the increased rates of violent death (suicide and homicide) in states with the highest rates of firearm access were attributable more to firearm violence than to nonfirearm violence (37).

Sex-specific subgroup analyses suggest that men with access to firearms have statistically nonsignificant higher odds for committing suicide than women (ORs, 3.71 and 3.56, respectively). Moreover, the nonsignificant pooled OR of suicide among women when firearm access was compared suggests that evidence of an increased risk for suicide among women may not be very strong when all of the available literature is considered. Recent research that found that women are less likely to achieve suicide completion by firearm or hanging and are nearly 4 times more likely to use poison than men (OR, 3.65 [CI, 1.87 to 7.09]) (50) seems to support these findings.

Although men with access to firearms may have higher odds of committing suicide than women, women have higher odds of homicide victimization. The tests for interaction between sex subgroups in our meta-analysis were significant in fixed-effects models ($P < 0.001$). Although men account for more than three quarters of all suicides and homicides, women with firearm access have a higher risk for homicide victimization, a finding that previous studies support (9, 10). Of note, in our review, homicide was the result of victimization rather than perpetration. Furthermore, empirical evidence suggests that most homicide victims know their assailant (10, 24), which suggests an interpersonal dispute within the household or other domestic violence and not an unknown intruder.

Our results suggest that the pooled OR of suicide is similar between adults and adolescents (ORs, 3.34 and 2.56, respectively; $P$ value for interaction = 0.31). To determine the extent to which data from firearm purchases or military duty contribute to the effects seen among adults, we performed a sensitivity analysis that excluded studies with those data; the pooled OR for suicide among adults was slightly decreased (3% reduction; pooled OR, 3.25) in this analysis. We performed an additional sensitivity analysis that excluded the remaining non-U.S. study, and the pooled OR increased slightly (9% increase; pooled OR, 3.64). Tests for interactions among age subgroups remained nonsignificant ($P = 0.170$), although estimates for adults were more than 40% higher than those for adolescents. Accessibility may explain part of the difference in risk between adults and adolescents; adults typically purchase and store the firearms, and improper storage practices pose a serious risk because they have been previously associated with adolescent suicide (51).

The availability of firearms in the home may not be the catalyst for suicidal ideation, but firearms may be a preferred method of suicide among those who have suicidal thoughts. Betz and colleagues (52) found that adolescents with firearm access were no more likely to have suicidal thoughts or a suicide plan in the past 12 months than those without firearm access. However, among adolescents with a suicide plan, those with a firearm in the home were more than 7 times more likely to have a plan involving firearms than those without a firearm in the home (OR, 7.39 [CI, 2.04 to 26.84]) (52).

Since 1996, federal law has prohibited U.S. Department of Health and Human Services agencies from using funds for research that could be interpreted as promoting or advocating for gun control (53). Although we anticipated a lower absolute number of studies since 1996, we found that 63% of all studies ($n = 10$) were published from 1997 to 2013 compared with 37% published before 1997. Similarly, a recent study of publication rates of studies of firearm-related death among youths found an increase in publications (54). The investigators found that, although the rates of publication increased, the relative increase was lower than among publications of other leading causes of death among youths, and models exploring the effects of the federal law passed in 1996 did not suggest a temporal

pattern in publication (54).

We also stratified our pooled results by risk of bias and found no significant difference between studies with high risk and those with moderate or low risk (ORs, 3.43 and 3.23, respectively). To the extent that we measured bias in the studies of suicide, we were not able to detect any influence of these biases in the pooled results. Among studies with only moderate or low risk of bias that evaluated the effect of firearm ownership on homicide, the pooled OR was 2.36 (CI, 1.81 to 3.01), which is 18% higher than the pooled OR that included all studies, suggesting that the higher bias in homicide studies may trend estimates toward the null.

Our review has limitations. First, our conclusions are only as good as the data and studies that we identified. To minimize this limitation, we searched extensively by using standardized search strategies from the Cochrane Collaboration to identify all relevant studies. Studies of death commonly have a case–control design, although the cohort study included in our meta-analysis found results similar to those of the case–control studies. In addition, although we limited our analysis to individual-level data, we acknowledge that several available ecological studies have also explored the link between firearms and violent death (5, 55). Among other concerns, we decided not to include population-level data because we were concerned about ecological bias; for example, gun ownership data on a population level may not reflect the persons who actually commit suicide, so no true link between gun ownership and harms outcomes can be made. Despite their limitations, individual-level data, such as those we included in this study, are ideal because confounding and explanatory reasons for the relationship among firearms and suicide and homicide can be better explored.

Second, misclassification of firearm exposure and cause of death is a potential risk in included studies. Although all studies of homicide were among adults, causes of firearm-related deaths are inconsistently reported as homicide or accidental, particularly among children (56). In fact, in some cases, accidental firearm-related deaths among children may be classified as homicide due to an unsecured firearm or as a result of a medical examiner's decision that any death resulting from 1 person shooting another, regardless of intent, is a homicide (56). Further, to determine firearm availability, proxies were interviewed in 79% of studies evaluating suicide outcomes and 50% evaluating homicide outcomes. However, evidence suggests apparent differences between sexes in describing firearm ownership or firearm storage within the same household (57, 58). In fact, husbands are most often acknowledged by both men and women to be the person responsible for firearm storage and ownership (58), a sex gap that may introduce selection bias in proxy interviews.

Third, we synthesized heterogeneous populations of varying risks to estimate pooled ORs of death. We analyzed our pooled data by using fixed- and random-effects models but note that fixed-effects models only marginally changed pooled effects in the suicide outcomes and all models retained statistical significance. Specifically, when fixed-effects models were used instead of random-effects models, the pooled ORs changed from 3.24 to 3.32 for suicide and from 1.94 to 1.65 for homicide. Moreover, for the 11 U.S. studies that used survey data to classify firearm exposure, proportions of case patients with gun access were closely related, ranging from 62.7% to 75.4%. The reported proportions of control participants with gun access varied more, from 26.4% to 50.8%. Perhaps as a reflection of different firearm ownership culture or restrictions, the only non-U.S. study in a civilian population used survey data and estimated the proportions of suicide case patients and control participants with firearm access to be considerably lower than those in U.S. studies (23.9% and 18.5%, respectively) (20).

Fourth, we considered studies of suicide and homicide victimization by any means, and firearm-specific outcomes may differ. In addition to the other differences between U.S. and non-U.S. studies, 47% to 73% of suicide cases in the United States were firearm-specific compared with only 13% of cases in the study of non-U.S. civilians (20). When considering suicides by nonfirearm methods in the identified literature, researchers have generally found reduced odds of suicide completion by any means other than a firearm, comparing firearm accessibility (OR range, 0.68 to 0.90) (7, 10, 22, 24).

read://https_www.acpjournals.org/?url=https%3A%2F%2Fwww.acpjournals.org%2Fdoi%2F10.7326%2FM13-1301                                    14/16

3/21/22, 12:13 PM
Case 5:22-cv-00501-BLF Document 28-9 Filed 03/22/22 Page 30 of 82
The Accessibility of Firearms and Risk for Suicide and Homicide Victimization Among Household Members

Among homicide victimization studies, none reported a significant finding for homicides that are not firearm-specific, although the proportion of homicides in which firearms was used ranged from 50% to 100% (9, 10, 22–24, 48).

Fifth, in studies with homicide outcomes, whether the presence of a firearm among case patients is the result of environmental characteristics or living conditions is unclear. For example, some persons may purchase a firearm for protection because of neighborhood crime, which then translates the risk from the ownership of a firearm to the neighborhood. Also, in homicides, the case patients are by definition deceased and injuries due to firearms may be more lethal than other means; thus, assault by other means would be less likely to be captured (59).

Finally, other sources of bias are an ever-present threat. Among them, using firearm purchase data or military duty as a proxy for firearm access or ownership may not accurately represent ownership. The pooled OR for suicide in our random-effects meta-analyses with data from firearm purchase or military duty was only 3.2% higher than the pooled OR without these studies (3.24 and 3.14, respectively). In contrast, the pooled OR for homicide in the random-effects meta-analyses with firearm purchase data was 29.9% higher than the pooled OR (fixed-effects) without these studies (2.00 and 1.54, respectively), although this is probably partly an artifact of model specification. Finally, although publication bias is a concern, the Egger regression tests for asymmetry of the funnel plot (27) for suicide studies were not significant ($P = 0.88$). However, we identified too few studies of homicide to reasonably assess publication bias.

In summary, we found the association between firearm availability and homicide to be more modest than that between firearm availability and completed suicide. Future studies of firearm access and homicide risk should focus on the role that social factors and surrounding living conditions play in homicide victimization. Furthermore, the National Research Council has acknowledged the difficulty in establishing firearm ownership in studies because of privacy and questionable legality concerns (28). As such, it recommended that researchers receive adequate access to data to trace firearms (28). Future studies of the effect of firearms used in violent injuries may, as a result, have a lower risk for misclassification of firearm ownership and yield more methodologically robust results. Nonetheless, the evidence that we synthesize here helps to elucidate the risks of having a firearm in the home; restricting that access may effectively prevent injury (29).

**Appendix: The Accessibility of Firearms and Risk for Suicide and Homicide Victimization Among Household Members**

**Search Strategy**

One investigator reviewed the titles and abstracts identified in the initial search to assess potential relevance to the topic. After removing irrelevant titles, 2 investigators independently read the titles, abstracts, and descriptor terms of the remaining citations to identify eligible reports. We obtained full-text articles for all citations identified as potentially eligible, and 2 investigators independently determined the relevance of the articles according to our inclusion criteria.

When there was uncertainty about a study's eligibility, we obtained the full-text article. The 2 investigators independently applied the inclusion criteria, and any differences were resolved by discussion with the third investigator. We reviewed studies for relevance based on design, types of participants, and outcome measures.

**Disposition of Excluded Studies After Full-Text Review**

Of the full-text articles that we reviewed, 3 were excluded because the study populations were contained in previously published data included in this review (26, 32, 60). 16 were ecological studies

Case 5:22-cv-00501-BLF   Document 29-9   Filed 03/22/22   Page 31 of 82

comparing aggregate data between populations (34–47, 61, 62), 15 were only descriptive (2, 52, 63–76), 1 estimated only the victimization rates (nonfatal) of firearm owners (76), 3 were reviews (77–79), 7 did not evaluate our selected harms outcomes (80–86), 7 studied only unintentional firearm death (33, 87–92), 1 did not evaluate firearm access (93), and 4 were editorials (94–97). Overall, 16 observational studies met our inclusion criteria.



# Guns in the Home

*By: Judy Schaechter, MD, MBA, FAAP*

Did you know that roughly a third of U.S. homes with children have guns? In fact, an estimated 4.6 million kids live with unlocked, loaded guns. That's a scary statistic when you think about the fact that even young toddlers are capable of finding unlocked guns in the home, and they are strong enough to pull the trigger.

As a parent, you may not realize what a serious risk a gun in the home is, especially for children. The reality is that having firearms in the home increases the risk of unintentional shootings, suicide, and homicide.

**Firearm Safety for Families**



Studies show children are naturally curious, even about a firearm they've been warned not to touch.



Kids are safer when: Firearms are in a lockbox or safe, unloaded. Ammunition is locked away separately.





Kids are safest when: firearms are stored outside the home.

## Unintentional Shootings

Unintentional shootings happen to children of all ages. In homes with guns, the likelihood of accidental death by shooting is four times higher.

In 2020, there were at least 369 unintended shootings by children in the United States. These shootings caused 142 deaths and 242 injuries. The COVID-19 pandemic hasn't helped either. From March to December 2020, unintended shooting deaths by kids went up more than 30% compared to the same time period in 2019.

## Suicide

Kids and adolescents are at an increased risk for suicide when there is a gun in the home too. Suicide rates in this population are four times higher than for kids who live in homes without guns. In the past decade, 40% of the suicides committed by kids and teens involved guns. Nine out of 10 of these suicides were with guns that the victims accessed at their own homes or from a relative's home.

## Homicide

The risk of homicide is three times higher when there are guns in the home. Not only that, but 58% of shooting deaths in children and teens are homicides.

Back to Top

# Keep the "safe" in fiream safety

### Hiding a gun is not enough! Kids are curious, and studies show they usually know where a family keeps a gun.

## Gun safes can lower the risk a curious child will be hurt:



Safe or lockbox
for handguns



Locked gun
safe for rifles



Gun trigger locks—
inexpensive and effective



Lock box
for ammo

  

## The most effective way to keep kids safe

**The American Academy of Pediatrics (AAP) advises that the safest home for a child is one without guns.** The most effective way to prevent unintentional gun injuries, suicide and homicide to children and adolescents, research shows, is the absence of guns from homes and communities.

## What to do if you do keep a gun in your home

If you decide to keep guns in the home, be aware that many studies show that teaching kids about gun safety, or to not touch a firearm if they find one, is not enough. You can reduce the chances of children being injured, however, by following import ant safety rules:

- **Safe storage.** All guns in your home should be *locked and unloaded, with ammunition locked separately* (https://www.youtube.com/watch?v=J1bWyBZSPzU&feature=youtu.be). Make sure children and teens can't access the keys or combinations to lock boxes or gun safes. And remember not to keep loaded, unlocked guns in the car, or anywhere else on your property, either.

- **Safe use.** When using a gun for hunting or target practice, keep the safety catch in place until you are ready to fire it. Before setting the gun down, always unload it. As much as a child may want to take a turn shooting, this is not a good idea. No matter how much instruction you may give about how to safely shoot a gun, children are not capable or responsible enough to handle a potentially lethal weapon.

## Keep kids safe in *other* homes

More than a third of all unintentional shootings of children take place in the homes of their friends, neighbors, or relatives. That's why it is also important to make sure your kids are safe when they spend time where other people live.

Here's how to help ensure your children and their playmates do not come across an unsecured gun while they play:

(/English/news/Pages/Is-There-A-Gun-Where-Your-Child-Plays-Asking-Can-Save-Lives.aspx)



- **Add this question to your playdate checklist.** Even if you don't have guns in your own home, ask (/English/safety-prevention/at-play/Pages/Is-There-A-Gun-Where-Your-Child-Plays-Asking-Can-Save-Lives.aspx) about guns and safe storage at the other homes they visit. Just as you'd ask about pets, allergies, supervision and other safety issues before your child visits another home, add one more important question: "Is there an unlocked gun in your house?" If there is, reconsider allowing your child to play there or talk to them about keeping the guns unloaded and locked.

- **Talk to your children.** Remind your kids that if they ever come across a gun, they must stay away from it and tell you immediately.

## Guns in the media

Make sure your children understand that gun violence they may see on TV, in movies, and in video games they play at home or friends' homes is not real. They need to be told—and probably reminded again and again—that in real life, children are killed and hurt by guns. Although the popular media (/English/news/Pages/Virtual-Violence-Impacts-Children-on-Multiple-Levels.aspx) often romanticize gun use, children need to learn that these weapons can be extremely dangerous.

## More information

- Is There an Unlocked Gun Where Your Child Plays? (/English/safety-prevention/at-play/Pages/Is-There-A-Gun-Where-Your-Child-Plays-Asking-Can-Save-Lives.aspx)
- Where We Stand: Gun Safety (/English/safety-prevention/all-around/Pages/Where-We-Stand-Gun-Safety.aspx)
- 10 Things Parents Can Do to Prevent Suicide (/English/health-issues/conditions/emotional-problems/Pages/Ten-Things-Parents-Can-Do-to-Prevent-Suicide.aspx)
- Firearm-Related Injuries Affecting the Pediatric Population (http://pediatrics.aappublications.org/cgi/doi/10.1542/peds.2012-2481) (AAP Policy Statement)

## About Dr. Schaechter:

Judy Schaechter, MD, MBA, FAAP, is a Professor of Public Health Sciences at the University of Miami Miller School of Medicine and past president of the national Injury Free Coalition for Kids. She is a past member of the American Academy of Pediatrics Council on Injury, Violence and Poison Prevention Executive Committee.

**Last Updated**   6/2/2021
**Source**   American Academy of Pediatrics Council on Injury, Violence and Poison Prevention (Copyright © 2021)

The information contained on this Web site should not be used as a substitute for the medical care and advice of your pediatrician. There may be variations in treatment that your pediatrician may recommend based on individual facts and circumstances.

3/21/22, 12:19 PM    New Analysis of One Year of Unintentional Child Gun Deaths in the U.S. Finds Nearly Two Children Killed Every Week, More Th…

Case 5:20-cv-00501-BLF Document 28-9 Filed 03/22/22 Page 35 of 82

Thanks for trying out Immersive Reader. Share your feedback with us. 👍 👎    ✕

# New Analysis of One Year of Unintentional Child Gun Deaths in the U.S. Finds Nearly Two Children Killed Every Week, More Than 60 Percent Higher Than Federal Data Reflect

*More than 70 Percent of These Tragedies Preventable By Responsible Gun Storage*

*New Poll Finds Strong Majorities – Including Gun Owners – Agree That Guns Should Be Locked and Unloaded, Support Criminal Charges When Children Access Negligently Stored Guns;*
*www.Everytown.org/ChildAccess/*

With kids out of school and playing at home over the coming summer months, Everytown for Gun Safety and Moms Demand Action for Gun Sense in America released a new report today, "Innocents Lost: A Year of Unintentional Child Gun Deaths," a first-of-its-kind analysis that found at least 100 children were killed over a 12-month period. This total – almost two each week —is 61 percent higher than federal data reflect. Nearly two-thirds of these unintended shooting deaths (65 percent) took place in a home or vehicle that belonged to the victim's family and more than two-thirds of the tragedies (70 percent) could have been avoided if gun owners stored their guns responsibly.

Everytown and Moms also released the findings of a new poll that found strong majorities of likely voters agree that kids and unsecured guns don't mix.

- 86 percent of Americans – and 77 percent of gun owners – agree that parents with guns in their homes should be required to keep them locked and unloaded.
- 73 percent of Americans – and 72 percent of gun owners – believe that doctors and teachers should be allowed to educate parents about responsible gun storage at home.
- 82 percent of Americans – and 81 percent of gun-owners – favor allowing law enforcement to charge adult gun owners with a crime when a minor gains access to a negligently stored gun and death or serious injury occur.

"This important study reveals the significant undercount of children who are unintentionally killed by guns – and that the majority of these tragedies could have been prevented by responsible firearm storage," said **Shannon Watts, founder of Moms Demand Action for Gun Sense in America, a part of Everytown for Gun Safety**. "When a child dies or is injured because a gun is left unsecured in a home, it's not an accident. Now that school's out for summer, more children will be playing at home throughout the next few months, making it even more important for gun owners to safely store their guns at home."

"Too often child gun deaths are reported as inevitable 'accidents', but our analysis found that more than two-thirds of these tragedies were entirely preventable – if only the firearm had been stored responsibly," said **John Feinblatt, president of Everytown for Gun Safety**. "Preventing doctors from talking to patients and parents about gun safety in the home – which the gun lobby has systematically tried to do in states across the country – puts our children's lives at risk. Sensible measures that will deter irresponsible gun storage respect the rights of lawful gun owners while also protecting our kids from danger."

Children's natural curiosity can turn an every day scenario into a deadly game of hide-and-seek — as highlighted in a recent video released by Everytown for Gun Safety. About a third of American children live in homes with firearms – and among them, 43 percent contain at least one unlocked firearm. In all, more than two million American children live in homes with unsecured guns, and 1.7 million live in homes with guns that are both loaded and unlocked. The census of unintentional child gun deaths over the course of a year also found that:

- Toddlers age 2-4 have the highest risk of unintentionally shooting themselves.
- Children age 12-14 have the highest risk of being unintentionally shot by a peer.
- Boys were killed in unintentional shootings more than three times as often as girls. And boys were more than 10 times likely to be the shooter in an unintentional shooting as girls.
- The overwhelming majority of shootings occurred in a place likely thought of as safe – 84 percent of deaths occurred in the home or car of the victim's family, or in the home of a friend or relative.
- Handguns were used in 57 percent of the shootings, more than twice as many incidents as those involving long guns.
- In 58 percent of cases, the victim was killed by someone else, and in 36 percent the victim shot him or herself.
- Of the 66 shootings in which the firearm's legal owner was reported, 76 percent involved a gun that belonged to a parent or other family member.

"As this report so tragically illustrates, access to guns in the home puts our children at risk of serious injury or death. Young children are naturally curious – expecting them to reliably follow safety rules as the only means to prevent gun injuries is a recipe for disaster. That's why people who own guns have an absolute responsibility to store them unloaded and locked out of reach of children," said Thomas K. McInerny, MD, FAAP, immediate past president of the American Academy of Pediatrics. "The AAP urges local, state and federal lawmakers to enact the strongest possible laws to prevent firearm injuries and deaths."

"My nephew was killed with a gun that should never have been in a child's hands," said Ava Frisinger, whose nephew was killed in an unintentional gun death. "More than two million children live in homes with unsecured [JAS1] guns, and sadly we see almost twice a week how dangerous the consequences can be. We need to do more to keep kids away from unsecured firearms."

The report also reviews existing state laws and found that twenty-eight states and the District of Columbia have some laws on the books that, to varying degrees, allow law enforcement to bring criminal charges against gun owners if children access their guns. An interactive map that reviews state child access prevention laws is also available here.

Based on the findings of Everytown and Moms' analysis and existing scientific research, the report presents several ways to reduce the number of children killed in unintentional gun shootings – including enhancing responsible firearm storage by educating gun owners; deterring irresponsible storage practices with child access prevention laws; and fostering new technologies like smart guns. Everytown and Moms propose several specific recommendations to address the issue of unintentional child gun deaths:

- States should adopt stronger laws to prevent children from accessing unsecured guns, by authorizing criminal charges if an adult gun owner stores a gun negligently, a child gains access to the firearm, and some harm results.
- Congress should appropriate funds for research to improve public health data collection regarding unintended child gun deaths and to develop effective educational materials for promoting responsible gun storage.
- Congress should earmark funding for the Consumer Product Safety Commission to evaluate

Case 5:20-cv-00501-BJF Document 28-9 Filed 03/22/22 Page 37 of 82

and set standards for emerging technologies that promote gun safety.

- Doctors should be allowed and encouraged to promote gun safety, and efforts to gag physicians should be opposed.

- Greater awareness of the issue should be promoted through a national public education campaign enlisting law enforcement, corporate, and non-profit partners.

Much like pool safety, there are simple, commonsense measures adults can take to save children's lives. In conjunction with the release of the report, Everytown and Moms also released today family-friendly tip sheets for safe firearm storage in the home. These tip sheets contain the simple steps responsible gun owners – and non-owners – can take to save children's lives.

3/21/22, 12:20 PM    State-level homicide victimization rates in the US in relation to survey measures of household firearm ownership, 2001-2003 - Pu...

Case 5:22-cv-00501-BLF    Document 28-9    Filed 03/22/22    Page 38 of 82



**COVID-19 Information**

Public health information (CDC)

Research information (NIH)

SARS-CoV-2 data (NCBI)

Prevention and treatment information (HHS)

Español

FULL TEXT LINKS



> Soc Sci Med. 2007 Feb;64(3):656-64. doi: 10.1016/j.socscimed.2006.09.024. Epub 2006 Oct 27.

# State-level homicide victimization rates in the US in relation to survey measures of household firearm ownership, 2001-2003

Matthew Miller [1], David Hemenway, Deborah Azrael

Affiliations
PMID: 17070975    DOI: 10.1016/j.socscimed.2006.09.024

## Abstract

Two of every three American homicide victims are killed with firearms, yet little is known about the role played by household firearms in homicide victimization. The present study is the first to examine the cross sectional association between household firearm ownership and homicide victimization across the 50 US states, by age and gender, using nationally representative state-level survey-based estimates of household firearm ownership. Household firearm prevalence for each of the 50 states was obtained from the 2001 Behavioral Risk Factor Surveillance System. Homicide mortality data for each state were aggregated over the three-year study period, 2001-2003. Analyses controlled for state-level rates of aggravated assault, robbery, unemployment, urbanization, per capita alcohol consumption, and a resource deprivation index (a construct that includes median family income, the percentage of families living beneath the poverty line, the Gini index of family income inequality, the percentage of the population that is black and the percentage of families headed by a single female parent). Multivariate analyses found that states with higher rates of household firearm ownership had significantly higher homicide victimization rates of men, women and children. The association between firearm prevalence and homicide victimization in our study was driven by gun-related homicide victimization rates; non-gun-related victimization rates were not significantly associated with rates of firearm ownership. Although causal inference is not warranted on the basis of the present study alone, our findings suggest that the household may be an important source of firearms used to kill men, women and children in the United States.

## Related information

PubChem Compound
PubChem Substance

## LinkOut - more resources

J Urban Health
https://doi.org/10.1007/s11524-018-0261-7



# Firearm Storage in Gun-Owning Households with Children: Results of a 2015 National Survey

**Deborah Azrael · Joanna Cohen · Carmel Salhi · Matthew Miller** 

© The New York Academy of Medicine 2018

**Abstract** Data from a nationally representative probability-based online survey sample of US adults conducted in 2015 ($n = 3949$, response rate 55%) were used to assess self-reported gun storage practices among gun owners with children. The presence of firearms and children in the home, along with other household and individual level characteristics, was ascertained from all respondents. Questions pertaining to household firearms (how guns are stored, number, type, etc.) were asked only of those respondents who reported that they personally owned a gun. We found that approximately one in three US households contains at least one firearm, regardless of whether children lived in the home (0.34 [0.29–0.39]) or not (0.35 [0.32–0.38]). Among gun-owning households with children, approximately two in ten gun owners store at least one gun in the least safe manner, i.e., loaded and unlocked (0.21 [0.17–0.26]); three in ten store all guns in the safest manner, i.e., unloaded and locked (0.29, [0.24–0.34]; and the remaining half (0.50 [0.45–0.55]) store firearms in some other way. Although firearm storage practices do not appear to vary across some demographic characteristics, including age, sex, and race, gun owners are more likely to store at least one gun loaded and unlocked if they are female (0.31 [0.23–0.41]) vs. male (0.17 [0.13–0.22]); own at least one handgun (0.27 [0.22–0.32] vs. no handguns (0.05 [0.02–0.15]); or own firearms for protection (0.29 [0.24–0.35]) vs. do not own for protection (0.03 [0.01–0.08]). Approximately 7% of US children (4.6 million) live in homes in which at least one firearm is stored loaded and unlocked, an estimate that is more than twice as high as estimates reported in 2002, the last time a nationally representative survey assessed this outcome. To the extent that the high prevalence of children exposed to unsafe storage that we observe reflects a secular change in public opinion towards the belief that having a gun in the home makes the home safer, rather than less safe, interventions that aim to make homes safer for children should address this misconception. Guidance alone, such as that offered by the American Academy of Pediatrics, has fallen short. Our findings underscore the need for more active and creative efforts to reduce children's exposure to unsafely stored firearms.

**Keywords** Firearms · Guns · Children · Storage · Suicide

D. Azrael (✉) · M. Miller
Harvard Injury Control Research Center, Harvard School of Public Health, 677 Huntington Ave., Kresge 310, Boston, MA 02115, USA
e-mail: azrael@hsph.harvard.edu

J. Cohen
Columbia University, New York, NY, USA

C. Salhi · M. Miller
Department of Health Sciences, Bouvé College of Health Sciences, Northeastern University, Boston, MA 02115, USA

Published online: 10 May 2018

## Introduction

In 2015, 1468 US children under the age of 18 died as the result of a gunshot wound and almost 7000 were non-fatally injured with a gun [1]. Of those children who died



by firearm, 40% died either by suicide or as the result of an unintentional firearm injury, most often inflicted by themselves or another child [2]. In contrast to firearm deaths among adults, most firearm deaths of children, especially younger children, occur in their own homes [3]. For suicides and unintentional deaths, the gun used in the death almost always comes from the child's home [4].

A large body of evidence has shown that the presence of guns in a child's home substantially increases the risk of suicide and unintentional firearm death [5–18], though recent data suggest that few gun owners appreciate this risk [19]. Moreover, the risk of unintentional and self-inflicted firearm injury is lower in homes that store firearms unloaded (compared with loaded) and locked (compared with unlocked) [20]. In keeping with this evidence, guidelines intended to reduce firearm injury to children, first issued by the American Academy of Pediatrics (AAP) in 1992 [21], assert that whereas the safest home for a child is one without firearms, risk can be reduced substantially, although not eliminated, by storing all household firearms locked, unloaded, and separate from ammunition [20].

Only three nationally representative studies, and none since the early 2000s, have estimated the proportion of children living in homes where firearms are stored in the least safe manner (i.e., unlocked and loaded). Two of these studies used survey data from 1994 (the National Health Interview Survey and the Injury Control and Risk Survey) [22, 23]; the other used data from 2002 (the Behavioral Risk Factor Surveillance Survey) [24]. All three studies found that approximately 10% of gun-owning households with children contained at least one loaded and unlocked firearm.

Although household gun ownership rates in the USA have remained relatively stable over the past two decades [25], patterns of and reasons for gun ownership have shifted since the early 2000s, possibly affecting firearm storage practices. Over this period, millions of guns, the large majority of which are handguns, have been added to the US gun stock [26]. Handguns are more often owned for personal or household protection, compared to long guns [26], and are far more likely to be stored loaded and unlocked [27, 28]. Consistent with the shift in the gun stock, public opinion regarding the risks and benefits of having a firearm in the home also appear to have changed. According to polling conducted by Gallup, in 2000, approximately 35% of US adults believed that "a gun in the home makes it a safer place to be," whereas by 2014, 63% did [29].

The current study provides the first contemporary estimate in over 15 years of the number of US children who live in households with guns and, within these households, how firearms are stored.

## Methods

### Design and Sampling

Data for this analysis came from a nationally representative Web-based survey (The National Firearms Survey) designed by the investigators (D.A. and M.M.) to describe firearm ownership, storage, and use in the USA. The survey was conducted by the firm Growth for Knowledge (GfK) in April 2015. Respondents were drawn from GfK's KnowledgePanel, an online panel comprised of approximately 55,000 US adults sampled on an ongoing basis. Invitations to participate were sent by e-mail; one reminder e-mail was sent to non-responders 3 days later. All panel members, except those serving in the US Armed Forces at the time of the survey, were eligible to participate. To ensure reliable estimates, firearm owners and veterans were oversampled. Participants did not receive any specific incentive to complete the survey, although GfK has a point-based program through which participants accrue points for completing surveys and can redeem them later for cash, merchandise, or participation in sweepstakes. Additional details about the survey design and participants are available elsewhere [30].

Of the 7318 invited panel members who received the survey, 4165 began the survey and 3949 completed it (excluding 48 active-duty military personnel who began the survey but were ineligible to complete it). This yielded a survey completion proportion of 55% based on the formula recommended for calculating response proportions for Web panels [31]. Respondents were more likely than non-respondents to be younger, female, unmarried, less educated, and living in metropolitan areas. Respondents were about as likely as non-respondents to live in a firearm-owning house, but were more likely to personally own a firearm.

The study was approved by the Northeastern University Institutional Review Board.



Measures

### Gun Ownership Status

The preamble to the survey read: "The next questions are about working firearms. Throughout this survey, we use the word *gun* to refer to any firearm, including pistols, revolvers, shotguns, and rifles, but not including air guns, bb guns, starter pistols, or paintball guns. By 'working guns', we mean guns that are in working order—that is capable of being fired." Immediately, following this preamble, respondents were asked "Do you or does anyone else you live with currently own any type of gun?" Those who responded affirmatively were asked a second question: "Do you personally own a gun?"

Only respondents who reported personally owning firearms were asked specific questions about household firearms, including the number and types of guns in the home, how guns were stored, and reasons for owning firearms. Specifically, respondents were asked: "Do you personally own any of the following types of guns? (handguns, long guns, other guns)," and then, for each firearm type owned by the respondent, "How many (handguns, long guns, other guns) do you own?" Thus, for each respondent, the total number of handguns, long guns, and "other" guns they owned could be tabulated.

### Gun Storage

For each type of firearm (handgun, long gun, other), gun owners were asked to specify the number of guns they stored loaded and unlocked, loaded and locked, unloaded and unlocked, and unloaded and locked. Based on responses to these questions, for primary analyses, gun owners were sorted into one of three hierarchical, mutually exclusive, and collectively exhaustive categories: (1) those who stored at least one gun loaded and unlocked (the least safe storage method), (2) those who stored no guns loaded and unlocked but at least one gun loaded and locked, or unloaded and unlocked (the intermediate-risk category), and (3) those who stored all guns unloaded and locked (the safest storage method). The two types of storage in the intermediate-risk category were combined because the relative risk of a loaded and locked gun, compared with an unloaded and unlocked gun, was determined to be too context-specific to generalize about which is safer. Respondents (n = 13) who refused to answer any questions about how their guns were stored were excluded.

### Demographic, Socio-Economic, and Firearm-Related Variables

Additional variables included in our analyses were age (18–29, 30–44, 45–59, ≥ 60), respondent gender, race/ethnicity (non-Hispanic White, non-Hispanic Black, Hispanic, other), education (< high school, high school degree, some college, ≥ Bachelor's degree), household income (< $25,000, $25,000–$59,999, $60,000–$99,999, ≥ $100,000), US region of residence (Northeast, Midwest, South, West), and rurality of residence (urban, suburban, rural). Whether or not the respondent had children living with them is reported as a mutually exclusive hierarchical variable: any child under 6 years old (yes/no), any child 6–12 years old but no child under 6 (yes/no), and any child 13–17, but no child under 13 (yes/no). Respondent political ideology was reported as liberal, moderate, or conservative. The type of guns owned by respondents was categorized as own at least one handgun vs. own no handguns. Respondents were asked for each type of gun they owned, to indicate their main reasons for ownership (protection against strangers, protection against people they knew, protection against animals, hunting, other sporting use, or for a collection). For this analysis, we include a binary variable: owns any type of firearm for protection against people vs. all other reasons.

### Analysis

Analyses used survey weights provided by GfK that combined pre-sample and study-specific post-stratification weights accounting for oversampling and nonresponse, to produce nationally representative estimates with 95% confidence intervals, following the STROBE (Strengthening the Reporting of Observational Studies in Epidemiology) guidelines for reporting [32]. All bivariate and multivariate logistic regression analyses were conducted with Stata Version 14 (StataCorp LP, College Station, TX) using the SVY suite of commands.

We estimated the prevalence of children living in homes where guns are stored loaded and unlocked by multiplying the percentage of all households with children (obtained from 2015 Census data) by our survey-derived estimates of (a) the distribution of children in homes with vs. without firearms and (b) storage practices in homes with children and firearms.



## Results

We find that approximately one in three US households contains at least one gun, whether the household includes children under the age of 18 (0.34 [0.29–0.39]) or not (0.35 [0.32–0.38]) (not shown). Among households with children, approximately two in ten store at least one gun loaded and unlocked (0.21, 95% CI 0.17–0.26), half store no guns loaded and unlocked, but have at least one gun either loaded and locked, or unloaded and unlocked (0.50, 95% CI 0.45–0.55), and three in ten store all guns unloaded and locked (0.29, 95% CI 0.24–0.34).

Gun storage practices do not vary significantly across most demographic characteristics of gun owners (Table 1), except gender: female gun owners in homes with children are more likely than are male gun owners in homes with children to store at least one gun loaded and unlocked (0.31 [0.23–0.41] vs. 0.17 [0.13–0.22]). Gun storage practices in homes with children also vary by US region, and the age of the youngest child in the household, although these results did not reach statistical significance. Those with older children only were more likely to store at least one gun loaded and unlocked than those with younger children (any child under 6, 0.17 [0.12–0.23]; no children under 6 and at least one child under 13, 0.22 [0.16–0.31]; no child under 13, 0.27 [0.19–0.37]). Households in which any gun is owned for protection are significantly more likely to contain a loaded and unlocked gun than are homes in which no guns are owned for protection (0.29 [0.24–0.35] vs. 0.03 [0.01–0.08]), as are households with at least one handgun, compared to those with no handguns (0.27 [0.22–0.32] vs. 0.05 [0.02–0.15]).

A multiple logistic regression analysis (any gun loaded and unlocked vs. no gun loaded and unlocked) yielded consistent results. In a model adjusting for all of the respondent characteristics in Table 1, the adjusted odds for storing at least one household firearm loaded and unlocked was almost seven times higher for homes in which guns were owned for protection, compared with homes where guns were present but none were owned for protection (OR 6.94 [2.35–20.52]), more than four times higher in homes with handguns, compared to homes where all guns were long guns or other guns (OR 4.55 [1.44–14.39]), and almost twice as high for homes in which females owned firearms, compared to homes in which males owned firearms (OR 1.89 [1.04–3.43], Table 3 in Appendix).

Extrapolating from the reports of gun owners (i.e., that 21% of gun-owning households with children contain at least one gun that is both loaded and unlocked), we estimate that 7% of US households with children contain a loaded and unlocked gun (Table 2). Given that there were approximately 125 million US households in that year [33], 30% of which (37.5 million) included children under the age of 18, we estimate that about 13 million households with children (34%) contain at least one gun, and in approximately 2.7 million (21%) of these homes a gun is stored loaded and unlocked. Households with loaded and unlocked guns in our survey contained an average of 1.7 children, yielding an estimate of 4.6 million children (range 3.9–5.9 million) living in a household with a loaded and unlocked gun in 2015.

## Discussion

### Overall Firearm Storage Practices/Exposure

Consistent with prior national surveys, we find that approximately one-third of US households contain at least one gun, whether children live in the home or not [22, 26, 34]. Among gun-owning households, our finding that storage practices tend to be safer when children live in the home [23, 24, 27, 28, 34, 35], especially young children [22, 36], is also consistent with earlier work. By contrast, we find that nearly twice as many children live in homes where guns are stored loaded and unlocked, compared to the last nationally representative survey to assess this outcome (the 2002 BRFSS) [24]. For example, we find that approximately 21% of homes with children and guns store at least one gun loaded and unlocked, whereas the 2002 BRFSS estimates that approximately 8% of such homes had loaded and unlocked household firearms. Increases in the proportion of homes with children where firearms are stored loaded and unlocked, compounded by the growth of the US population of children since 2002, suggest that the number of children who live in homes with at least one loaded and unlocked firearm may have increased substantially over the past 15 years, from approximately 1.6 million to 4.6 million.

Three non-mutually exclusive reasons may contribute to the striking increase in the estimated number of children living in homes with guns stored unsafely: (1) growth in the US population; (2) a shift in the primary



Firearm Storage in Gun-Owning Households with Children: Results of a 2015 National Survey

**Table 1** Firearm storage among US adult firearm owners with children under 18 in household

|  | No. (weighted %) | Unlocked/loaded | UU/LL | Locked/unloaded |
|---|---|---|---|---|
|  | *452 (100)* | *0.21 [0.17–0.26]* | *0.50 [0.45–0.55]* | *0.29 [0.24–0.34]* |
| Age |  |  |  |  |
| 18–29 | 52 (17) | 0.24 [0.14–0.38] | 0.49 [0.35–0.63] | 0.27 [0.16–0.42] |
| 30–44 | 205 (51) | 0.18 [0.13–0.25] | 0.53 [0.46–0.61] | 0.28 [0.22–0.36] |
| 45–59 | 150 (26) | 0.25 [0.18–0.33] | 0.46 [0.37–0.55] | 0.29 [0.22–0.38] |
| 60+ | 45 (6) | 0.24 [0.13–0.40] | 0.44 [0.29–0.59] | 0.32 [0.20–0.48] |
| Gender |  |  |  |  |
| Male | 329 (73) | 0.17 [0.13–0.22] | 0.54 [0.48–0.60] | 0.29 [0.24–0.35] |
| Female* | 123 (27) | 0.31 [0.23–0.41] | 0.40 [0.31–0.50] | 0.28 [0.21–0.37] |
| Urbanicity |  |  |  |  |
| Urban | 62 (15) | 0.19 [0.10–0.31] | 0.53 [0.39–0.66] | 0.29 [0.18–0.42] |
| Suburban | 232 (51) | 0.19 [0.14–0.25] | 0.49 [0.42–0.57] | 0.32 [0.25–0.39] |
| Rural | 157 (34) | 0.26 [0.19–0.35] | 0.49 [0.41–0.58] | 0.25 [0.18–0.33] |
| Race |  |  |  |  |
| White | 375 (78) | 0.21 [0.17–0.26] | 0.49 [0.44–0.55] | 0.29 [0.25–0.34] |
| Black | 20 (5) | 0.22 [0.09–0.44] | 0.52 [0.33–0.73] | 0.26 [0.11–0.51] |
| Hispanic | 31 (12) | 0.18 [0.08–0.35] | 0.52 [0.33–0.70] | 0.30 [0.16–0.50] |
| Other | 26 (4) | 0.26 [0.08–0.59] | 0.57 [0.31–0.80] | 0.16 [0.07–0.34] |
| Region |  |  |  |  |
| Northeast | 54 (11) | 0.14 [0.07–0.27] | 0.54 [0.39–0.67] | 0.33 [0.21–0.46] |
| Midwest | 128 (26) | 0.18 [0.11–0.26] | 0.50 [0.41–0.60] | 0.32 [0.24–0.41] |
| South | 183 (42) | 0.30 [0.23–0.38] | 0.51 [0.43–0.59] | 0.19 [0.14–0.26] |
| West | 87 (21) | 0.13 [0.07–0.23] | 0.46 [0.34–0.58] | 0.42 [0.30–0.54] |
| Education |  |  |  |  |
| Less than high school | 30 (8) | 0.21 [0.09–0.40] | 0.39 [0.22–0.59] | 0.40 [0.23–0.61] |
| High school | 94 (26) | 0.22 [0.14–0.32] | 0.56 [0.45–0.67] | 0.22 [0.15–0.33] |
| Some college | 156 (34) | 0.25 [0.18–0.33] | 0.46 [0.38–0.55] | 0.29 [0.22–0.37] |
| Bachelor's degree or higher | 172 (32) | 0.17 [0.12–0.24] | 0.52[0.44–0.60] | 0.31 [0.24–0.39] |
| Income |  |  |  |  |
| <25,000 | 31 (6) | 0.31 [0.15–0.52] | 0.49 [0.30–0.69] | 0.20 [0.09–0.37] |
| 25,000–59,999 | 108 (24) | 0.27 [0.18–0.37] | 0.50 [0.39–0.60] | 0.24 [0.16–0.33] |
| 60,000–99,999 | 155 (37) | 0.17 [0.12–0.25] | 0.49 [0.41–0.58] | 0.33 [0.26–0.42] |
| 100,000+ | 158 (34) | 0.20 [0.14–0.28] | 0.51 [0.43–0.60] | 0.29 [0.21–0.37] |
| Age of children in home (hierarchy) |  |  |  |  |
| 0 to 5 | 177 (42) | 0.17 [0.12–0.23] | 0.53 [0.45–0.61] | 0.30 [0.24–0.38] |
| 6 to 12 | 143 (32) | 0.22 [0.16–0.31] | 0.53 [0.44–0.62] | 0.25 [0.18–0.34] |
| 13 to 17 | 132 (26) | 0.27 [0.19–0.37] | 0.42 [0.32–0.51] | 0.31 [0.23–0.41] |
| Political affiliation |  |  |  |  |
| Liberal | 59 (14) | 0.15 [0.08–0.28] | 0.54 [0.39–0.68] | 0.31 [0.20–0.46] |
| Moderate | 175 (41) | 0.20 [0.15–0.28] | 0.50 [0.42–0.59] | 0.30 [0.23–0.38] |
| Conservative | 212 (44) | 0.24 [0.18–0.31] | 0.48 [0.41–0.58] | 0.28 [0.22–0.34] |
| Reason for ownership |  |  |  |  |
| Any gun for protection*** | 307 (71) | 0.29 [0.24–0.35] | 0.51 [0.44–0.57] | 0.20 [0.16–0.26] |
| No gun for protection | 139 (29) | 0.03 [0.01–0.08] | 0.47 [0.38–0.57] | 0.50 [0.40–0.59] |
| Type of guns owned |  |  |  |  |
| Owns at least one handgun** | 337 (75) | 0.27 [0.22–0.32] | 0.48 [0.42–0.54] | 0.26 [0.21–0.31] |
| Owns no handguns | 115 (25) | 0.05 [0.02–0.15] | 0.57 [0.47–0.67] | 0.37 [0.28–0.48] |

*$p<0.05$, **$p<0.01$, ***$p<0.001$


Springer

**Table 2** Estimated number of US children exposed to firearms in the home

| Storage* | % storage in gun-owning households with children** | % US households with children*** | Mean number of children per household storage type | No. of US children < 18 exposed (millions) | |
|---|---|---|---|---|---|
| Loaded and unlocked | 0.21 | 0.07 | 1.7 | 4.54 | [3.7–5.6] |
| Loaded and locked or unloaded and unlocked | 0.50 | 0.17 | 1.8 | 11.44 | [10.3–12.6] |
| Unloaded and locked | 0.29 | 0.10 | 1.8 | 6.64 | [5.5–7.8] |

*Hierarchical variable (1) at least one gun loaded and unlocked; (2) no guns loaded and unlocked, at least one gun loaded and locked OR unloaded and unlocked; (3) all guns unloaded and locked

**Per the National Firearms Survey, 34% of US households with children have one or more guns

***Per the US Census there were 124.59 million households in the US in 2015. Of these, 30% included children < 18 years old, yielding an estimated 37.4 million households with children

reasons people with and without children own guns, away from hunting and towards personal and home protection; and (3) methodological differences in the way that we assessed storage practices, compared to the approach taken in the BRFSS and other national studies. The first two reasons help explain a credible increase in exposure to unlocked, loaded firearms in general; the third suggests that some of the measured difference may be an artifact of systematic undercounting in prior reports due to the decision to elicit storage practice information from any household member, including non-gun-owning respondents, rather than as in our study, restricting questions to gun-owning respondents only.

*Population Growth* A portion, but not all, of the nearly threefold increase in the number of children exposed to unsafely stored firearms we observe may be accounted for by US population growth since 2002. According to US Census figures, the US population grew by approximately 4.6 million households 2002–2015, approximately one third of which were gun-owning households. Assuming our survey-derived estimate of 1.7–1.8 children per gun-owning household has roughly obtained over the past 15 years, we estimate that an additional 600,000 children are living in a household with a loaded and unlocked gun due to population growth alone.

*Shifting Patterns of and Reasons for Gun Ownership* Since the early 2000s, the composition of the US gun stock has shifted towards handguns (and away from long guns), and, consistent with the reasons people tend to own handguns, towards personal or household protection, and away from hunting or

sporting uses alone [26]. Both these trends would be expected to lead to shifts in storage practices towards less safe storage, and in particular, towards household guns being stored loaded and unlocked [27, 28]. Consistent with the observed shift in the gun stock, public opinion regarding the risks and benefits of having a firearm in the home also appear to have changed: according to polling conducted by Gallup, for example, whereas in 2002, approximately 35% of US adults believed that "a gun in the home makes it a safer place to be," by 2014, 63% did [29]. Because the 2002 BRFSS does not ascertain the types of guns people own, or reasons for gun ownership, quantitative assessment of the extent to which this secular shift contributes to the observed increase in children living in homes with guns is not possible.

*Survey Effects* It is also possible that reports of household firearm storage from the BRFSS may have yielded underestimates of unsafe storage practices because of the well-established discrepancy between gun stock and gun storage estimates based on reports of subgroups more likely to personally own firearms, but no more likely to live in homes with guns (e.g., estimates based on reports by married men, compared with estimates based on reports of married women). This discrepancy is commonly referred to as the "reporting gap." Historically, the reporting gap is substantial. For example, prior work has found that married men, compared with married women, are far more likely to report that there is *any* gun in their household and, conditional on reporting any gun, that there are *more* guns in their household [37]. Moreover,



among people in two adult households with children, proxy reporters (i.e., non-gun-owning respondents who report living in homes with firearms) are more likely to report that guns are stored securely, compared with reports by gun owners themselves [38]. As a result of the reporting gap, most major recent surveys that have sought to estimate the stock of guns in the USA, or other characteristics of gun ownership (types and number of guns, etc.), have based their estimates on data provided by those who personally own guns only. Discrepancies due to the "reporting gap" might be compounded, to an indeterminate extent, because of reporting differences related to survey administration modes (e.g., random digit tele-phone survey vs. in-person vs. online), or to secular changes in proxy respondents' knowledge about, and willingness to report, how firearms are actually stored in their homes. Although we know of no studies to date that have examined these issues quantitatively, it seems plausible that the shift towards owning household guns for protection may have increased the likelihood that non-gun-owning women in households with firearms are more knowledgeable about the presence of guns and how they are stored.

Factors Associated with Unsafe Firearm Storage

Our finding that female gun owners in households with children, compared with male gun owners in homes with children, are more likely to store at least one gun loaded and unlocked has not, as far as we can tell, been previously reported. Given the actuarial risk that loaded and unlocked firearms (as well as firearms in general) pose to children, additional research on this issue is warranted.

Our finding that storing at least one gun loaded and unlocked is more common in the South, and among those who own handguns and firearms for protection are consistent with work on firearm storage in general (i.e., in all households, or in sub-populations such as veterans) [27, 28, 35, 39, 40]; however, we are not aware of any prior work that presents data on firearm storage in households *with children* with respect to any of these characteristics.

As with findings from all self-report surveys, our study's results should be interpreted in light of potential inaccuracies due to social desirability, recall, and other biases [41]. And while the magnitude of bias may vary for these possible sources of distortion, the direction of bias would likely be to under-estimate, not overestimate, the prevalence of unsafe storage. In this regard, it is worth noting that online panel surveys, such as used here, have been shown to reduce social desirability bias and yield more accurate estimates of respondent characteristics than telephone surveys [42, 43]. In addition, prior research has validated survey responses to firearm questions on random-digit dial surveys, with false denials of gun ownership limited to approximately 10% [44, 45]. Another advantage of online panels is high completion rates for those who begin the survey [31]. Among gun owners in households with children, for example, only 2.8% ($n = 13$) declined to answer our questions about firearm storage. Finally, our survey completion rate (54.6%) is higher than rates for typical nonprobability, opt-in, online surveys (2–16%) [43], higher than those of previous national injury surveys that included questions about firearm ownership [46], and similar to those from other surveys conducted by GfK. Nevertheless, panel members who chose not to participate in our survey may have differed in important ways compared with panel members who chose to participate.

Despite these limitations, our study suggests that more than 1 in 15 US children (7%) live in a household in which at least one firearm is stored loaded and unlocked, and that the number of children who are exposed to unsafely stored guns appears to have grown substantially over the past 15 years. To the extent that the high prevalence of children exposed to unsafe storage that we observe reflects a secular change in public opinion towards the belief that having a gun in the home makes the home safer, rather than less safe, interventions that aim to make homes safer for children should address this misconception. Guidance alone, such as that offered by the American Academy of Pediatrics, has fallen short. Our findings underscore the need for more active and creative efforts to reduce children's exposure to unsafely stored firearms.

**Acknowledgments**   New Venture Fund fund for a Safer Future GA004695. The authors would like to thank Joseph Wertz and Andrew Conner for their contributions to the authors' early thinking about this manuscript.



## Appendix 1

**Table 3**  Characteristics of gun owners with children who store firearms loaded and unlocked

|  | Any firearm loaded and unlocked (OR) | 95% CI |
|---|---|---|
| Age |  |  |
|  18–29 | Reference |  |
|  30–44 | 0.65 | 0.24–1.75 |
|  45–59 | 1.04 | 0.37–2.91 |
|  60+ | 0.97 | 0.26–3.68 |
| Gender |  |  |
|  Male | Reference |  |
|  Female* | 1.89 | 1.04–3.43 |
| Urbanicity |  |  |
|  Urban | Reference |  |
|  Suburban | 0.73 | 0.29–1.84 |
|  Rural | 1.23 | 0.49–3.06 |
| Race |  |  |
|  White | Reference |  |
|  Black | 0.99 | 0.32–3.05 |
|  Hispanic | 1.03 | 0.37–2.85 |
|  Other | 1.09 | 0.29–4.20 |
| Region |  |  |
|  Northeast | Reference |  |
|  Midwest | 1.37 | 0.45–4.12 |
|  South | 2.22 | 0.79–6.22 |
|  West | 1.01 | 0.30–3.37 |
| Education |  |  |
|  Less than high school | Reference |  |
|  High school | 1.65 | 0.51–5.34 |
|  Some college | 1.85 | 0.59–5.77 |
|  Bachelor's degree or higher | 1.68 | 0.49–5.74 |
| Income |  |  |
| < 25,000 | Reference |  |
|  25,000–59,999 | 0.94 | 0.30–2.97 |
|  60,000–99,999 | 0.41 | 0.13–1.30 |
|  100,000+ | 0.72 | 0.21–2.39 |
| Age of children in home (hierarchy) |  |  |
|  0 to 5 | Reference |  |
|  6 to 12 | 1.57 | 0.76–3.25 |
|  13 to 17 | 1.52 | 0.66–3.46 |
| Political affiliation |  |  |
|  Liberal | Reference |  |
|  Moderate | 1.90 | 0.73–4.94 |
|  Conservative | 2.04 | 0.77–5.40 |
| Reason for ownership |  |  |
|  Any gun for protection* | 6.94 | 2.35–20.52 |
|  No gun for protection | Reference |  |
| Type of guns owned |  |  |
|  At least one handgun* | 4.55 | 1.44–14.39 |
|  No handguns | Reference |  |

 Springer

# References

1. Centers for Disease Control and Prevention, National Centers for Injury Prevention and Control. *Web-based Injury Statistics Query and Reporting System (WISQARS)* [online]. (2005) {cited 2018 Mar 15}. Available from: www.cdc.gov/injury/wisqars.

2. Hemenway D, Solnick SJ. Children and unintentional firearm death. *Inj Epidemiol*. 2015;2(1):26. https://doi.org/10.1186/s40621-015-0057-0.

3. Miller M, Azrael D, Hemenway D. Firearms and violent death in the United States. In: Webster DW, Vernick J, editors. *Reducing Gun Violence in America: informing Policy with Evidence and Analysis*. Baltimore, MD: John Hopkins University Press.

4. Grossman DC, Reay DT, Baker SA. Self-inflicted and unintentional firearm injuries among children and adolescents: the source of the firearm. *Arch Pediatr Adolesc Med*. 1999;153(8):875–8. https://doi.org/10.1001/archpedi.153.8.875.

5. Miller M, Hemenway D. The relationship between firearms and suicide: a review of the literature. *Aggress Violent Behav*. 1999;4(1):59–75. https://doi.org/10.1016/S1359-1789(97)00057-8.

6. Brent DA. Firearms and suicide. *Ann N Y Acad Sci*. 2001;932:225–40. https://doi.org/10.1111/j.1749-6632.2001.tb05808.x.

7. Anglemyer A, Horvath T, Rutherford G. The accessibility of firearms and risk for suicide and homicide victimization among household members: a systematic review and meta-analysis. *Ann Intern Med*. 2014;160(2):101-110. https://doi.org/10.7326/M13-1301.

8. Kellermann AL, Rivara FP, Somes G, Reay DT, Francisco J, Banton JG, et al. Suicide in the home in relation to gun ownership. *N Engl J Med*. 1992;327(7):467–72. https://doi.org/10.1056/NEJM199208133270705.

9. Brent DA, Perper J, Moritz G, Baugher M, Allman C. Suicide in adolescents with no apparent psychopathology. *J Am Acad Child Adolesc Psychiatry*. 1993;32(3):494–500. https://doi.org/10.1097/00004583-199305000-00002.

10. Brent DA, Perper JA, Allman CJ, Moritz GM, Wartella ME, Zelenak JP. The presence and accessibility of firearms in the homes of adolescent suicides. A case-control study. *JAMA*. 1991;266(21):2989–95. https://doi.org/10.1001/jama.1991.03470210057032.

11. Brent DA, Perper JA, Moritz G, Baugher M, Schweers J, Roth C. Firearms and adolescent suicide. A community case-control study. *Am J Dis Child*. 1993;147(10):1066–71. https://doi.org/10.1001/archpedi.1993.02160340052013.

12. Conwell Y, Duberstein PR, Connor K, Eberly S, Cox C, Caine ED. Access to firearms and risk for suicide in middle-aged and older adults. *Am J Geriatr Psychiatry*. 2002;10(4):407–16. https://doi.org/10.1097/00019442-200207000-00007.

13. Bailey JE, Kellermann AL, Somes GW, Banton JG, Rivara FP, Rushforth NP. Risk factors for violent death of women in the home. *Arch Intern Med*. 1997;157(7):777–82. https://doi.org/10.1001/archinte.157.7.777.

14. Wiebe DJ. Homicide and suicide risks associated with firearms in the home: a national case-control study. *Ann Emerg Med*. 2003;41(6):771–82. https://doi.org/10.1067/mem.2003.187.

15. Wintemute GJ, Parham CA, Beaumont JJ, Wright M, Drake C. Mortality among recent purchasers of handguns. *N Engl J Med*. 1999;341(21):1583–9. https://doi.org/10.1056/NEJM199911183412106.

16. Dahlberg LL, Ikeda RM, Kresnow M-J. Guns in the home and risk of a violent death in the home: findings from a national study. *Am J Epidemiol*. 2004;160(10):929–36. https://doi.org/10.1093/aje/kwh309.

17. Miller M, Azrael D, Hemenway D. Firearm availability and unintentional firearm deaths, suicide, and homicide among 5–14 year olds. *J Trauma*. 2002;52(2):265–7. https://doi.org/10.1097/00005373-200202000-00011.

18. Miller M, Azrael D, Hemenway D, Vriniotis M. Firearm storage practices and rates of unintentional firearm deaths in the United States. *Accid Anal Prev*. 2005;37(4):661–7. https://doi.org/10.1016/j.aap.2005.02.003.

19. Conner A, Azrael D, Miller M. Public opinion about the relationship between firearm availability and suicide: results from a national survey. *Ann Intern Med*. 2018;168(2):153–5. https://doi.org/10.7326/M17-2348.

20. Grossman DC, Mueller BA, Riedy C, Dowd MD, Villaveces A, Prodzinski J, et al. Gun storage practices and risk of youth suicide and unintentional firearm injuries. *JAMA*. 2005;293(6):707–14. https://doi.org/10.1001/jama.293.6.707.

21. Dowd MD, Sege R, Council on Injury, Violence, and Poison Prevention Executive Committee; American Academy of Pediatrics. Firearm-related injuries affecting the pediatric population. *Pediatrics*. 2012;130(5):e1416–23. https://doi.org/10.1542/peds.2012-2481.

22. Schuster MA, Franke TM, Bastian AM, Sor S, Halfon N. Firearm storage patterns in US homes with children. *Am J Public Health*. 2000;90(4):588–94. https://doi.org/10.2105/AJPH.90.4.588.

23. Stennies G, Ikeda R, Leadbetter S, Houston B, Sacks J. Firearm storage practices and children in the home, United States, 1994. *Arch Pediatr Adolesc Med*. 1999;153(6):586–90. https://doi.org/10.1001/archpedi.153.6.586.

24. Okoro CA, Nelson DE, Mercy JA, Balluz LS, Crosby AE, Mokdad AH. Prevalence of household firearms and firearm-storage practices in the 50 states and the District of Columbia: findings from the Behavioral Risk Factor Surveillance System, 2002. *Pediatrics*. 2005;116(3):e370–6. https://doi.org/10.1542/peds.2005-0300.

25. Smith TW, Son J. *Trends in gun ownership, 1972–2014*. Chicago, IL; 2015. http://www.norc.org/PDFs/GSS Reports/GSS_TrendsinGunOwnership_US_1972–2014.pdf. Accessed 2 March 2018

26. Azrael D, Hepburn L, Hemenway D, Miller M. The stock and flow of US firearms: results from the 2015 National Firearms Survey. *RSF Russell Sage Found J Soc Sci*. 2017;3(5):38–57. https://doi.org/10.7758/rsf.2017.3.5.02.

27. Weil DS, Hemenway D. Loaded guns in the home. Analysis of a national random survey of gun owners. *JAMA*. 1992;267(22):3033–7. https://doi.org/10.1001/jama.267.22.3033.

28. Crifasi CK, Doucette ML, McGinty EE, Webster DW, Barry CL. Storage practices of US gun owners in 2016. *Am J*



*Public Health*. 2018;108(4):532–7. https://doi.org/10.2105/AJPH.2017.304262.

29. McCarthy J. More than six in 10 Americans say guns make homes safer. *Gallup*. http://news.gallup.com/poll/179213/six-americans-say-guns-homes-safer.aspx. Published 2014. Accessed March 15, 2018.

30. Miller M, Hepburn L, Azrael D. Firearm acquisition without background checks: results of a national survey. *Ann Intern Med*. 2017;166(4):233–9. https://doi.org/10.7326/M16-1590.

31. Callegaro M, Disogra C. Computing response metrics for online panels. *Public Opin Q*. 2008;72(5):1008–32. https://doi.org/10.1093/poq/nfn065.

32. von Elm E, Altman D, Egger M, Pocock S, Gotzche P, Vandenbroucke J, et al. The Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) statement: guidelines for reporting observational studies. *Ann Intern Med*. 2007;147:573–7. https://doi.org/10.7326/0003-4819-147-8-200710160-00010.

33. US Census. https://www.census.gov/data.html. Accessed March 15, 2018.

34. Johnson RM, Coyne-Beasley T, Runyan CW. Firearm ownership and storage practices, US households, 1992–2002. A systematic review. *Am J Prev Med*. 2004;27(2):173–82. https://doi.org/10.1016/j.amepre.2004.04.015.

35. Hemenway D, Solnick SJ, Azrael DR. Firearm training and storage. JAMA. 1995;273(1):46–50. https://doi.org/10.1001/jama.1995.03520250062035.

36. Johnson RM, Miller M, Vriniotis M, Azrael D, Hemenway D. Are household firearms stored less safely in homes with adolescents?: analysis of a national random sample of parents. *Arch Pediatr Adolesc Med*. 2006;160(8):788–92. https://doi.org/10.1001/archpedi.160.8.788.

37. Ludwig J, Cook PJ, Smith TW. The gender gap in reporting household gun ownership. *Am J Public Health*. 1998;88(11):1715–8. https://doi.org/10.2105/AJPH.88.11.1715.

38. Azrael D, Miller M, Hemenway D. Are household firearms stored safely? It depends on whom you ask. *Pediatrics*. 2000;106(3):E31. https://doi.org/10.1542/peds.106.3.e31.

39. Powell KE, Jacklin BC, Nelson DE, Bland S. State estimates of household exposure to firearms, loaded firearms, and handguns, 1991 through 1995. *Am J Public Health*. 1998;88(6):969–72. https://doi.org/10.2105/AJPH.88.6.969.

40. Simonetti J, Azrael D, Rowhani-Rahbar A, Miller M. Firearm storage practices and risk perceptions among a nationally representative of US Veterans with and without self harm risk factors. SLTB. 2018. https://doi.org/10.1111/sltb.12463https://doi.org/10.1111/sltb.12463

41. Marsden P, Wright J. In: 2nd, editor. *Handbook of survey research*. Bingley, UK: Emerald Group Publishing; 2010.

42. Kreuter F, Presser S, Tourangeau R. Social desirability bias in CATI, IVR, and Web Surveys: the effects of mode and question sensitivity. *Public Opin Q*. 2008;72(5):847–65. https://doi.org/10.1093/poq/nfn063.

43. Chang L, Krosnick J. National surveys via RDD telephone interviewing versus the internet: comparing sample representativeness and response quality. *Public Opin Q*. 2009;73(4):641–78. https://doi.org/10.1093/poq/nfp075.

44. Kellermann AL, Rivara FP, Banton J, Reay D, Fligner CL. Validating survey responses to questions about gun ownership among owners of registered handguns. *Am J Epidemiol*. 1990;131(6):1080–4. https://doi.org/10.1093/oxfordjournals.aje.a115600.

45. Rafferty AP, Thrush JC, Smith PK, McGee HB. Validity of a household gun question in a telephone survey. *Public Health Rep*. 1995;110(3):282–8.

46. Betz ME, Barber C, Miller M. Suicidal behavior and firearm access: results from the second injury control and risk survey. *Suicide Life Threat Behav*. 2011;41(4):384–91. https://doi.org/10.1111/j.1943-278X.2011.00036.x.



Case 5:22-cv-00501-BLF  Document 29-9  Filed 03/22/22  Page 49 of 82

# Burglar sues Calif. homeowner, 90, who returned fire



*Jay Leone Facebook via CBS San Francisco*

(CBS) GREENBRAE, Calif. - A Northern California homeowner who police say survived being shot in the jaw during a burglary is now getting a "punch in the gut": The burglary suspect is suing him for returning fire.

The Marin Independent Journal reported the suspect alleges that Jay Leone, who is 90-years-old, negligently shot the intruder.

According to CBS San Francisco, suspect Samuel Cutrufelli is charged with two counts of attempted murder after Leone was shot in the face on Jan. 3. Police said Cutrufelli was wounded when Leone returned fire.

Leone has vowed to countersue. In an exclusive January interview at his bedside at Marin General Hospital, Leone told CBS San Francisco he had to outwit the burglar who held him captive at gunpoint.

According to Leone, the incident began when Cutrufelli kicked in the door, of his Marin County home. Leone said he was ordered not to move as the house was scoured for valuables. But after awhile, Leone insisted that he had to use the bathroom, and convinced his captor to let him go, CBS San Francisco reported.

It was a ruse. Leone had a .357 revolver stashed in the bathroom. He grabbed it and ran back and

pointed it at the burglar.

The burglar fired once, hitting Leone in the cheek.

"He opened up on me," said Leone. "He got me on the first shot."

Leone, a former Marin County Sheriff's deputy, paused before returning fire. The gunman begged for his life, but Leone emptied his weapon anyway.

"After he shot me, I looked him straight in the eye," said Leone. "He says, 'Don't kill me. Don't kill me... I've got a daughter!' I said, 'f- you ... pow, pow, pow, pow!'"

The ordeal wasn't over. Three of those shots hit their mark, but still the gunman rushed Leone and tried to shoot the 90-year-old with his own weapon.

"Sure enough, he wrestled me to the floor, put the gun to my head, pulled the trigger, and it went, 'click,'" Leone said. "And then he got all panicky. He ran out the door."

Cutrufelli called police claiming he had shot himself. They took him to a hostpial for treatment, but also arrested him on suspicion of burglary and attempted murder.

Now, he's suing the 90-year-old man he allegedly tried to kill.

Case 5:22-cv-00501-BLF   Document 28-9   Filed 03/22/22   Page 51 of 82



# Public Health Approach to Gun Violence Prevention

Public health is the science of reducing and preventing injury, disease, and death and promoting the health and well-being of populations through the use of data, research, and effective policies and practices. A public health approach to prevent gun violence is a population level approach that addresses both firearm access and the factors that contribute to and protect from gun violence. This approach brings together institutions and experts across disciplines in a common effort to: 1) define and monitor the problem, 2) identify risk and protective factors, 3) develop and test prevention strategies, and 4) ensure widespread adoption of effective strategies. By using a public health approach we can prevent gun violence in all its forms and strive towards health equity, where everyone can live free from gun violence.

## Quick Facts About the Public Health Approach to Prevent Gun Violence



Gun violence is a public health epidemic, resulting in nearly 40,000 deaths annually in recent years and over 71,000 nonfatal injuries.

The public health approach addresses the many forms of gun violence by focusing both on firearm accesss and underlying risk factors that contribute to gun violence.

The public health approach is divided into four steps:
(1) define and monitor the problem,
(2) identify risk and protective factors.
(3) develop prevention strategies, and
(4) ensure widespread adoption of effective strategies.



THE EDUCATIONAL FUND
TO STOP GUN VIOLENCE

Citations: CDC WONDER; Gani et al., 2017

# BACKGROUND

Each day more than 100 Americans die by firearms.[1] These deaths are preventable. A comprehensive public health approach is needed to address the gun violence epidemic. This approach brings together a wide range of experts to determine the problem, identify key risk factors, develop evidence-based policies and programs, and ensure effective implementation and evaluation. Through a public health approach to gun violence, we can cure this epidemic, save thousands of lives, and make gun violence in America rare and abnormal.

# WHAT IS PUBLIC HEALTH?

Public health is the science of reducing and preventing injury, disease, and death and promoting the health and well-being of populations through the use of data, research, and effective policies and practices. Public health works to address the underlying causes of a disease or injury *before* they occur, promote healthy behaviors, and control the spread of outbreaks. Public health researchers and practitioners then work with communities and populations to implement and evaluate programs and policies that are based on research. Policymakers, researchers, and advocates have successfully used the public health approach in the United States to drastically decrease premature death rates, reduce injury, and improve the health and well-being of the population, including by eradicating diseases like polio, promoting widespread usage of vaccines, reducing smoking-related deaths, addressing environmental toxins, and decreasing motor vehicle crashes.

# WHY IS GUN VIOLENCE A PUBLIC HEALTH EPIDEMIC?

Gun violence is a public health epidemic that affects the well-being and public safety of all Americans. In 2019, nearly 40,000 Americans were killed by gun violence, more than the number of Americans killed in car crashes.[2] An additional 71,000 Americans suffer nonfatal firearm injuries,[3] and millions of Americans face the trauma of losing a loved one or living in fear of being shot. The impacts of gun violence, both direct and indirect, inflict an enormous burden on American society. When a child is shot and killed, they lose decades of potential: the potential to grow up, have a family, contribute to society, and pursue their passions in life. When compared to other communicable and infectious diseases, gun violence often poses a larger burden on society in terms of potential years of life lost. In 2019, firearm deaths accounted for 925,023 years of potential life lost before the age of 65 – more than diabetes, stroke, and liver disease combined.[4]

## SCOPE OF GUN VIOLENCE

Americans are impacted by various forms of gun violence – including suicide, homicide, and unintentional deaths, as well as nonfatal gunshot injuries, threats, and exposure to gun violence in communities and society.

**Firearm Suicide (https://efsgv.org/firearm-suicide/)**:

- Each year more than 23,000 Americans die by firearm suicide.[5]

- Half of all suicide deaths are by firearm.[6]

- Suicide attempts by firearm are almost always deadly — 9 out of 10 firearm suicide attempts result in death.[7]

- Access to a firearm in the home increases the odds of suicide more than three-fold.[8]

**Firearm Homicide (https://efsgv.org/learn/type-of-gun-violence/firearm-homicide/):**

- Each year 14,000 Americans die by firearm homicide.[9]

- Three out of four homicides are committed with a firearm.[10]

- Access to firearms — such as the presence of a gun in the home — doubles the risk for homicide victimization.[11,12]

- The firearm homicide rate in the United States is 25.2 times higher than other industrialized countries.[13]

**Domestic Violence (https://efsgv.org/learn/type-of-gun-violence/domestic-violence-and-firearms/):**

- More than half of female intimate partner homicides are committed with a gun.[14]

- There are about 4.5 million women in America who have been threatened with a gun and nearly 1 million women who have been shot or shot at by an intimate partner.[15]

- A woman is five times more likely to be murdered when her abuser has access to a gun.[16]

**Police-Involved Shootings:**

- 1,000 Americans are shot and killed by police every year.[17]

- Black Americans are disproportionately impacted by police-involved shootings and are killed at more than twice the rate as White Americans.[18]

**Unintentional Shootings: (https://efsgv.org/learn/type-of-gun-violence/unintentional-shootings/)**

- Each year, nearly 500 people die from unintentional firearm injuries — more than one person every single day.[19]

- More than 100 children and youth die each year due to unintentional gun injuries.[20]

- Americans are four times more likely to die from an unintentional gun injury than people living in other high-income countries.[21]

**Nonfatal Firearm Injuries:** (https://efsgv.org/learn/type-of-gun-violence/nonfatal-firearm-violence/)

- For every individual in the United States who dies by firearm, more than two individuals survive.[22]

- Each year there are over 71,000 nonfatal gunshot injuries, costing hospitals an estimated $2.8 billion annually.[23]

- Each year there are more than 7,100 emergency room visits for nonfatal gunshot wounds among children under the age of 18 and 36,000 visits among those ages 18-29.[24]

**Exposure to Gun Violence:**

- One-third of American adults say that their fear of mass shootings prevents them from going to certain places or events.[25]

- An estimated 15% of American adults state that they have witnessed a shooting and 15% of American adults also state that someone they care for has been killed with a gun.[26]

Case 5:22-cv-00501-BLF   Document 28-9   Filed 03/22/22   Page 54 of 82

- An estimated 25% of American adults report being threatened or intimidated with a gun.[27]

## HOW PUBLIC HEALTH DIFFERS FROM HEALTHCARE

People often assume that public health is the same as healthcare. While both strive to improve health and well-being, they approach this goal differently. In healthcare, the focus is on improving the health of the individual. In contrast, public health focuses on improving the health of an entire population through large-scale interventions and prevention programs.

Public health works to address the many factors that determine the health and well-being of populations. These factors are often referred to as risk and protective factors. They are characteristics or behaviors in individuals, families, communities, and the larger society that increase or decrease the likelihood of premature death, injury, or poor health.

# Public Health Approach

## PUBLIC HEALTH MODEL



## MEDICAL MODEL

**VS.**



## WHAT IS THE PUBLIC HEALTH APPROACH?

The Centers for Disease Control and Prevention and World Health Organization outline a public health approach to violence prevention based on four steps: **(1) define and monitor the problem, (2) identify risk and protective factors, (3) develop and test prevention strategies, (4) ensure widespread adoption of effective strategies.**[28,29]

# Public Health Approach



**1. Define and monitor the problem**
Define the violence problem through systematic data collection.

**2. Identify risk factors and protective factors**
Conduct research to find out why violence occurs and who it affects

**4. Ensure widespread adoption of effective strategies**
Scale-up effective and promising interventions and evaluate their impact and cost-effectiveness

**3. Develop and test prevention strategies**
Design, implement and evaluate interventions to see what works

## STEP 1 – DEFINE AND MONITOR THE PROBLEM

Researchers and policymakers need reliable data to understand the scope and complexity of gun violence. There are many different types of gun violence, and each type often requires different prevention strategies. Collecting and distributing reliable firearm data is essential to combating gun violence through a public health approach. Gun violence prevention researchers need reliable and timely data around the number of firearm fatalities and nonfatal injuries that occur in the United States each year. This data should include the demographics of the victim and shooter (if applicable), the location and time of the shooting, and the type of gun violence that occurred. Databases should classify the types of gun violence (suicides, intimate partner violence, mass shootings, interpersonal violence, police shootings, unintentional injuries) based on clearly defined and standardized definitions. This data should be made widely available and easily accessible to the general public free of charge.

## STEP 2 – IDENTIFY RISK AND PROTECTIVE FACTORS

The public health approach focuses on prevention and addresses population level risk factors that lead to gun violence and protective factors that reduce gun violence. A thorough body of research has identified specific risk factors, both at the individual level and at the community and societal level, which increase the likelihood of engaging in gun violence. At an individual level, having access to guns is a risk factor for violence, increasing the likelihood that a dangerous situation will become fatal. Simply having a gun in one's home doubles the chance of dying by homicide and increases the likelihood of suicide death by over three-fold.[30] Other individual risk factors closely linked to gun violence include: a

history of violent behavior, exposure to violence, and risky alcohol and drug use.[31] Community level factors also increase the likelihood of gun violence. Under-resourced neighborhoods with high concentrations of poverty, lack of economic opportunity, and social mobility are more likely to experience high rates of violence. These community level factors are often the result of deep structural inequities rooted in racism.[32,33] Policies and programs should mitigate risk factors and promote protective factors at the individual and community levels.

## STEP 3 – DEVELOP AND TEST PREVENTION STRATEGIES

Policymakers and practitioners must craft interventions that address the risk factors for gun violence. These interventions should be routinely tested to ensure they are effective and equitable; rigorous evaluations should be conducted on a routine basis. The foundation for effective gun violence prevention policy is a universal background check law, ensuring that each person who seeks to purchase or transfer a firearm undergoes a background check prior to purchase. Universal background checks should be supplemented by a firearm licensing system, which regulates and tracks the flow of firearms, to ensure that firearms do not make it into the hands of prohibited individuals. Building upon this, policymakers can create interventions that target behavioral risk-factors for gun violence (e.g. extreme risk laws) and they can push for policies that address community risk factors that lead to violence (e.g. investing in community based violence prevention programs). In addition to these gun violence prevention policies, there are a number of evidence-based strategies that can reduce gun violence within communities. For example, community based violence intervention programs work to de-escalate conflicts, interrupt cycles of retaliatory violence, and support those at elevated risk for violence.

## STEP 4 – ENSURE WIDESPREAD ADOPTION OF EFFECTIVE STRATEGIES

While it is essential to pass strong laws, it is equally important to enforce and implement these laws and to scale up evidence-based programs. Strong gun violence prevention policies are only effective if they are properly implemented and enforced in an equitable manner. A key focus of the public health approach is ensuring that these strategies are not only effective but that they also promote equity. Historically disenfranchised groups should be involved in the implementation process to ensure that public health strategies do not have unintended consequences. For example, gun violence prevention policies should be consistently evaluated to ensure that they do not stigmatize individuals living with mental illness or perpetuate the discriminatory and racist practices embedded in the criminal justice system. The public health approach includes a focus on allocating funds for implementation and evaluation of these gun violence prevention strategies at the federal, state, and local levels. Funds should be allocated to train the proper stakeholders to ensure that new policies and programs are properly adopted and achieve measurable and equitable outcomes.

# HEALTH IMPACT PYRAMID

The goal of public health is to maximize the overall health and well-being of populations. Public health practitioners do this by developing a wide range of interventions. These interventions address risk and protective factors ranging from factors at the individual level to the societal level. The public health pyramid helps researchers conceptualize the many different levels of intervention needed to address a public health problem like gun violence.[34]

At the top of the pyramid are narrowly tailored interventions that work with individuals at risk for gun violence. These interventions, like lethal means safety counseling and violence intervention programs, can have a tremendous impact in reducing gun violence. Yet, they also require individual action. These programs provide the tools and support to change behavior, but the individuals themselves must be willing to take action and change behavior.

The middle of the pyramid includes interventions that require less individual action. They are often laws and policies that change the environments within communities to mitigate risk factors. One such policy is universal background checks and firearm licensing. Research shows that when individuals are required to undergo a background check and obtain a license to purchase a firearm, far fewer firearms are diverted into illegal markets and used to perpetrate violence.

At the bottom of the public health pyramid are the conditions within society that lead to poor health outcomes like gun violence. These factors are often referred to as the root causes or social determinants of health. Socioeconomic factors, such as racial disparities, inequality, poverty, inadequate housing and education, are all risk factors for interpersonal gun violence. Policies that address these root causes have enormous potential to reduce gun violence and improve health. These policies, while requiring a broad collective effort to achieve, require minimal individual effort to be effective at reducing gun violence.



# Health Impact Pyramid

**Counseling and education:** Safe storage campaigns; Firearm training courses

**Clinical intervention:** Lethal means safety counseling; violence intervention programs

**Long-lasting protective intervention:** Extreme risk laws

**Changing the context to make individual's default decisions healthy:** Pass universal background checks, firearm licensing, Repeal stand your ground laws

**Socioeconomic factors:** Address inequity and structural racism; Fund social services, education, housing, job training

Increasing individual effort

Source: Adapted from Frieden TR. (2010). A framework for public health action: the health impact pyramid (https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2009.185652). *American Journal of Public Health.*

# HOW DO WE ADDRESS GUN VIOLENCE THROUGH THE PUBLIC HEALTH APPROACH?

The public health approach is multifaceted and comprehensive and brings together institutions and experts across disciplines in a common effort to develop a variety of evidence-based interventions.[35] This comprehensive approach to tackling public health crises in America has been used over the last century to eradicate diseases like polio, reduce smoking deaths, and make cars safer. This public health approach has saved millions of lives. We can learn from public health successes – like car safety – and apply these lessons to preventing gun violence.

## APPLYING THE PUBLIC HEALTH SUCCESSES OF CAR SAFETY TO PREVENT GUN VIOLENCE

One of the greatest American public health successes is our nation's work to make cars safer. By using a comprehensive public health approach to car safety, the United States reduced per-mile driving deaths by nearly 80% from 1967 to 2017.[36] This public health approach to car safety prevented more than 3.5 million deaths over these fifty years.[37] To reduce gun violence, we should apply this same time-tested public health approach.



**PER MILE CAR CRASH DEATHS, 1967-2017**

Source: National Traffic Highway Safety Administration (NTHSA). Motor Vehicle Traffic Fatalities and Fatality Rates, 1899-2017 (https://cdan.nhtsa.gov/tsftables/tsfar.htm).

## APPLYING THE PUBLIC HEALTH SUCCESSES OF AUTO SAFETY TO GUN VIOLENCE PREVENTION

Case 5:22-cv-00501-BLF    Document 28-9    Filed 03/22/22    Page 59 of 82

### Research



**PREVENTING CAR CRASHES**

Allocate funds to study the epidemic of motor vehicle crashes.



**PREVENTING GUN DEATHS**

Allocate funds to the CDC and the NIH to research gun violence.

### Regulate



**PREVENTING CAR CRASHES**

Federal agencies regulate car manufacturers and ensure car safety.



**PREVENTING GUN DEATHS**

Allow federal agencies to regulate firearm manufacturers and ensure gun safety.

### Licensing



**PREVENTING CAR CRASHES**

Drivers must submit an application and pass a test to obtain a driver's license.



**PREVENTING GUN DEATHS**

Require firearm purchasers to submit an application, undergo a background check, and take safety education to obtain a license to own a firearm.

### Registration



**PREVENTING CAR CRASHES**

Car registration is required at each point of sale.



**PREVENTING GUN DEATHS**

Pass firearm registration laws to ensure that firearms are registered at each point of sale.

### Prohibit Risky People



**PREVENTING CAR CRASHES**

Reckless and drunk driving laws ensure that risky individuals do not endanger others on the road.



**PREVENTING GUN DEATHS**

Expand firearm prohibitions to include individuals who are at elevated risk for violence.

## Manufacturing Standards



**PREVENTING CAR CRASHES**

Manufacturers are required to make safer cars by installing seat belts and airbags.



**PREVENTING GUN DEATHS**

Require manufacturers to make fireams safer, including requiring that guns be outfitted with microstamping technology.

## Age Requirements



**PREVENTING CAR CRASHES**

Age requirements for obtaining a driver's license, including a graduated licensing system (driver's permit) for young drivers.




**PREVENTING GUN DEATHS**

Enact stronger age requirements for owning or possessing all types of firearms.

## Licensing Renewal

**PREVENTING CAR CRASHES**

Drivers are required to renew their license periodically.



**PREVENTING GUN DEATHS**

Require gun owners to renew their license on a routine basis.

## Ongoing Monitoring and Regulation



**PREVENTING CAR CRASHES**

New models of cars are monitored and regulated, and recalls are issued for unsafe models.



**PREVENTING GUN DEATHS**

Allow Consumer Product Safety Commission to regulate safety of firearms and ensure industry accountability.

**Liability**



**PREVENTING CAR CRASHES**

Manufacturers are held liable if they sell a dangerous vehicle.



**PREVENTING GUN DEATHS**

Repeal the Protection of Lawful Commerce in Arms Act (PLCAA) to hold firearm manufacturers accountable for dangerous and reckless distribution of firearms.

# Applying the Public Health Approach to Prevent Firearm Suicide

The social ecological model is a public health framework that is used to show the interplay between risk and protective factors for health outcomes and to develop parallel policies and programs that address these factors. The model spans four levels: individual, relationship, community, and society.

Access to firearms is a significant risk factor for firearm suicide, and addressing firearm access is a critical component of any suicide prevention strategy. Prevent Firearm Suicide is a project of the Educational Fund to Stop Gun Violence that applies the social ecological model for firearm suicide prevention, by sharing the available programs and policies that reduce access to firearms from individuals when they are at an elevated risk for suicide. These interventions span the four levels of the model and include safer firearm storage (individual), lethal means safety counseling (relationship), gun shop projects (community), and extreme risk laws (society). To learn more, visit PreventFirearmSuicide.com. (http://preventfirearmsuicide.com)

A PROJECT OF
EFSGV | **Prevent Firearm Suicide** ——

Interventions + Policies    Resources    National + State Statistics    About    Visit EFSGV +

If you or someone you know needs some support now, please contact the National Suicide Prevention Lifeline at **1-800-273-TALK (8255)** or text **"HOME"** to **741-741**.    ✕



Suicide is a public health crisis. Firearms are the most lethal and most commonly used suicide method in the United States. A multilevel approach for suicide prevention that addresses access to firearms can save lives.

There are effective, evidence-based interventions for firearm suicide prevention. Our approach organizes these interventions by applying the social ecological model. We focus on four levels of intervention (societal, community, relationship, and individual) to reduce access to firearms by individuals when they are at an elevated risk for suicide.

**To learn more, click on each level of intervention for educational materials, initiatives, research, and resources.**

# RECOMMENDATIONS

**Apply the public health approach for effective gun violence prevention.**

Public health is the science of reducing and preventing injury, disease, and death and promoting the health and well-being of populations through the use of data, research, and effective policies and practices. The public health approach has been successfully applied to tackle a wide variety of complex health problems at the population level. Gun violence is a public health epidemic that requires a public health solution. We recommend:

- **Better data collection**: Federal, state, and local governments should collect more comprehensive gun violence data for fatal and non-fatal firearm injuries, shootings that may not involve physical injuries, and firearm-involved crimes where no shots were fired, including domestic violence-related threats. Federal, state, and local governments should make data publicly available where possible and particularly to researchers studying gun violence and its prevention.

- **Research funding**: Enhanced research funding is key for advancing knowledge and improving public health interventions and outcomes. Federal, state, and local governments, in addition to foundations and universities, should dedicate funding to research gun violence prevention.

- **Evidence-based policies and practices**: Gun violence takes many forms and is a multifaceted problem that requires a multitude of data-driven solutions. Gun violence prevention policies and practices should be evidence-based.

- **Implementation and evaluation**: Policies and practices should be continuously monitored and evaluated to ensure equitable implementation and ongoing effectiveness.

Case 5:22-cv-00501-BLF   Document 28-9   Filed 03/22/22   Page 63 of 82

# RESOURCES

## EDUCATIONAL MATERIALS

### REPORTS

- Public Health Approach to Gun Violence Prevention (/PublicHealthApproachToGVP/)

### FACT SHEETS

- Limiting Access to Lethal Means: Applying the Social Ecological Model for Firearm Suicide Prevention (http://efsgv.org/wp-content/uploads/2018/06/Firearm-Suicide-Prevention-Model-One-pager-June-2018_Final.pdf)

- The Root Causes of Gun Violence (http://efsgv.org/wp-content/uploads/2020/03/EFSGV-The-Root-Causes-of-Gun-Violence-March-2020.pdf)

- Guns Don't Make You Safer (http://efsgv.org/wp-content/uploads/2020/04/Guns-Dont-Make-You-Safer_February-2019-5.pdf)

### COMPREHENSIVE WEBSITE

- Prevent Firearm Suicide (https://preventfirearmsuicide.efsgv.org/)

## READ MORE

- () April 2020 press release, The Educational Fund to Stop Gun Violence Marks National Public Health Week (https://efsgv.org/press-archive/2020/the-educational-fund-to-stop-gun-violence-marks-national-public-health-week/)

- () April 2020 blog, Applying a public health approach to gun violence prevention (https://medium.com/@_CSGV/applying-a-public-health-approach-to-gun-violence-prevention-15b4087d49e2)

- () April 2019 blog, Gun violence is a public health crisis. Here's why (https://medium.com/@_CSGV/gun-violence-is-a-public-health-crisis-heres-why-b2ca7129e28a)

- () October 2016 blog, Eight Actions Public Health Professionals Can Take to Stop Gun Violence (https://medium.com/@EFSGV/eight-actions-public-health-professionals-can-take-to-stop-gun-violence-1c6047e670ef)

## RESEARCH

- () Allchin A, Chaplin V, & Horwitz J. (2019). Limiting access to lethal means: applying the social ecological model for firearm suicide prevention (https://injuryprevention.bmj.com/content/25/Suppl_1/i44.abstract). *Injury Prevention.*

- () Branas CC, Flescher A, Formica MK, Galea S, Hennig N, Liller KD ... & Ying J. (2017). Academic public health and the firearm crisis: an agenda for action (https://ajph.aphapublications.org/doi/pdfplus/10.2105/AJPH.2016.303619). *American Journal of Public Health.*

- () Decker MR, Wilcox HC, Holliday CN, & Webster DW. (2018). An integrated public health approach to interpersonal violence and suicide prevention and response (https://journals.sagepub.com/doi/full/10.1177/0033354918800019). *Public Health Reports.*

- () Cook PJ. Expanding the public health approach to gun violence prevention. (https://annals.org/aim/fullarticle/2711393) (2018). *Annals of Internal Medicine.*

- () Hemenway D & Miller M. (2013). Public health approach to the prevention of gun violence (https://pdfs.semanticscholar.org/a603/37505405d963c1ad574e60f9b8172bb95d49.pdf?_ga=2.102627201.1274664367.1563827215-1043731726.1563827215). *New England Journal of Medicine.*

- () McGinty EE, Siddiqi S, Linden S, Horwitz J, & Frattaroli S. (2019). Improving the use of evidence in public health policy development, enactment and implementation: a multiple-case study (https://academic.oup.com/her/article-abstract/34/2/129/5270851). *Health Education Research.*

- () Mozaffarian D, Hemenway D, & Ludwig DS. (2013). Curbing gun violence: lessons from public health successes (https://jamanetwork.com/journals/jama/article-abstract/1556167). *Journal of the American Medical Association.*

- () Maa J & Darzi A. (2018). Firearm injuries and violence prevention—The potential power of a Surgeon General's report (https://repository.icr.ac.uk/bitstream/handle/internal/2099/nejmp1803295.pdf?sequence=8). *New England Journal of Medicine.*

- () Rajan S, Branas CC, Hargarten S, & Allegrante JP. (2018). Funding for gun violence research is key to the health and safety of the nation. (https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2017.304235) *American Journal of Public Health.*

- () Zeoli AM & Webster DW. (2019). Firearm policies that work. (https://jamanetwork.com/journals/jama/article-abstract/2726863) *Journal of the American Medical Association.*

## ADDITIONAL RESOURCES

- AFFIRM (https://affirmresearch.org/)

- () American Psychological Association: Gun Violence (https://www.apa.org/advocacy/gun-violence/)

- () American Public Health Association: Gun Violence (https://www.apha.org/topics-and-issues/gun-violence)

- () CDC Infographic: The Public Health Approach to Violence Prevention (https://www.cdc.gov/violenceprevention/pdf/PH_App_Violence-a.pdf)

- FACTS Consortium (https://www.icpsr.umich.edu/icpsrweb/content/facts/index.html)

- Harborview Injury Prevention & Research Center (https://depts.washington.edu/hiprc/firearm/)

- Johns Hopkins Center for Gun Policy and Research (https://www.jhsph.edu/research/centers-and-institutes/johns-hopkins-center-for-gun-policy-and-research/about/)

- Reducing Gun Violence in America: Informing Policy with Evidence and Analysis (https://jhupress.files.wordpress.com/2013/01/1421411113_updf.pdf)

- () Robert Wood Johnson Foundation: Gun Violence, a Public Health Epidemic (https://www.rwjf.org/en/library/research/2017/09/gun-violence--a-public-health-epidemic.html)

- Rutgers Center on Gun Violence Research (https://gunviolenceresearchcenter.rutgers.edu/)

- Society for Advancement of Violence and Injury Research (SAVIR) (https://www.savirweb.org/aws/SAVIR/pt/sp/home_page)

- () Society for Public Health Education: Gun Violence Resolution  (https://www.sophe.org/resources/gun-violence-resolution/)

- () University of California Firearm Violence Research Center (UCFC) (https://health.ucdavis.edu/vprp/UCFC/index.html) and the BulletPoints Project (https://www.bulletpointsproject.org/)

---

Last updated February 2021

---

1.  Centers for Disease Control and Prevention, National Center for Health Statistics. Underlying Cause of Death 1999-2019 (https://wonder.cdc.gov/ucd-icd10.html). Average based on years 2015-2019.

2.  Centers for Disease Control and Prevention, National Center for Health Statistics. Underlying Cause of Death 1999-2019 (https://wonder.cdc.gov/ucd-icd10.html).

3.  Gani F, Sakran JV, & Canner JK. (2017). Emergency department visits for firearm-related injuries in the United States, 2006–14 (https://www.healthaffairs.org/doi/abs/10.1377/hlthaff.2017.0625). Appendix 13. *Health Affairs*.

4.  National Center for Injury Prevention and Control, CDC. WISQARS Years of Potential Life Lost (YPLL) Report, 1981 - 2019 (https://webappa.cdc.gov/sasweb/ncipc/ypll.html).

5.  Centers for Disease Control and Prevention, National Center for Health Statistics. Underlying Cause of Death 1999-2019 (https://wonder.cdc.gov/ucd-icd10.html). Average based on years 2015-2019.

6.  Centers for Disease Control and Prevention, National Center for Health Statistics. Underlying Cause of Death 1999-2019 (https://wonder.cdc.gov/ucd-icd10.html). Average based on years 2015-2019.

7.  Conner A, Azrael D, & Miller M. (2019). Suicide case-fatality rates in the United States, 2007 to 2014: A nationwide population-based study. *Annals of Internal Medicine*.

8.  Anglemyer A, Horvath T, & Rutherford G. (2014). The accessibility of firearms and risk for suicide and homicide victimization among household members: A systematic review and meta-analysis (https://www.acpjournals.org/doi/10.7326/M13-1301). *Annals of Internal Medicine*.

9.  Centers for Disease Control and Prevention, National Center for Health Statistics. Underlying Cause of Death 1999-2019 (https://wonder.cdc.gov/ucd-icd10.html). Average based on years 2015-2019.

10. Centers for Disease Control and Prevention, National Center for Health Statistics. Underlying Cause of Death 1999-2019 (https://wonder.cdc.gov/ucd-icd10.html). Average based on years 2015-2019.

Case 5:22-cv-00501-BLF   Document 28-9   Filed 03/22/22   Page 66 of 82

11. Anglemyer A, Horvath T, & Rutherford G. (2014). The accessibility of firearms and risk for suicide and homicide victimization among household members: a systematic review and meta-analysis (https://annals.org/aim/fullarticle/1814426/accessibility-firearms-risk-suicide-homicide-victimization-among-household-members-systematic). *Annals of Internal Medicine*.

12. Dahlberg LL, Ikeda RM, & Kresnow MJ. (2004). Guns in the home and risk of a violent death in the home: findings from a national study (https://www.ncbi.nlm.nih.gov/pubmed/15522849). *American Journal of Epidemiology*.

13. Choron R, Spitzer S, & Sakran JV. (2019). Firearm violence in America: is there a solution? (https://www.advancessurgery.com/article/S0065-3411(19)30019-3/fulltext) *Advances in Surgery*.

14. Zeoli AM, Malinski R, & Turchan B. (2016). Risks and targeted interventions: Firearms in intimate partner violence (https://academic.oup.com/epirev/article/38/1/125/2754863). *Epidemiologic Reviews*.

15. Sorenson SB, & Schut RA. (2018). Nonfatal gun use in intimate partner violence: A systematic review of the literature (https://www.ncbi.nlm.nih.gov/pubmed/27630138). *Trauma, Violence, & Abuse*.

16. Campbell JC, Webster D, Koziol-McLain J, Block C, Campbell D, Curry MA… & Laughon K. (2003). Risk factors for femicide in abusive relationships: results from a multisite case control study (https://ajph.aphapublications.org/doi/10.2105/AJPH.93.7.1089). *American Journal of Public Health*.

17. Fatal Force database (https://www.washingtonpost.com/graphics/investigations/police-shootings-database/). (2020). *Washington Post*.

18. Fatal Force database (https://www.washingtonpost.com/graphics/investigations/police-shootings-database/). (2020). *Washington Post*.

19. Centers for Disease Control and Prevention, National Center for Health Statistics. About Underlying Cause of Death, 1999-2018 (http://wonder.cdc.gov/ucd-icd10.html). Average based on years 2014-2018.

20. Centers for Disease Control and Prevention, National Center for Health Statistics. Underlying Cause of Death 1999-2018 (https://wonder.cdc.gov/ucd-icd10.html). Average based on years 2014-2018.

21. Solnick SJ & Hemenway D. (2019). Unintentional firearm deaths in the United States 2005–2015 (https://www.ncbi.nlm.nih.gov/pubmed/31637153). *Injury Epidemiology*.

22. Gani F, Sakran JV, & Canner JK. (2017). Emergency department visits for firearm-related injuries in the United States, 2006–14 (https://www.healthaffairs.org/doi/abs/10.1377/hlthaff.2017.0625). *Health Affairs*. Appendix 13.

23. Avraham JB, Frangos SG, & DiMaggio CJ. (2018). The epidemiology of firearm injuries managed in US emergency departments (https://www.ncbi.nlm.nih.gov/pubmed/30318556). *Injury Epidemiology*.

24. Gani F, Sakran JV, & Canner JK. (2017). Emergency department visits for firearm-related injuries in the United States, 2006–14 (https://www.healthaffairs.org/doi/abs/10.1377/hlthaff.2017.0625). *Health Affairs*. Appendix 13.

25. One-third of US adults say fear of mass shootings prevents them from going to certain places or events. (2019). Press Release (https://www.apa.org/news/press/releases/2019/08/fear-mass-shooting). American Psychological Association.

26. SurveyUSA. Data collected from December 7-11, 2018. Questions 28, 29 Market Research Study (http://www.surveyusa.com/client/PollReport.aspx?g=4a9eed40-c8b0-419c-ae82-71e1dbd19ca0&c=254).

27. SurveyUSA. Data collected from December 7-11, 2018. Questions 35. <u>Market Research Study</u> <u>(http://www.surveyusa.com/client/PollReport.aspx?g=4a9eed40-c8b0-419c-ae82-71e1dbd19ca0&c=254)</u>.

28. Centers for Disease Control and Prevention. The National Center for Injury Prevention and Control, Division of Violence Prevention. <u>The Public Health Approach to Violence Prevention.</u> <u>(https://www.cdc.gov/violenceprevention/publichealthissue/publichealthapproach.html?</u> <u>CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fviolenceprevention%2Foverview%2Fpublichealthapproach.html)</u>

29. World Health Organization. Violence Prevention Alliance. <u>The Public Health Approach</u> <u>(https://www.who.int/violenceprevention/approach/public_health/en/)</u>.

30. Anglemyer A, Horvath T, & Rutherford G. (2014). <u>The accessibility of firearms and risk for suicide and homicide</u> <u>victimization among household members: a systematic review and meta-analysis</u> <u>(https://www.ncbi.nlm.nih.gov/pubmed/24592495)</u>. *Annals of Internal Medicine.*

31. Consortium for Risk-Based Firearm Policy. (2013). <u>Guns, public health, and mental illness: An evidence-based</u> <u>approach for state policy (http://efsgv.wpengine.com/wp-content/uploads/2014/10/Final-State-Report.pdf)</u>.

32. Centers for Disease Control and Prevention. (2019). <u>Risk and Protective Factors</u> <u>(https://www.cdc.gov/violenceprevention/youthviolence/riskprotectivefactors.html#Risk%20Factors)</u>.

33. Sampson RJ. (2012). <u>Great American city: Chicago and the enduring neighborhood effect.</u> <u>(https://press.uchicago.edu/ucp/books/book/chicago/G/bo5514383.html)</u> University of Chicago Press.

34. Frieden TR. (2010). <u>A framework for public health action: the health impact pyramid</u> <u>(https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2009.185652)</u>. *American Journal of Public Health.*

35. Hemenway D & Miller M. (2013). <u>Public health approach to the prevention of gun violence</u> <u>(https://pdfs.semanticscholar.org/a603/37505405d963c1ad574e60f9b8172bb95d49.pdf?</u> <u>_ga=2.102627201.1274664367.1563827215-1043731726.1563827215)</u>. *New England Journal of Medicine.*

36. Traffic Safety Facts: A Compilation of Motor Vehicle Crash Data. (2020). <u>Annual Report Tables</u> <u>(https://cdan.nhtsa.gov/tsftables/tsfar.htm)</u>. *National Highway Traffic Safety Administration.*

37. <u>On 50th anniversary of Ralph Nader's 'Unsafe at Any Speed,' safety group reports auto safety regulation has saved</u> <u>3.5 million lives. (https://www.thenation.com/article/on-50th-anniversary-of-ralph-naders-unsafe-at-any-speed-</u> <u>safety-group-reports-auto-safety-regulation-has-saved-3-5-million-lives/)</u> (2015). *The Nation.*

**805 15th Street NW | Washington, DC 20005 | (202) 408-7560 | <u>efsgv@efsgv.org</u>**

3/21/22, 12:31 PM
Case 5:22-cv-00501-BLF   Document 28-9   Filed 03/22/22   Page 68 of 82
Public Health Approach to Gun Violence Prevention – The Educational Fund to Stop Gun Violence

© 2020 Educational Fund to Stop Gun Violence

**Information on this website does not constitute legal or medical advice. Every factual situation is unique; if you want advice specific to your particular circumstances, you should consult knowledgeable counsel or medical personnel.**

RESEARCH | SOCIETY OF ACTUARIES | WEB EXCLUSIVES

# Firearm Risk: An Insurance Perspective

Actuaries can apply their skills to help quantify firearm-related risk

**KRISTEN MOORE AND CRAIG REYNOLDS**

JUNE/JULY 2018

Disclaimer: The Society of Actuaries makes no endorsement, representation or guarantee with regard to any content, and disclaims any liability in connection with the use or misuse of any information provided in this series of articles. Statements of fact and opinions expressed herein are solely those of the authors and are not those of the Society of Actuaries or the respective authors' employers.

In the 2017–2021 Society of Actuaries (SOA) Strategic Plan, the SOA promises its stakeholders that actuaries will "provide trusted and objective actuarial research, analysis and insight on important societal issues."[1] Firearm deaths and injuries are a significant problem in the United States and an important societal issue with actuarial and insurance aspects. Indeed, the American Medical Association recently called firearm violence "a public health crisis" and called for a comprehensive public health response and solution.[2]

Gun violence in America exacts a significant toll on our society in both human and economic terms. The economic cost of firearms directly affects the financial outcomes of insurers and taxpayers. Actuaries are well positioned to study the mortality and morbidity related to firearms, yet there is little on the topic in actuarial and insurance literature.

In this article, we provide a brief overview to introduce actuaries to the scope of firearm deaths and injuries, and we examine the extent to which actuaries and insurance professionals have studied or addressed the issue. We compare firearm risk to risks that are often considered in the underwriting process for life and homeowners insurance. We find that the death rate for firearms is material, largely not considered in insurance underwriting, and larger than at least one factor that is considered in insurance underwriting. We outline open research questions and encourage actuaries to apply their skills and talents to quantifying firearm-related risk.

We deliberately do not take a stand on policy issues related to firearms. Rather, we focus on the associated insurance risks, share known data and call for further research.

## GUN DEATHS AND INJURIES IN THE UNITED STATES: FREQUENCY AND COST

We summarize the frequency of fatal and nonfatal gunshot wounds in a series of tables and graphs. The data for Figures 1–4 were extracted from the Centers for Disease Control and Prevention (CDC) Web-based

Injury Statistics Query and Reporting System (WISQARS).[3] In Figure 1, we show the annual average number of fatal and nonfatal gunshot wounds (GSW) in the United States during the period 2010–2015. The graph in Figure 2 shows the year-by-year data. In both figures, we include the number of auto fatalities for comparison. Firearm fatalities are the third leading cause of injury-related death, just behind motor vehicle fatalities.[4] Indeed, in recent years, the difference between the two has been less than 0.5 percent, and firearm fatalities have now exceeded automobile fatalities in 21 states.[5,6]

| Figure 1: Annual Average Number of Fatal and Nonfatal Gunshot Wounds, 2010–2015 | | | |
|---|---|---|---|
| | Gunshot Wounds (GSW) | | |
| | Auto Fatalities | Fatal GSW | Nonfatal GSW | Total GSW |
| Annual Average 2010–2015 | 34,351 | 33,511 | 79,846 | 113,357 |

Source: Centers for Disease Control and Prevention Web-based Injury Statistics Query and Reporting System (WISQARS)

## Figure 2: Annual Number of Fatal and Nonfatal Gunshot Wounds, 2010–2015>

Hover Over Image for Specific Data



Source: Centers for Disease Control and Prevention Web-based Injury Statistics Query and Reporting System (WISQARS)

In Figures 3 and 4, we show fatal and nonfatal GSW by intent for 2015. We note that suicides account for 61 percent of fatal GSW. This is stable over the six-year period: 61 to 64 percent of fatal GSW were attributable to suicide. In both figures, legal intervention (deaths or injuries "inflicted by police or other law enforcement agents, including military on duty, in the course of arresting or attempting to arrest lawbreakers, suppressing disturbances, maintaining order and performing other legal actions") is grouped

with homicide or assault. Such incidents comprise only a small fraction, approximately 1 percent, of fatal and nonfatal GSW in 2015 (484 fatalities and 912 nonfatal GSW).

## Figure 3: Fatal Gunshot Wounds by Intent, 2015

Hover Over Image for Specific Data



Source: Centers for Disease Control and Prevention Web-based Injury Statistics Query and Reporting System (WISQARS)

## Figure 4: Nonfatal Gunshot Wounds by Intent, 2015

Hover Over Image for Specific Data



Source: Centers for Disease Control and Prevention Web-based Injury Statistics Query and Reporting System (WISQARS)

Estimates of the cost of gun violence vary. In recent studies, Spitzer et al. found that between 2006 and 2014, the average annual cost of initial inpatient hospitalizations for GSW was $734.6 million.[7] Gani et al.

estimated the average emergency department and inpatient charges for the same period at $2.8 billion per year.[8] The first figure is based on hospital costs while the second is based on charges; the cost-to-charge adjustment was not applied in Gani et al. For more data on cost, we refer the interested reader to Salemi et al.,[9] Lee et al.,[10] Livingston et al.,[11] Cook and Ludwig,[12] and Peek-Asa et al.[13] We emphasize that these studies capture only an initial snapshot of the cost of treating GSW; they exclude follow-up care such as procedures and treatments to address complications, rehabilitation, physical or occupational therapy, mental health care and so on. These snapshots fail to capture the potential "long-tailed" nature of claims related to GSW.

## ARE ACTUARIES AND INSURERS CONSIDERING FIREARM RISK?

In this section, we describe the extent to which actuaries and insurers are studying or quantifying firearm risk. We found only one article in an actuarial journal. However, there is evidence that some actuaries and insurance companies are recognizing firearm-related risk through their product offerings, pricing and underwriting decisions in at least a limited way. We have summarized these findings:

- Lemaire used multiple decrement techniques to compute the reduction in life expectancy and the increase in life insurance premiums in the United States due to firearm violence.[14] To the best of our knowledge, this is the only paper in the actuarial scholarly literature related to firearm risk.
- As states began passing laws to allow school staff members to carry firearms, some insurance companies responded by terminating liability or workers' compensation coverage, or by imposing premium increases per armed staff member.[15]
- At least three companies offer Workplace Violence Expense Insurance to cover expenses associated with incidents of workplace violence.[16,17,18] Moreover, Workplace Violence and Active Shooter Response are active areas of risk management.[19]
- Some companies offer gun liability insurance. Indeed, the National Rifle Association (NRA) endorses a line of personal firearms liability insurance as well as self-defense insurance, which provides coverage in the event that a policyholder uses his or her gun in an act of self-defense.[20,21]
- Bills were introduced in four states (Hawaii, New Hampshire, New York and California) to mandate liability insurance for gun owners.[22] On the other hand, a Florida law passed in 2014 prohibits insurance companies from using firearm ownership as a factor in insurance underwriting.[23] We did not find evidence that actuaries had analyzed or weighed in on these legislative measures.

## DO FIREARMS INTRODUCE RISK?

There is extensive literature on this topic, including individual-level studies, ecological studies, survey papers and meta-analyses. Multiple studies have concluded that a firearm in the home is a risk factor for suicide, domestic violence homicide and accidental shootings, and that higher levels of gun prevalence are positively associated with higher homicide rates. We refer readers to the papers by Hemenway,[24] Hepburn and Hemenway,[25] Miller et al.[26] and Stroebe;[27] the meta-analysis by Anglemeyer et al.,[28] and the references contained therein; as well as the recent article in *Scientific American*.[29]

Again, there is an extensive body of literature that addresses this question, but one can visualize the association between the firearm death rate and gun prevalence in Figure 5, which is based on publicly available data.[30,31] This relationship is approximate, as estimates and measures of gun ownership vary.

**Figure 5: Firearm Death Rate Versus Firearm Ownership Rate by State, 2013**

Sources: Xu, J., S. L. Murphy, K. D. Kochanek, and B. A. Bastian. 2016. "Deaths: Final Data for 2013." *National Vital Statistics Reports* 64 (2). *http://www.cdc.gov/nchs/data/nvsr/nvsr64/nvsr64_02.pdf*  **PDF** .
Kalesan, B., M. D. Villarreal, K. M. Keyes, and S. Galea. 2016. "Gun Ownership and Social Gun Culture." *Injury Prevention* 22 (3): 216–220. *http://dx.doi.org/10.1136/injuryprev-2015-041586.*

We, along with the authors cited previously in this article, emphasize that none of the studies prove causation, but rather a statistical association. In their literature review on firearm availability and homicide, Hepburn and Hemenway wrote, "None of the studies prove causation, but the available evidence is consistent with the hypothesis that increased gun prevalence increases the gun death rate."[32]

# IS FIREARM RISK COMPARABLE TO OTHER INSURANCE UNDERWRITING FACTORS?

In this section, we compare firearm risk to other factors that are used in the underwriting of life insurance and homeowners insurance. We note that we are considering only risk and the financial impact of covered risks, not the social and political forces that influence the selection of underwriting criteria.

For life insurance, risky avocations such as private aviation, scuba diving and rock climbing might be considered in the underwriting process, though firearm ownership generally is not. Using publicly available data, Tavernier and Vadiveloo computed a death rate per million "participants" in various risky avocations and compared that to a death rate per gun owner.[33] The calculations are detailed in Tavernier and Vadiveloo's paper titled "Firearms as an Underwriting Characteristic;" however, since this source is an unpublished student thesis, we walk through some of the calculations and cite their original sources as well. The results are summarized in Figure 6.

| Figure 6: Fatality Rates for Firearms Versus Scuba Diving | | |
|---|---|---|
| **Risk** | **Deaths per Million Participants** | **Life Insurance Underwriting Factor** |
| **Scuba diving** | 164 | Yes |
| **Firearm in the home** | 240–450 | No |

Source: The authors' own calculations and data from Tavernier, R., and J. Vadiveloo. 2017. "Firearms as an Underwriting Characteristic." Undergraduate Student Thesis. Department of Mathematics, University of Connecticut.

For scuba diving, the estimated death rate is given as 16.4 per 100,000 scuba divers.[34]

For firearms, we estimate a death rate attributable to firearm ownership. More specifically, for the numerator, we must estimate the number of deaths that are attributable to firearm ownership. For the denominator, we must estimate the number of gun owners or gun-owning households.

Of course, not all gun deaths result from the fact that an individual chose to engage in the possibly-risky activity of firearm ownership. If a woman accidentally kills herself while cleaning her gun, one can argue that her death was attributable to her choice of risky avocation. However, if one is the victim of a random gun murder, his gun ownership status could be independent of his cause of death. Thus, the correct choice for the numerator is unclear. For that reason, we use a range of 18,000 to 33,000. At the maximum, our numerator includes all firearm deaths. At the minimum, we include only suicides.[35] However, since we are thinking specifically in the context of insurance, we reduce the number of suicides from 20,000 to 18,000 to reflect the fact that some suicides would occur during the suicide exclusion period. Based on Tables 1 and 3 of Tseng's study,[36] Tavernier and Vadiveloo proposed a reduction of 10 percent.[37] Of course, not all

firearm victims are insured—nor are all scuba participants. But this analysis is still useful as a measure of relative risk.

In addition to the variation in the numerator, there is considerable variation in the denominator, as estimates of the number of gun owners vary. The challenges of quantifying gun ownership, availability, prevalence and use are detailed in Hepburn and Hemenway's paper,[38] as well as Chapter 3 of the National Research Council's review.[39] We choose denominators ranging from 40 million to 75 million. At the low end, we use the General Social Survey's (GSS) estimate of a 32 percent gun ownership rate multiplied by the 126 million households in the United States.[40,41] At the high end, other sources suggest the total number of gun owners is as high as 75 million.[42]

This variability produces a wide range for our estimated death rate attributable to firearm ownership. If we include only the adjusted number of suicides (18,000) in the numerator, our estimate ranges from 240 to 450 gun deaths per million gun owners. If the numerator included accidental shootings and domestic violence homicide, for example, the estimated death rates would be higher. If we include all gun deaths (33,000) in the numerator, the range of estimates increases to 440 to 825 deaths per million gun owners. However, as we remarked previously, some gun deaths are completely independent of one's gun ownership status.

Despite the wide range in our estimated death rate attributable to gun ownership, it is worth noting that, even at the low end, the death rate attributable to firearms of 240 deaths per million gun owners is 46 percent higher than the death rate attributable to scuba diving. The latter is used in life insurance underwriting, while the former is not.

Furthermore, while using death rates "per participant" might be an appropriate measure for assigning an insurance rating class once participation has been confirmed, the overall death rate per million of a population might be more relevant when deciding which activities to ask about on an insurance application. Given that the scuba participation rate is much lower than the gun ownership rate, a decision to ask about scuba participation and not gun ownership seems difficult to justify.

For homeowners insurance, risky features in the home such as swimming pools, trampolines and aggressive breed dogs are generally considered in the underwriting process, while firearm ownership is not.[43,44] It is natural to ask whether the risk of a firearm in the home is comparable to the risk of these other household features.

Estimates of the number of trampoline-related injuries range from 100,000 per year[45] to 295,000 per year.[46] Some of these injuries might result in a homeowners claim. We did not find a reliable estimate of the number of household trampolines; thus, we did not calculate a loss rate.

*For life insurance, risky avocations such as private aviation, scuba diving and rock climbing might*

As we pointed out previously, there are about 113,000 fatal and nonfatal GSW per year. Not all firearm-related losses would result in a homeowners claim, as intentional and illegal acts would be excluded. However, some suicides, homicides, assaults, unintentional shootings and even mass shootings could result in a homeowners claim against the gun owner's policy. In addition, firearm theft could result in a homeowners claim. The Department of Justice (DOJ)

*be considered in the underwriting process, though firearm ownership generally is not.*

estimates that approximately 232,000 guns were stolen per year during the six-year period from 2005–2010,[47] while Hemenway et al. estimate 250,000 gun theft incidents per year, with about 380,000 guns stolen.[48]

In computing a homeowners loss rate due to firearms, the correct choice for the numerator is unclear. But beyond examining claim frequency for household risks, one should also examine claim severity. Homeowners claims related to firearms could include high-dollar liability settlements. For example, the mass shootings in Columbine, Colorado, and Newtown, Connecticut, resulted in homeowners settlements.[49,50] But even more "routine" gun accidents could lead to significant settlements.

In the next section under "Claims Analysis," we recommend a systematic study of the frequency and severity of firearm-related claims for homeowners and other lines of business.

## OPEN RESEARCH QUESTIONS

There is a clear need for unbiased and objective research on the economic impact of firearms. Webster et al. point out: "Gunfire from assaults, suicides and unintentional shootings exacts an enormous burden on public health globally. The available science, however, is limited to answer many important questions necessary for mounting successful efforts to reduce gun violence. Certain data are lacking, and there are numerous analytical challenges to deriving unbiased estimates of policy impacts. Significant investments in research over the long term are warranted to answer questions central to successful prevention of gun violence."[51] Similarly, in their 300-page critical review of the literature on firearms and violence, the National Research Council of the National Academy of Sciences observes, "One theme that runs throughout our report is the relative absence of credible data central to addressing even the most basic questions about firearms and violence."[52]

Actuaries can provide high-quality, objective, relevant, quantitative research that can be used by our stakeholders as input for recommendations and decisions on this key societal issue. Toward that end, we propose three important avenues for future research.

### Claims Analysis

The cost of gun violence directly affects the financial outcomes of life, health, disability, workers' compensation, commercial and personal liability, and homeowners insurers, as well as American

3/21/22, 12:32 PM
Firearm Risk from an Insurance Perspective | The Actuary Magazine
Case 5:22-cv-00501-BLF   Document 28-9   Filed 03/22/22   Page 77 of 82

taxpayers. Actuaries should examine the frequency and severity of firearm-related claims across lines of insurance business in order to analyze insurers' exposure to firearm risk.

Data availability and coding of firearm-related claims present significant issues. Moreover, health claims related to nonfatal GSW might be long-tailed, and claims related to follow-up procedures and treatments might not be linked to the original treatment episode. The proposed analysis is challenging. However, the Insurance Information Institute has meticulously tracked the frequency and severity of dog bite liability claims over the last 12 years.[53] If insurers can track the data for dog bites, surely they can make progress on tracking firearm-related claims.

## Total Health Care Cost of Treating Gunshot Wounds

Earlier in this article, we presented several different estimates of, and references about, the costs of treating GSW. Many researchers have quantified the cost of treatment in the emergency department as well as the initial inpatient hospitalization, but, as researchers point out, these costs are just the tip of the iceberg.[54] The studies we cited exclude treatment costs such as physical and occupational therapy, follow-up treatment and procedures for complications, mental health care, nursing care and so on. Actuaries should follow the claims of gunshot survivors longitudinally to quantify the total health care cost of treating GSW.

## Mortality Study

Hepburn and Hemenway remark, "Most striking is the paucity of individual-level studies … For example, there are no studies that follow a large cohort of individuals with known characteristics, comparing homicide victimization rates of those with a gun in the home, and those without."[55]

Wintemute et al. published a related study using California handgun purchase data. In particular, they studied a cohort of 238,292 people who had purchased a handgun in California in 1991 and examined the mortality experience of the group through the end of 1996. They computed standardized mortality ratios and found that the purchase of a handgun was associated with a substantial increase in the risk of suicide by firearm, suicide by any method and female homicide.[56]

Actuaries should examine whether a mortality differential exists between members of gun-owning households and the general and insured population. More specifically, actuaries should examine cohorts of gun-owning households in select states, compute mortality rates by age and sex, and compare them to a standard table for the state or region.

*Actuaries can provide high-quality, objective, relevant, quantitative research that can be used by our stakeholders as input for recommendations and decisions on this key societal issue.*

## A CALL TO ACTION FOR ACTUARIES

Actuarial input on the public health crisis of gun violence is consistent with the history and mission of our profession. The Surgeon General's reports on smoking and health were controversial; however, this did not deter actuaries from studying the issue.[57] When the AIDS crisis arose in the 1980s, the SOA established a task force to study the impact of AIDS on the insurance industry. The task force produced a 300-page report.[58] Among the many recommendations in the report, the task force recommended that AIDS-related claims be tracked, just as we are recommending that firearm-related claims be tracked across lines of business. Additionally, actuaries are currently studying other important and timely issues such as obesity and climate change.[59,60]

Beginning with the Dickey Amendment of 1996, government entities have been restricted in their ability to fund research related to firearms. Stark and Shah explain, "Although the legislation does not ban gun-related research outright, it has been described as casting a pall over the research community." Indeed, researchers estimate that the field receives just 1.6 percent of the funding one would expect, given its impact on mortality.[61] This makes the contributions of actuaries more urgent.

Actuaries have unique skills in measuring and managing risk. We are experts in mortality analysis, skilled in data analytics and model building, and we can analyze the problem objectively. As a profession, we must employ our skills and talents to help address the economic, mortality and morbidity impact of gun violence.

> **Kristen Moore, ASA, Ph.D.,** is an associate professor of Mathematics at the University of Michigan.

> **Craig Reynolds, FSA, MAAA,** is a principal and consulting actuary with Milliman.

## REFERENCES:

1. Society of Actuaries. "The 2017–2021 Strategic Plan Development Process." 2017–2021 Strategic Plan. Accessed June 25, 2018. *https://www.soa.org/strategic-planning/default/.*

2. American Medical Association. 2016. "AMA Calls Gun Violence 'A Public Health Crisis.'" June 14. Accessed April 13, 2018. *https://www.ama-assn.org/ama-calls-gun-violence-public-health-crisis.*

3. Centers for Disease Control and Prevention, National Center for Injury Prevention and Control. 2018. "Welcome to WISQARS." Injury Prevention & Control. May 3. Accessed February 15, 2018. *www.cdc.gov/injury/wisqars.*

4. Xu, J., S. L. Murphy, K. D. Kochanek, and B. A. Bastian. 2016. "Deaths: Final Data for 2013." *National Vital Statistics Reports* 64 (2). *http://www.cdc.gov/nchs/data/nvsr/nvsr64/nvsr64_02.pdf*

5. Supra note 3.

6. Stewart, M. 2016. "Gun Deaths Are Now Outpacing Traffic Deaths in 21 States, and Counting." *HuffPost.* January 15. *http://www.huffingtonpost.com/entry/guns-deaths-car-deaths_us_56991b31e4b0ce4964242c47.*

7. Spitzer, S. A., K. L. Staudenmayer, L. Tennakoon, D. A. Spain, and T. G. Weiser. 2017. "Costs and Financial Burden of Initial Hospitalizations for Firearm Injuries in the United States, 2006–2014." *American Journal of Public Health* 107 (5): 770–774. *https://ajph.aphapublications.org/doi/10.2105/AJPH.2017.303684*. ↗

8. Gani, F., J. V. Sakran, and J. K. Canner. 2017. "Emergency Department Visits for Firearm-related Injuries in the United States, 2006–14." *Health Affairs* 36 (10): 1729–1738. *https://www.healthaffairs.org/doi/10.1377/hlthaff.2017.0625*. ↗

9. Salemi, J. L., V. Jindal, R. E. Wilson, M. F. Mogos, M. H. Aliyu, and H. M. Salihu. 2015. "Hospitalizations and Healthcare Costs Associated With Serious, Non-lethal Firearm-related Violence and Injuries in the United States, 1998–2011." *Family Medicine and Community Health* 3 (2): 8–19. *http://www.ingentaconnect.com/content/cscript/fmch/2015/00000003/00000002/art00003*. ↗

10. Lee, J., S. A. Quraishi, S. Bhatnagar, R. D. Zafonte, and P. T. Masiakos. "The Economic Cost of Firearm-related Injuries in the United States From 2006 to 2010." *Surgery* 155 (5): 894–898. *https://www.surgjournal.com/article/S0039-6060(14)00060-9/fulltext*. ↗

11. Livingston, D. H., R. F. Lavery, M. C. Lopreiato, D. F. Lavery, and M. R. Passannante. 2014. "Unrelenting Violence: An Analysis of 6,322 Gunshot Wound Patients at a Level I Trauma Center." *The Journal of Trauma and Acute Care Surgery* 76 (1): 2–11. *https://journals.lww.com/jtrauma/pages/articleviewer.aspx?year=2014&issue=01000&article=00002&type=abstract*. ↗

12. Cook, P.J., and J. Ludwig. 2006. "The Social Costs of Gun Ownership." *Journal of Public Economics* 90 (1): 379–391. *https://www.sciencedirect.com/science/article/abs/pii/S0047272705000411*. ↗

13. Peek-Asa, C., B. Butcher, and J. E. Cavanaugh. 2017. "Cost of Hospitalization for Firearm Injuries by Firearm Type, Intent and Payer in the United States." *Injury Epidemiology* 4 (1). *https://injepijournal.springeropen.com/articles/10.1186/s40621-017-0120-0*. ↗

14. Lemaire, J. 2005. "The Cost of Firearm Deaths in the United States: Reduced Life Expectancies and Increased Insurance Costs." *The Journal of Risk and Insurance* 72 (3): 359–374. *https://onlinelibrary.wiley.com/doi/abs/10.1111/j.1539-6975.2005.00128.x*. ↗

15. Frankel, T. C. 2018. "One Roadblock to Arming Teachers: Insurance Companies." *The Washington Post*. May 26. *https://www.washingtonpost.com/business/economy/one-roadblock-to-arming-teachers-insurance-companies/2018/05/26/59d6c704-5f7e-11e8-8c93-8cf33c21da8d_story.html?noredirect=on&utm_term=.ea0941514380*. ↗

16. Chubb Group of Insurance Companies. 2013. "ForeFront Portfolio 3.0: Workplace Violence Expense Insurance." September. Accessed April 27, 2018. *http://www.chubb.com/businesses/csi/chubb13750.pdf* 📄. ↗

17. XL Group. 2016. "XL Catlin Unveils Workplace Violence Insurance Coverage for U.S. Businesses." February 3. Accessed April 27, 2018. *http://xlgroup.com/press/xl-catlin-unveils-workplace-violence-insurance-coverage-for-us-businesses*. ↗

18. Great American Insurance Group. 2013. "Workplace Violence Insurance: Serious Issues, Important Coverage." Accessed April 13, 2018. *https://www.greatamericaninsurancegroup.com/docs/default-source/executive-liability/usa/2352-eld-workplace-violence-insurance-sell-sheet.pdf?sfvrsn=4*. ↗

19. Metzner, R. 2012. "Preventing Workplace Violence." *Risk Management Monitor*. November 30. *http://www.riskmanagementmonitor.com/2012-a-year-of-workplace-violence*. ↗

20. National Rifle Association. "Personal Firearms Liability Insurance." Accessed April 14, 2018. https://mynrainsurance.com/insurance-products/liability-personal-firearms. ↗

21. Lockton Affinity. NRA Carry Guard. Accessed April 14, 2018. https://lockton.nracarryguard.com/. ↗

22. Gore, L. 2016. "Mandatory Gun Insurance Before Lawmakers in 4 States." AL.com. February 9. http://www.al.com/news/index.ssf/2016/02/mandatory_gun_insurance_before.html. ↗

23. Vote Smart. "SB 424—Prohibits Insurance Increases for Gun Owners—Florida Key Vote." Accessed August 16, 2017. http://votesmart.org/bill/17865/50390#.V7NTLj4rELU. ↗

24. Hemenway, D. 2011. "Risks and Benefits of a Gun in the Home." *American Journal of Lifestyle Medicine* 5 (6): 502–511. http://journals.sagepub.com/doi/abs/10.1177/1559827610396294. ↗

25. Hepburn, L. M., and D. Hemenway. 2004. "Firearm Availability and Homicide: A Review of the Literature." *Aggression and Violent Behavior* 9 (4): 417–440. https://www.ncjrs.gov/App/publications/Abstract.aspx?id=206421. ↗

26. Miller, M., D. Hemenway, and D. Azrael. 2007. "State-level Homicide Victimization Rates in the U.S. in Relation to Survey Measures of Household Firearm Ownership, 2001–2003." *Social Science & Medicine* 64 (3): 656–664. https://www.sciencedirect.com/science/article/pii/S0277953606004898?via%3Dihub. ↗

27. Stroebe, W. 2013. "Firearm Possession and Violent Death: A Critical Review." *Aggression and Violent Behavior* 18 (6): 709–721. https://www.sciencedirect.com/science/article/pii/S1359178913000797. ↗

28. Anglemyer, A., T. Horvath, and G. Rutherford. 2014. "The Accessibility of Firearms and Risk for Suicide and Homicide Victimization Among Household Members: A Systematic Review and Meta-analysis." *Annals of Internal Medicine* 160 (2): 101–110. http://annals.org/aim/fullarticle/1814426/accessibility-firearms-risk-suicide-homicide-victimization-among-household-members-systematic. ↗

29. Moyer, M. W. 2017. "More Guns Do Not Stop More Crimes, Evidence Shows." *Scientific American*. October 1. https://www.scientificamerican.com/article/more-guns-do-not-stop-more-crimes-evidence-shows/. ↗

30. Supra note 4   [PDF] ↗

31. Kalesan, B., M. D. Villarreal, K. M. Keyes, and S. Galea. 2016. "Gun Ownership and Social Gun Culture." *Injury Prevention* 22 (3): 216–220. http://dx.doi.org/10.1136/injuryprev-2015-041586. ↗

32. Supra note 25. ↗

33. Tavernier, R., and J. Vadiveloo. 2017. "Firearms as an Underwriting Characteristic." Undergraduate Student Thesis. Department of Mathematics, University of Connecticut. ↗

34. Vann, R.D., and Lang, M.A. (eds). 2011. *Recreational Diving Fatalities*. Proceedings of the Divers Alert Network 2010 April 8–10 Workshop. Durham, N.C.: Divers Alert Network. https://www.diversalertnetwork.org/files/Fatalities_Proceedings.pdf [PDF]. ↗

35. Supra note 3. ↗

36. Tseng, S. H. 2004. "The Effect of Life Insurance Policy Provisions on Suicide Rates." December 15. Accessed April 28, 2018. emptormaven.com/img/lifetseng.pdf [PDF]. ↗

37. Supra note 33. ↗

38. Supra note 25. ↗

39. National Research Council. 2005. *Firearms and Violence: A Critical Review*. Washington, D. C.: The National Academies Press. *https://doi.org/10.17226/10881*. ↪

40. Smith, T. W., and J. Son. 2015. "Trends in Gun Ownership in the United States, 1972–2014." NORC at the University of Chicago. March. Accessed April 13, 2018. *http://www.norc.org/PDFs/GSS%20Reports/GSS_Trends%20in%20Gun%20Ownership_US_1972-2014.pdf* PDF ↪

41. United States Census Bureau. 2017. "America's Families and Living Arrangements: 2017." Accessed April 13, 2018. *https://www.census.gov/data/tables/2017/demo/families/cps-2017.html*. ↪

42. Beckett, L. 2016. "Gun Inequality: U.S. Study Charts Rise of Hardcore Super Owners." *The Guardian*. September 19. *https://www.theguardian.com/us-news/2016/sep/19/us-gun-ownership-survey*. ↪

43. Hill, Catey. 2012. "11 Riskiest Dog Breeds for Homeowners and Renters." *Forbes*. May 30. *https://www.forbes.com/sites/cateyhill/2012/05/30/11-riskiest-dog-breeds-for-homeowners-and-renters/#2df04abb36d9*. ↪

44. Esurance. "Trampolines and Homeowners Insurance: Are You Covered?" Accessed June 8, 2018. *https://www.esurance.com/info/homeowners/trampolines-and-homeowners-insurance*. ↪

45. Loder, R. T., W. Schultz, and M. Sabatino. 2014. "Fractures From Trampolines: Results From a National Database, 2002 to 2011." *Journal of Pediatric Orthopaedics* 34 (7): 683–690. *https://insights.ovid.com/crossref?an=01241398-201410000-00005*. ↪

46. American Academy of Orthopaedic Surgeons. 2017. "Orthopaedic Surgeons Warn Parents and Young Children About the Dangers of Trampolines." July 19. Accessed April 13, 2018. *http://newsroom.aaos.org/patient-resources/prevent-injuries-america/trampoline-safety.htm*. ↪

47. Bureau of Justice Statistics. 2012. "About 1.4 Million Guns Stolen During Household Burglaries and Other Property Crimes From 2005 Through 2010." Office of Justice Programs. November 8. Accessed April 13, 2018. *https://www.bjs.gov/content/pub/press/fshbopc0510pr.cfm*. ↪

48. Hemenway, D., D. Azrael, and M. Miller. 2017. "Whose Guns Are Stolen? The Epidemiology of Gun Theft Victims." *Injury Epidemiology* 4 (1). *https://injepijournal.springeropen.com/articles/10.1186/s40621-017-0109-8*. ↪

49. Mitchell, R. W. 2001. "Columbine Settlement Rattles Insurer Groups." *National Underwriter* 105 (19): 18. ↪

50. Altimari, D. 2015. "Sandy Hook Families Settle Lawsuits Against Lanza Estate for $1.5M." *Hartford Courant*. August 6. Accessed April 13, 2018. *http://www.courant.com/news/connecticut/hc-sandy-hook-lawsuit-settled-20150803-story.html*. ↪

51. Webster, D. W., M. Cerdá, G. J. Wintemute, and P. J. Cook. 2016. "Epidemiologic Evidence to Guide the Understanding and Prevention of Gun Violence." *Epidemiologic Reviews* 38 (1): 1–4. *https://academic.oup.com/epirev/article/38/1/1/2754874*. ↪

52. Supra note 39. ↪

53. Insurance Information Institute. 2017. "Spotlight on: Dog Bite Liability." April 3. *https://www.iii.org/issue-update/dog-bite-liability*. ↪

54. Bansal, D. G. 2017. "Initial Hospital Costs for Gunshot Wounds Just 'Tip of the Iceberg.'" Stanford Medicine News Center. March 21. Accessed April 14, 2018. *http://med.stanford.edu/news/all-news/2017/03/initial-hospital-costs-from-gunshot-wounds-total-6-billion-over-nine-years.html.* ↩

55. Supra note 25. ↩

56. Wintemute, G. J., C. A. Parham, J. J. Beaumont, M. Wright, and C. Drake. 1999. "Mortality Among Recent Purchasers of Handguns." *The New England Journal of Medicine* 341 (21): 1583–1589. *https://www.nejm.org/doi/full/10.1056/NEJM199911183412106.* ↩

57. Cowell, M. J., and B. L. Hirst. 1980. "Mortality Differences Between Smokers and Nonsmokers." *Transactions of the Society of Actuaries* 32: 185–213. *https://www.soa.org/Library/Research/Transactions-Of-Society-Of-Actuaries/1980/January/tsa80v328.aspx.* ↩

58. Society of Actuaries AIDS Task Force. 1988. "The Impact of AIDS on Life and Health Insurance Companies: A Guide for Practicing Actuaries." *Transactions of the Society of Actuaries* 40 (2): 839–1159. *https://www.soa.org/library/tsa/1980-89/TSA88V40PT25.pdf* PDF . ↩

59. Behan, D. F., and S.H. Cox. 2010. "Obesity and Its Relation to Mortality and Morbidity Costs." Society of Actuaries. December. Accessed April 14, 2018. *https://www.soa.org/research-reports/2011/research-obesity-relation-mortality/.* ↩

60. Actuaries Climate Index. Accessed April 14, 2018. *http://actuariesclimateindex.org/home/.* ↩

61. Stark, D. E., and N. H. Shah. 2017. "Funding and Publication of Research on Gun Violence and Other Leading Causes of Death." *Journal of the American Medical Association* 317 (1): 84–85. *https://jamanetwork.com/journals/jama/fullarticle/2595514.* ↩