1

2   JOSEPH W. COTCHETT (SBN 36324)
    jcotchett@cpmlegal.com
3   TAMARAH P. PREVOST (SBN 313422)
    tprevost@cpmlegal.com
4   ANDREW F. KIRTLEY (SBN 328023)
    akirtley@cpmlegal.com
5   MELISSA MONTENEGRO (SBN 329099)
    mmontenegro@cpmlegal.com
6   **COTCHETT, PITRE & McCARTHY, LLP**
    San Francisco Airport Office Center
7   840 Malcolm Road, Suite 200
    Burlingame, CA  94010
8   Telephone:  (650) 697-6000
    Facsimile:   (650) 697-0577
9

10  *Attorneys for Defendants*

11

12                  **UNITED STATES DISTRICT COURT**

13          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                     **SAN JOSE DIVISION**

15

16  | | |
    |---|---|
    | **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity**, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | **Case No. 5:22-cv-00501-BLF**<br><br>**DECLARATION OF TAMARAH PREVOST IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         July 21, 2022<br>Time:        9:00 AM<br>Courtroom:  3 – 5th Floor<br>Judge:       Hon. Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022 |

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**DECL. OF TAMARAH PREVOST ISO OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION; CASE NO. 5:22-CV-00501-BLF**

I, Tamarah P. Prevost, hereby declare as follows:

1.     I am an attorney duly admitted to practice before all courts of the State of California and before the U.S. District Court for the Northern District of California, and am a partner with the law firm of Cotchett, Pitre & McCarthy, LLP, counsel for Defendants City of San Jose, Jennifer Maguire, and City of San Jose City Council (collectively, "Defendants") in this matter.

2.     I make this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

3.     I have personal knowledge of each of the facts stated herein, and if called as a witness, I could and would testify competently to all facts herein.

4.     Attached hereto as **Exhibit 1** is a true and correct copy of a June 29, 2021 San Jose City Council Memorandum.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of a January 25, 2022 San Jose City Council Agenda.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of a report prepared by the Pacific Institute for Research and Evaluation, entitled "Incidence and Cost of Firearm Injuries in San Jose, CA" dated January 19, 2022.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of the June 4, 2020 New England Journal of Medicine article, "Handgun Ownership and Suicide in California."

8.     Attached hereto as **Exhibit 5** is a true and correct copy of the Educational Fund to Stop Gun Violence article, "Unintentional Shootings."

9.     Attached hereto as **Exhibit 6** is a true and correct copy of the article, "Sandy Hook Families Settle Lawsuits Against Lanza Estate for $1.5M" featured in the Hartford Courant.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of the December 15, 2020 article, "Man Who Shot Intruder in His Home Sued for Wrongful Death" by Gilman & Bedigian, LLC.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of a "Supplemental Memorandum," dated January 21, 2022, from San Jose City Attorney Nora Frimann to the City Counsel, which contains hyperlinks to fourteen documents. Exhibits 4-10 to this Declaration

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**DECL. OF TAMARAH PREVOST ISO OPPOSITION TO PLAINTIFFS'**
**MOTION FOR PRELIMINARY INJUNCTION; CASE NO. 5:22-CV-00501-BLF**                    1

1    (attached herein) are a sampling of the documents listed in this Supplemental Memorandum, and for

2    the Court's convenience, the remaining documents listed in the Supplemental Memorandum are

3    attached as a compendium hereto. The Supplemental Memorandum states: "The attached list

4    provides the citations for the various research and data sources used in the recitals of the proposed

5    ordinance that is being considered at the City Council's January 25, 2022 meeting. It may be useful

6    in Council's deliberations on the matter."

7          12.      Attached hereto as **Exhibit 9** is a true and correct copy of January 21, 2022 San Jose

8    City Council Memorandum.

9          I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd

10   day of March 2022 at Burlingame, California.

11                                                        /s/ Tamarah P. Prevost_____
                                                          TAMARAH P. PREVOST
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**DECL. OF TAMARAH PREVOST ISO OPPOSITION TO PLAINTIFFS'**                    2
**MOTION FOR PRELIMINARY INJUNCTION; CASE NO. 5:22-CV-00501-BLF**