UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00501-BLF<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>[Re: ECF 30] |

Plaintiffs' motion to shorten time (ECF 30) for hearing on their motion for preliminary injunction is DENIED. The Court does not have any available hearing dates prior to the currently set hearing date of July 21, 2022.

**IT IS SO ORDERED.**

Dated: March 25, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge