1  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
2  TAMARAH P. PREVOST (SBN 313422)
   tprevost@cpmlegal.com
3  ANDREW F. KIRTLEY (SBN 328023)
   akirtley@cpmlegal.com
4  MELISSA MONTENEGRO (SBN 329099)
   mmontenegro@cpmlegal.com
5  **COTCHETT, PITRE & McCARTHY, LLP**
6  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
7  Burlingame, CA  94010
   Telephone:  (650) 697-6000
8  Facsimile:   (650) 697-0577

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**DECLARATION OF TAMARAH PREVOST IN SUPPORT OF DEFENDANTS' MOTION TO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:             August 4, 2022<br>Time:            9:00 a.m.<br>Courtroom:  Via Zoom Webinar<br>Judge:          Hon. Beth Labson Freeman<br><br>Complaint filed: January 25, 2022<br>FAC filed: February 14, 2022 |

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**DECL. OF TAMARAH P. PREVOST ISO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; CASE NO. 5:22-CV-00501-BLF**

I, Tamarah P. Prevost, hereby declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of California and before the U.S. District Court for the Northern District of California, and am a partner with the law firm of Cotchett, Pitre & McCarthy, LLP, counsel for Defendants City of San Jose, Jennifer Maguire in her official capacity, and City of San Jose City Council (collectively, "Defendants") in this matter. I make this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. I have personal knowledge of each of the facts stated herein, and if called as a witness, I could and would testify competently to all facts herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a Memorandum from the San Jose Mayor, Vice Mayor, and City Councilmembers Carrasco, Cohen, and Peralez to the San Jose City Council, dated June 16, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a Memorandum from the San Jose City Attorney Nora Frimann to the San Jose City Council, dated January 14, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Memorandum from the San Jose Mayor to the San Jose City Council, dated January 19, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a Memorandum from the San Jose Mayor, Vice Mayor, and City Councilmembers Jones, Cohen, and Carrasco to the San Jose City Council, dated January 21, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a Memorandum from City Councilmember Davis to the San Jose City Council, dated January 21, 2022.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Memorandum from City Councilmember Peralez to the San Jose City Council, dated January 21, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the "Supplemental Memorandum" from San Jose City Attorney Nora Frimann to the San Jose City Council, dated January 21, 2022, which contains hyperlinks to fourteen documents. For the Court's convenience, the documents listed in the Supplemental Memorandum are attached to Exhibit 7 as a compendium. The Supplemental Memorandum states: "The attached list provides the citations for the various research and data sources used in the recitals of the proposed ordinance that is being considered at

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**DECL. OF TAMARAH P. PREVOST ISO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; CASE NO. 5:22-CV-00501-BLF**   1

the City Council's January 25, 2022 meeting. It may be useful in Council's deliberations on the matter."

9. Attached hereto as **Exhibit 8** is a true and correct copy of the "Replacement/Supplemental Memorandum" from the San Jose Mayor to the San Jose City Council, dated January 24, 2022.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the San Jose City Council Agenda, dated January 25, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a report prepared by the Pacific Institute for Research and Evaluation, entitled "Incidence and Cost of Firearm Injuries in San Jose, CA," dated January 19, 2022.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an article published in the *New England Journal of Medicine* article, "Handgun Ownership and Suicide in California," dated June 4, 2020.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an article by the Educational Fund to Stop Gun Violence article, "Unintentional Shootings."

14. Attached hereto as **Exhibit 13** is a true and correct copy of the article published in the *Hartford Courant*, "Sandy Hook Families Settle Lawsuits Against Lanza Estate for $1.5M," dated August 6, 2015.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an article by Gilman & Bedigian LLC, "Man Who Shot Intruder in His Home Sued for Wrongful Death," dated December 15, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of April 2022 at Burlingame, California.

/s/ Tamarah P. Prevost
TAMARAH P. PREVOST

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

DECL. OF TAMARAH P. PREVOST ISO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; CASE NO. 5:22-CV-00501-BLF

2