1  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
2  TAMARAH P. PREVOST (SBN 313422)
   tprevost@cpmlegal.com
3  ANDREW F. KIRTLEY (SBN 328023)
   akirtley@cpmlegal.com
4  MELISSA MONTENEGRO (SBN 329099)
   mmontenegro@cpmlegal.com
5  **COTCHETT, PITRE & McCARTHY, LLP**
6  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
7  Burlingame, CA  94010
   Telephone:  (650) 697-6000
8  Facsimile:   (650) 697-0577

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**DECLARATION OF SARAH ZARATE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:          August 4, 2022<br>Time:         9:00 a.m.<br>Courtroom: Via Zoom Webinar<br>Judge:        Hon. Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022<br>First Amended Complaint Filed: February 14, 2022 |

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**DECL. OF SARAH ZARATE ISO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; CASE NO. 5:22-CV-00501-BLF**

I, Sarah Zarate, hereby declare as follows:

1. I am the Director of the City of San Jose's Office of Administration, Policy, and Intergovernmental Relationships, which handles public policy, City Council or Committee items, intergovernmental relations, and administrative functions for City of San Jose's City Manager's Office ("CMO"). I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

2. Part of my role is to work with the CMO to promulgate the necessary regulations and accomplish the logistical items required to effectuate the Gun Reduction Ordinance at issue in this underlying case ("the Ordinance"). I have personal knowledge of each of the facts stated herein, and if called as a witness, I could and would testify competently to all facts thereto.

3. On February 8, 2022, the San Jose City Council read Ordinance No. 30716 and adopted the Ordinance. Attached hereto as **Exhibit 1** is a true and correct copy of the February 8, 2022, San Jose City Council Meeting Synopsis.

4. Under Section 10.32.235 of the Ordinance, the CMO is authorized to promulgate all regulations necessary to implement the requirements and fulfill the policies of the Ordinance relating to the reduction of gun harm, including, but not limited to, the following subjects: (1) Processes and procedures related to the implementation of the liability insurance requirement, and forms necessary thereto; (2) Designation of the nonprofit organization that will receive the Gun Harm Reduction Fee, any processes and procedures related to the payment of the fee, and any additional guidelines or auditing of the use of the monies from the fee; (3) Designation of any third-party agency and/or organization that will aid in the implementation of the noticing of the requirements of the Ordinance or any other administrative tasks related to the requirements of the Ordinance; and (4) The criteria by which a person can claim a financial hardship exemption from the Ordinance pursuant to Section 10.32.225(C). (See Ordinance, Section 10.32.235)

5. There are still several areas of work that the CMO must complete before the Ordinance can be fully effectuated. As part of its processes and procedures related to the implementation of the liability insurance requirement, and forms necessary thereto, the CMO first needs to create an insurance form and a process for gun owning residents to find more information

1  regarding the insurance form and their responsibilities under the Ordinance. This has not yet occurred. Further, the CMO is working to implement a notice program, to notify individuals about the Ordinance's requirements, but the notice program has not yet been finalized or confirmed.

6. As part of its processes and procedures related to the designation of the nonprofit organization, the CMO first needs to write a Request for Proposal ("RFP") that requires it work with a number of different stakeholders. The RFP will also need to define the services that the nonprofit will ultimately deliver to residents. Once the RFP is submitted, it must be open for a certain amount of time in order to receive proposals from interested nonprofits and for the CMO to respond to inquiries from potential respondents. At the end of this process, the CMO will award the RFP to the chosen nonprofit. The CMO will then work with the nonprofit towards implementing programs or services geared towards: (1) Suicide prevention; (2) Violence or gender based violence reduction; (3) Addiction intervention and substance abuse treatment; (4) Mental health services related to gun violence; or (5) Firearms safety education or training, as set forth in the Ordinance. (See Ordinance, Section 10.32.220).

7. Before the CMO can even promulgate regulations related to the use of the monies from the Annual Gun Harm Reduction Fee ("Fee"), the CMO must present to the San Jose City Council the Fee amount. The San Jose City Council must then adopt the Fee in a budget action.

8. As part of its processes and procedures related to how the monies from Fee will be used, the CMO needs to create an expenditure plan that will require outreach with potential service providers as well as an educational campaign for people to understand their responsibilities as to the Fee.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of April 2022 at San Jose, California.

*Sarah Zarate*
SARAH ZARATE

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

DECL. OF SARAH ZARATE ISO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; CASE NO. 5:22-CV-00501-BLF    2