1  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
2  TAMARAH P. PREVOST (SBN 313422)
   tprevost@cpmlegal.com
3  ANDREW F. KIRTLEY (SBN 328023)
   akirtley@cpmlegal.com
4  MELISSA MONTENEGRO (SBN 329099)
5  mmontenegro@cpmlegal.com
   **COTCHETT, PITRE & McCARTHY, LLP**
6  San Francisco Airport Office Center
7  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
8  Telephone:  (650) 697-6000
   Facsimile:   (650) 697-0577
9

10  *Attorneys for Defendants*

11

12                     **UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                            **SAN JOSE DIVISION**

15

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:            August 4, 2022<br>Time:           9:00am<br>Courtroom:  Via Zoom Webinar<br>Judge:          Hon. Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022<br>First Amended Complaint Filed: February 14, 2022 |

**[PROPOSED] ORDER**

The Court, having fully considered the papers and arguments presented by the parties and the filings in the case, and good cause having been shown, hereby GRANTS Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint under Federal Rules of Civil Procedure ("Rule") 12(b)(1) on the grounds that it lacks ripeness and improperly seeks an advisory opinion, as the City of San Jose's Gun Harm Reduction Ordinance was not yet in effect as of the date Plaintiffs initiated this action. *See e.g., Thomas v. Anchorage Equal Rights Comm'n*, 220 F.3d 1134, 1138 (9th Cir. 2000).

Alternatively, the Court, having fully considered the papers and arguments presented by the parties and the filings in the case, and good cause having been shown, hereby GRANTS Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint on the grounds that Plaintiffs fail to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6) for each of their following six causes of action:

1. **First Cause of Action** (Violation of the Second and Fourteenth Amendments [42 U.S.C § 1983]);
2. **Second Cause of Action** (Violation of the First and Fourteenth Amendments [42 U.S.C § 1983]);
3. **Third Cause of Action** (Violation of Article XI, § 7 of the California Constitution);
4. **Fourth Cause of Action** (Violation of article XIII C, § 1 of the California Constitution);
5. **Fifth Cause of Action** (San Jose City Charter, Art. IV, §§ 400, 502, 602, 701, 1204, 1206, 1207, 1211); and
6. **Sixth Cause of Action** (Declaratory Judgment Act, 28 U.S.C. §§ 2201, 2202).

IT IS SO ORDERED.

Dated: _____, 2022

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE