AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:22-cv-00501-BLF |
| CITY OF SAN JOSE, a public entity, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs National Association for Gun Rights, Inc. and Mark Sikes                              .

Date:     04/13/2022

/s/David A. Warrington
*Attorney's signature*

David A. Warrington
*Printed name and bar number*

Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314

*Address*

dwarrington@dhillonlaw.com
*E-mail address*

(703) 574-1206
*Telephone number*

(415) 520-6593
*FAX number*