JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
MELISSA MONTENEGRO (SBN 329099)
mmontenegro@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**DECLARATION OF TAMARAH P. PREVOST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

I, Tamarah P. Prevost, hereby declare as follows:

1. I am an attorney duly admitted to practice in the State of California and before this Court. I am a partner with the law firm Cotchett, Pitre & McCarthy, LLP, attorneys for Defendant City of San Jose ("City") in *Howard Jarvis Taxpayers Association, et al. v. City of San Jose*, Case No. 5:22-cv-02365-NC ("*HJTA*") (Notice of Removal filed April 15, 2022), and in *National Association for Gun Rights, Inc., et al. v. City of San Jose, et al.* ("*NAGR*"), Case No. 5:22-cv-00501-BLF (Complaint filed January 25, 2022). Pursuant to Civil Local Rule 7-11, I submit this declaration in support of the City's Administrative Motion to Consider Whether Cases Should Be Related Under Civil Local Rules 3-12 and 7-11 ("Motion"). If called as a witness, I could and would testify competently to the matters stated herein.

2. Attached here as **Exhibit 1** is a true and correct copy of the operative First Amended Complaint (excluding exhibits), filed on February 14, 2022, in the *NAGR* action. ECF 19.

3. Attached here as **Exhibit 2** is a true and correct copy of the Notice of Removal in the *HJTA* action, filed on April 15, 2022, which includes a copy of the underlying complaint filed in Santa Clara County Superior Court on March 7, 2022. ECF 1.

4. On April 18, 2022, I conferred by email with plaintiffs' counsel in the *NAGR* and *HJTA* actions. Counsel in *NAGR* does not oppose relation. Counsel in *HJTA* did not agree to stipulate that the *HJTA* and *NAGR* cases should be related.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April 2022 at Burlingame, California.

                                              */s/ Tamarah P. Prevost*
                                              TAMARAH P. PREVOST

**CERTIFICATE OF SERVICE**

I am employed in San Mateo County, California, and I am over the age of 18 years and not a party to this action. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Road, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

**DECLARATION OF TAMARAH P. PREVOST IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11**

✓ **BY MAIL**: I am familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

✓ **BY E-MAIL**: My e-mail address is kdelia@cpmlegal.com and service of this document(s) occurred on the date shown below. This document is being served electronically and the transmission was reported as complete and without error.

| | |
|---|---|
| Harmeet K. Dhillon<br>Michael A. Columbo<br>Mark P. Meuser<br>**Dhillon Law Group Inc.**<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Telephone: (415) 433-1700<br>harmeet@dhillonlaw.com<br>mcolumbo@dhillonlaw.com<br>mmeuser@dhillonlaw.com<br><br>David A. Warrington<br>Curtis M. Schube<br>**Dhillon Law Group Inc.**<br>2121 Eisenhower Avenue, Suite 402<br>Alexandria, VA 22314<br>Telephone: (571) 400-2121<br>dwarrington@dhillonlaw.com<br>cschube@dhillonlaw.com | Attorneys for Plaintiffs: National Association for Gun Rights, Inc., and Mark Sikes<br>(*NAGR* Action, Case No. 5:22-cv-00501-BLF) |

| Jonathan M. Coupal<br>Timothy A. Bittle<br>Laura E. Dougherty<br>**Howard Jarvis Taxpayers Foundation**<br>921 Eleventh Street, Suite 1201<br>Sacramento, CA 95814<br>Telephone: (916) 444-9950<br>Email: tim@hjta.org | Attorneys for Plaintiffs: Howard Jarvis Taxpayers Association; Silicon Valley Taxpayers Association; Silicon Valley Public Accountability Foundation; James Barry; and George Arrington<br>(*HJTA* Action, Case No. 5:22-cv-02365-NC) |
|---|---|

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on April 19, 2022.

                                            */s/ Kathleen D'Elia*
                                             Kathleen D'Elia