| | |
|---|---|
| 1 | JOSEPH W. COTCHETT (SBN 36324) |
| | jcotchett@cpmlegal.com |
| 2 | TAMARAH P. PREVOST (SBN 313422) |
| | tprevost@cpmlegal.com |
| 3 | ANDREW F. KIRTLEY (SBN 328023) |
| | akirtley@cpmlegal.com |
| 4 | MELISSA MONTENEGRO (SBN 329099) |
| | mmontenegro@cpmlegal.com |
| 5 | **COTCHETT, PITRE & McCARTHY, LLP** |
| | San Francisco Airport Office Center |
| 6 | 840 Malcolm Road, Suite 200 |
| | Burlingame, CA  94010 |
| 7 | Telephone: (650) 697-6000 |
| | Facsimile: (650) 697-0577 |
| 8 | |
| | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**, <br><br>Defendants. | Case No. 5:22-cv-00501-BLF <br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

Having considered the Defendant City of San Jose's administrative motion to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11, all papers filed in support of or opposition to the motion, and the entire record herein, the Court hereby:

**ORDERS**, that *Howard Jarvis Taxpayers Association, et al. v. City of San Jose,* Case No. 5:22-cv-02365-NC, is related to *National Association for Gun Rights, Inc., et al. v. City of San Jose, et al.*, Case No. 5:22-cv-00501-BLF. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the above case to the undersigned judge for all future purposes.

**FURTHER ORDERS**, that the parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any upcoming dates for hearing noticed motions in the re-assigned case are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect.

**IT IS SO ORDERED.**

Dated: _____, 2022

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I am employed in San Mateo County, California, and I am over the age of 18 years and not a party to this action. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Road, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11**

✓   **BY MAIL**: I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

✓   **BY E-MAIL**: My e-mail address is kdelia@cpmlegal.com and service of this document(s) occurred on the date shown below. This document is being served electronically and the transmission was reported as complete and without error.

| | |
|---|---|
| Harmeet K. Dhillon<br>Michael A. Columbo<br>Mark P. Meuser<br>**Dhillon Law Group Inc.**<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Telephone: (415) 433-1700<br>harmeet@dhillonlaw.com<br>mcolumbo@dhillonlaw.com<br>mmeuser@dhillonlaw.com<br><br>David A. Warrington<br>Curtis M. Schube<br>**Dhillon Law Group Inc.**<br>2121 Eisenhower Avenue, Suite 402<br>Alexandria, VA 22314<br>Telephone: (571) 400-2121<br>dwarrington@dhillonlaw.com<br>cschube@dhillonlaw.com | Attorneys for Plaintiffs: National Association for Gun Rights, Inc., and Mark Sikes (*NAGR* Action, Case No. 5:22-cv-00501-BLF) |

| | |
|---|---|
| Jonathan M. Coupal<br>Timothy A. Bittle<br>Laura E. Dougherty<br>**Howard Jarvis Taxpayers Foundation**<br>921 Eleventh Street, Suite 1201<br>Sacramento, CA  95814<br>Telephone: (916) 444-9950<br>Email: tim@hjta.org | Attorneys for Plaintiffs: Howard Jarvis Taxpayers Association; Silicon Valley Taxpayers Association; Silicon Valley Public Accountability Foundation; James Barry; and George Arrington<br>(*HJTA* Action, Case No. 5:22-cv-02365-NC) |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on April 19, 2022.

*/s/ Kathleen D'Elia*
Kathleen D'Elia