1  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
2  TAMARAH P. PREVOST (SBN 313422)
   tprevost@cpmlegal.com
3  ANDREW F. KIRTLEY (SBN 328023)
   akirtley@cpmlegal.com
4  MELISSA MONTENEGRO (SBN 329099)
   mmontenegro@cpmlegal.com
5  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
6  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
7  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
8
   *Attorneys for Defendants*
9

10

11                    **UNITED STATES DISTRICT COURT**

12              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                        **SAN JOSE DIVISION**

14

15  **NATIONAL ASSOCIATION FOR GUN**          Case No. 5:22-cv-00501-BLF
    **RIGHTS, INC.**, a non-profit corporation, and
16  **MARK SIKES**, an individual,            **[PROPOSED] ORDER GRANTING
                                              ADMINISTRATIVE MOTION TO
17                  Plaintiffs,               CONSIDER WHETHER CASES
                                              SHOULD BE RELATED UNDER CIVIL
18         v.                                 LOCAL RULES 3-12 AND 7-11**

19  **CITY OF SAN JOSE**, a public entity,
20  **JENNIFER MAGUIRE**, in her official
    capacity as City Manager of the City of San
21  Jose, and the **CITY OF SAN JOSE CITY
    COUNCIL**,
22
23                  Defendants.

24

25

26

27

28
    [Proposed] Order Granting Administrative Motion to Relate Cases
    Case No. 5:22-cv-00501-BLF                                              1

Having considered the Defendant City of San Jose's administrative motion to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11, all papers filed in support of or opposition to the motion, and the entire record herein, the Court hereby:

**ORDERS**, that *Howard Jarvis Taxpayers Association, et al. v. City of San Jose,* Case No. 5:22-cv-02365-NC, is related to *National Association for Gun Rights, Inc., et al. v. City of San Jose, et al.*, Case No. 5:22-cv-00501-BLF. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the above case to the undersigned judge for all future purposes.

**FURTHER ORDERS**, that the parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any upcoming dates for hearing noticed motions in the re-assigned case are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect.

**IT IS SO ORDERED.**

Dated: _____April 20_____, 2022

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

[~~Proposed~~] Order Granting Administrative Motion to Relate Cases
Case No. 5:22-cv-00501-BLF

1