UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No. 22-cv-00501-BLF<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES** |

The Court has not received chambers copies of several of Plaintiffs' filings. Plaintiffs SHALL submit chambers copies of the documents listed below by May 4, 2022, and SHALL submit chambers copies of all future filings. All exhibits shall be formatted and tabbed consistent with the Court's Standing Order Re Civil Cases.

    First Amended Complaint (ECF 19)

    Motion for Preliminary Injunction (ECF 25)

    Reply in support of Motion for Preliminary Injunction (ECF 32)

**IT IS SO ORDERED.**

Dated: April 20, 2022

_____
BETH LABSON FREEMAN
United States District Judge