UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF SAN JOSE, et al.,<br><br>   Defendants. | Case No. 22-cv-00501-BLF |
| HOWARD JARVIS TAXPAYERS ASSOCIATION, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF SAN JOSE,<br><br>   Defendant. | Case No. 22-cv-02365-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |

The parties in the above-captioned cases are ORDERED TO SHOW CAUSE, in writing and by May 4, 2022, why the cases should not be consolidated.

**IT IS SO ORDERED.**

Dated: April 20, 2022

_____
BETH LABSON FREEMAN
United States District Judge