1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

DAVID A. WARRINGTON (admitted *pro hac vice*)
dwarrington@dhillonlaw.com
CURTIS M. SCHUBE (admitted *pro hac vice)*
cschube@dhillonlaw.com
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: (571) 400-2121

*Attorneys for Plaintiffs*

JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
MELISSA MONTENEGRO (SBN 329099)
mmontenegro@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Defendants*

[Case caption follows on next page]

Page **1**

*[Proposed] Order*

1

2
UNITED STATES DISTRICT COURT

3
NORTHERN DISTRICT OF CALIFORNIA

4
SAN JOSE DIVISION

5

6
**NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a nonprofit corporation, and **MARK SIKES,** an individual,

Case Number: 5:22-cv-00501-BLF

7

8
           Plaintiffs,

[PROPOSED] ORDER RE: JOINT CASE

9
           v.

MANAGEMENT STATEMENT

10
**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official

11
capacity as City Manager of the City of San

12
Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**

Judge: Honorable Beth Labson Freeman

13

14
           Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page **2**

*[Proposed] Order*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:

_____

UNITED STATES DISTRICT JUDGE

*[Proposed] Order*