UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER GLASS, and others,<br><br>             Plaintiffs,<br><br>   v.<br><br>CITY OF SAN JOSE, and others,<br><br>             Defendants. | Case No. 5:22-cv-02533 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:22-cv-00501 BLF, *National Association for Gun Rights, Inc., et al v. City of San Jose, et al.*

**IT IS SO ORDERED.**

Dated: April 26, 2022

                                      NATHANAEL M. COUSINS
                                      United States Magistrate Judge