# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, et al., <br><br> Defendants. | Case No. 22-cv-00501-BLF |
| CHRISTOPHER GLASS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, <br><br> Defendant. | Case No. 22-cv-02533-BLF <br><br> **ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |

The parties in the above-captioned cases are ORDERED TO SHOW CAUSE, in writing and by May 17, 2022, why the cases should not be consolidated.

**IT IS SO ORDERED.**

Dated: May 3, 2022

_____
BETH LABSON FREEMAN
United States District Judge