1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  MICHAEL A. COLUMBO (SBN: 271283)
   mcolumbo@dhillonlaw.com
3  MARK P. MEUSER (SBN: 231335)
4  mmeuser@dhillonlaw.com
   DHILLON LAW GROUP INC.
5  177 Post Street, Suite 700
   San Francisco, California 94108
6  Telephone: (415) 433-1700
7
8  DAVID A. WARRINGTON*
   dwarrington@dhillonlaw.com
9  CURTIS M. SCHUBE*
   cschube@dhillonlaw.com
10 DHILLON LAW GROUP INC.
   2121 Eisenhower Avenue, Suite 402
11 Alexandria, VA 22314
12 Telephone: (571) 400-2121

13 *Admitted *Pro Hac Vice*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,** <br><br> Defendants. | Case No. 5:22-cv-00501-BLF <br><br> PLAINTIFFS' POSITION REGARDING CONSOLIDATION WITH *HOWARD JARVIS TAXPAYERS ASSOCIATION V. CITY OF SAN JOSE* |



On April 20, 2022, this Court issued an Order to the parties to show cause why this matter and *Howard Jarvis Taxpayers Association, et. al. v. City of San Jose*, 22-cv-02365-BLF (N.D. Cal.) should not be consolidated.

Rule 42(a) of the Federal Rules of Civil Procedure states that a court "may" consolidate actions which "involve a common question of law or fact." Some issues in this matter overlap with *Howard Jarvis* while others do not. Because Plaintiffs and Defendants have briefed this matter but *Howard Jarvis* is just getting under way, Plaintiffs' main concern with consolidation of this matter with *Howard Jarvis* is whether consolidation would risk delaying the Court's disposition of this matter until after the Defendants' challenged ordinance takes effect, and thereby inflict the harms the Plaintiffs timely filed this suit months ago to prevent.

At the status conference, the Court indicated there may be measures other than Plaintiffs incurring the added cost of filing a motion for a temporary restraining order that could preserve the *status quo* while the Court considers the merits of the case after the additional briefing. With that prospect for relief from either the burden of additional pleading or suffering the harms threatened by the Ordinance, Plaintiffs will not argue against consolidation of this matter with *Howard Jarvis*.

Dated: May 4, 2022

By: /s/ *Harmeet K. Dhillon*
Harmeet K. Dhillon
Michael A. Columbo
Mark P. Meuser
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
(415) 433-1700

David A. Warrington (*pro hac vice*)
Curtis M. Schube (*pro hac vice*)
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
(571) 400-2121

*Attorneys for Plaintiffs*