1
2  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
3  MICHAEL A. COLUMBO (SBN: 271283)
   mcolumbo@dhillonlaw.com
4  MARK P. MEUSER (SBN: 231335)
   mmeuser@dhillonlaw.com
5  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
6  San Francisco, California 94108
7  Telephone: (415) 433-1700

8  DAVID A. WARRINGTON (admitted *pro hac vice*)
   dwarrington@dhillonlaw.com
9  CURTIS M. SCHUBE (admitted *pro hac vice*)
   cschube@dhillonlaw.com
10 DHILLON LAW GROUP INC.
   2121 Eisenhower Avenue, Suite 402
11 Alexandria, VA 22314
12 Telephone: (571) 400-2121
   *Attorneys for Plaintiffs*
13

14
   JOSEPH W. COTCHETT (SBN 36324)
15 jcotchett@cpmlegal.com
   TAMARAH P. PREVOST (SBN 313422)
16 tprevost@cpmlegal.com
   ANDREW F. KIRTLEY (SBN 328023)
17 akirtley@cpmlegal.com
   MELISSA MONTENEGRO (SBN 329099)
18 mmontenegro@cpmlegal.com
19 **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
20 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
21 Telephone: (650) 697-6000
22 *Attorneys for Defendants*

23                [Case caption follows on next page]

24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a nonprofit corporation, and **MARK SIKES**, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>  Defendants. | Case Number: 5:22-cv-00501-BLF<br><br>**STIPULATED SCHEDULE AND [PROPOSED] ORDER**<br><br>Judge: Honorable Beth Labson Freeman |

The parties to the above-entitled action jointly submit this Stipulated Schedule and [Proposed] Order pursuant to this Court's April 29, 2022, Case Management Order:

1) June 28, 2022: Deadline to amend pleadings.*

2) March 1, 2023: Deadline for expert disclosures.

3) April 3, 2023: Deadline for rebuttal expert disclosures.

4) May 1, 2023: Fact discovery deadline.

5) July 3, 2023: Deadline to complete expert discovery.

6) August 1, 2023: Dispositive motion deadline.

7) October 5, 2023: Dispositive motions heard.*

8) January 18, 2024: Final pre-trial conference.*

9) March 4, 2024: Trial*

An asterisk denotes dates already set by the Court in its April 29, 2022 Case Management Order. *See* ECF 49.

**DHILLON LAW GROUP INC.**

Dated:                                  /s David A. Warrington

                                        David A. Warrington

                                        Counsel for Plaintiffs

**COTCHETT, PITRE & McCARTHY, LLP**

Dated:                                  /s Tamarah P. Prevost

                                        Tamarah P. Prevost

                                        Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I caused to serve a true and accurate copy of the following on all counsel of record via ECF:

STIPULATED SCHEDULE AND [PROPOSED] ORDER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 20, 2022                     __/s David A. Warrington_____

                                        David A. Warrington