[PROPOSED] ORDER

The above STIPULATED SCHEDULE & PROPOSED ORDER is approved as the scheduling Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated:

Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE
