HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

DAVID A. WARRINGTON (admitted *pro hac vice*)
dwarrington@dhillonlaw.com
CURTIS M. SCHUBE (admitted *pro hac vice)*
cschube@dhillonlaw.com
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: (571) 400-2121
*Attorneys for Plaintiffs*


JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
MELISSA MONTENEGRO (SBN 329099)
mmontenegro@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
*Attorneys for Defendants*

[Case caption follows on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a nonprofit corporation, and **MARK SIKES,** an individual, | Case Number: 5:22-cv-00501-BLF |
| Plaintiffs, | **STIPULATED SCHEDULE AND [~~PROPOSED~~] ORDER** |
| v. | |
| **CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE,** in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,** | Judge: Honorable Beth Labson Freeman |
| Defendants. | |

The parties to the above-entitled action jointly submit this Stipulated Schedule and [Proposed] Order pursuant to this Court's April 29, 2022, Case Management Order:

1) June 28, 2022: Deadline to amend pleadings.*

2) March 1, 2023: Deadline for expert disclosures.

3) April 3, 2023: Deadline for rebuttal expert disclosures.

4) May 1, 2023: Fact discovery deadline.

5) July 3, 2023: Deadline to complete expert discovery.

6) August 1, 2023: Dispositive motion deadline.

7) October 5, 2023: Dispositive motions heard.*

8) January 18, 2024: Final pre-trial conference.*

9) March 4, 2024: Trial*

An asterisk denotes dates already set by the Court in its April 29, 2022 Case Management Order. *See* ECF 49.

**DHILLON LAW GROUP INC.**

Dated:                                 /s David A. Warrington
                                                David A. Warrington

                                                Counsel for Plaintiffs

**COTCHETT, PITRE & McCARTHY, LLP**

Dated:                                 /s Tamarah P. Prevost
                                                Tamarah P. Prevost

                                                Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I caused to serve a true and accurate copy of the following on all counsel of record via ECF:

STIPULATED SCHEDULE AND [PROPOSED] ORDER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 20, 2022                    __/s David A. Warrington_____
                                                David A. Warrington

Page **3** of 4

1

[~~PROPOSED~~] ORDER

2          The above STIPULATED SCHEDULE   PROPOSED ORDER is approved as the

3   scheduling Order for this case and all parties shall comply with its provisions.

4

5

6   IT IS SO ORDERED.

7    Dated:  May 20, 2022

8                                                    Honorable Beth Labson Freeman

9                                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulated Schedule and [~~Proposed~~] Order*                          5:22-cv-00501-BLF