JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
MELISSA MONTENEGRO (SBN 329099)
mmontenegro@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., a non-profit corporation; and MARK SIKES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE, in her official capacity as City Manager of the City of San Jose, and the CITY OF SAN JOSE CITY COUNCIL,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>**(Civil Local Rule 7-3(d)(2))**<br><br>Motion:     Mot. for Preliminary Injunction<br>Date:          July 21, 2022<br>Time:         9:00 a.m.<br>Courtroom: Zoom Webinar<br>Judge:        Hon. Beth Labson Freeman<br><br>Motion:     Mot. to Dismiss First Am. Compl.<br>Date:          August 4, 2022<br>Time:         9:00 a.m.<br>Courtroom: Zoom Webinar<br>Judge:        Hon. Beth Labson Freeman |

# STATEMENT OF RECENT DECISION

Pursuant to Civil Local Rule 7-3(d)(2), Defendants City of San Jose, Jennifer Maguire (in her official capacity as City Manager), and the City of San Jose City Council respectfully provide notice to the Court of the following relevant judicial decision concerning the First Amendment to the U.S. Constitution:

- *Shurtleff v. City of Boston, Massachusetts*, 142 S. Ct. 1583 (2022), issued on May 2, 2022, a copy of which is attached hereto as **Exhibit 1**.

This decision was issued on May 2, 2022, after the parties to this action had completed briefing Plaintiffs' pending Motion for Preliminary Injunction (fully briefed as of March 29, 2022) and Defendants' pending Motion to Dismiss the First Amended Complaint (fully briefed as of April 29, 2022). Those motions are set to be heard by the Court on July 21, 2022, and August 4, 2022, respectively.

Dated: June 7, 2022

Respectfully submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

By: _/s/ Tamarah P. Prevost_
      Joseph W. Cotchett
      Tamarah P. Prevost
      Andrew F. Kirtley
      Melissa Montenegro

*Attorneys for Defendants City of San Jose, et al.*