**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No. 22-cv-00501-BLF<br><br>**ORDER ADVANCING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FROM JULY 21, 2022 AT 9:00 AM TO JULY 14, 2022 AT 9:00 AM**<br><br>[Re: ECF 25] |

The hearing on Plaintiffs' motion for preliminary injunction (ECF 25) is ADVANCED from July 21, 2022 at 9:00 a.m. to July 14, 2022 at 9:00 a.m. Plaintiffs previously filed an unopposed motion (ECF 30) to shorten time for the hearing, which the Court was unable to grant due to lack of available hearing dates. Because a spot has opened up on the July 14, 2022 calendar, the Court now advances the hearing by one week.

**IT IS SO ORDERED.**

Dated: June 14, 2022

_____
BETH LABSON FREEMAN
United States District Judge