UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No.  22-cv-00501-BLF<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>[Re:  ECF 61] |

On June 24, 2022, Plaintiffs filed a Statement of Recent Decision, advising that the following opinion is relevant to their pending motion for preliminary injunction: *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, --- S. Ct. ----, No. 20-843, 2022 WL 2251305 (June 23, 2022).

The parties SHALL file simultaneous supplemental briefs, not to exceed seven pages in length, addressing *Bruen* and the proper legal standard to be applied in evaluating Plaintiffs' motion for preliminary injunction.  The briefs shall be filed by 12:00 p.m. (noon) on July 8, 2022.

**IT IS SO ORDERED.**

Dated:  June 27, 2022

_____
BETH LABSON FREEMAN
United States District Judge