GRETCHEN HOFF VARNER (Bar No. 284980)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  ghoffvarner@cov.com

Attorney for Amicus Curiae

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a nonprofit corporation, and **MARK SIKES**, an individual,<br><br>     Plaintiffs,<br><br>     v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>     Defendants. | Civil Case Number: 5:22-cv-00501-BLF<br><br>**BRADY'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE AN AMICUS BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date on Motion for Preliminary Injunction: July 14, 2022<br>Hearing Time: 9:00 a.m.<br>Location: Zoom Webinar<br><br>Hearing Date on Motion to Dismiss: August 4, 2022<br>Hearing Time: 9:00 a.m.<br>Location: Zoom Webinar<br><br>Judge: Honorable Beth Labson Freeman |

Brady's Motion For Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and  in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint
Case Number: 5:22-cv-00501-BLF

Brady moves for leave to appear as *amicus curiae* and to file the attached brief in support of both Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and in Support Of Defendants' Motion To Dismiss Plaintiffs' First Amended Complaint in the above-captioned matter.

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds*, *Sandin v. Conner*, 515 U.S. 472 (1995). When courts exercise their discretion to appoint amici, "there is no rule that amici must be totally disinterested." *Funbus Sys., Inc. v. State of Cal. Pub. Utilities Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986). Instead, amici are valuable wherever they can perform their "classic role" of "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

Brady is the nation's most longstanding nonpartisan, nonprofit organization dedicated to reducing gun violence through education, research, and legal advocacy. Brady has a substantial interest in ensuring that the Constitution is construed to protect Americans' fundamental right to live. Brady also has a substantial interest in protecting the authority of democratically elected officials to address the nation's gun violence epidemic. Brady has filed amicus briefs in many cases involving the regulation of firearms, including *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, No. 20-843, 2022 WL 2251305, 597 U.S. __ (2022); *District of Columbia v. Heller*, 554 U.S. 570 (2008), and *Bauer v. Becerra*, 858 F.3d 1216, 1219 (9th Cir. 2017).

Here, Brady seeks to assist the Court in deciding this important matter by adding to the parties' briefing on the ways that the Ordinance's insurance and fee requirements do not implicate the Second Amendment, and would be constitutional even if they did. Brady's proposed brief will explain in greater detail how the insurance and fee requirements work; show how, properly understood, neither requirement burdens Second Amendment conduct; and survey relevant historical sources to demonstrate that any minimal burden that the requirements might impose is fully consistent with the Nation's history of Second Amendment regulation. Additional briefing on these issues is particularly necessary in light of the Supreme Court's recent decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*. As an organization

Brady's Motion For Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and  in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint                    2
Case Number: 5:22-cv-00501-BLF

that closely examines innovative legal approaches to gun violence, Brady is well-positioned to add to the briefing on these important gun-related issues.

For the foregoing reasons, Brady respectfully requests that the Court grant this motion and accept for filing the accompanying *amicus curiae* brief.

Dated: July 11, 2022

Respectfully Submitted,

**COVINGTON & BURLING LLP**

/s/  Gretchen Hoff Varner
GRETCHEN HOFF VARNER (Bar No. 284980)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ghoffvarner@cov.com
*Attorney for Amicus Curiae*

OF COUNSEL

**COVINGTON & BURLING LLP**
SUZAN CHARLTON*
JAMES FITCH*
ALLISON HAWKINS*
ELIZABETH UPTON*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Email: scharlton@cov.com
jhfitch@cov.com
ahawkins@cov.com
eupton@cov.com

**BRADY**
JONATHAN LOWY*
SHIRA FELDMAN*
840 First Street, NE
Suite 400
Washington, DC 20002
Telephone: (202) 370-8100

Email: jlowy@bradyunited.org
sfeldman@bradyunited.org

*Attorneys for Amicus Curiae*
*\* Not admitted in this Court*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 11, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Gretchen Hoff Varner

Gretchen Hoff Varner (Bar No. 284980)

Brady's Motion For Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint
Case Number: 5:22-cv-00501-BLF

5