UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a nonprofit corporation, and **MARK SIKES**, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>  Defendants. | Civil Case Number: 5:22-cv-00501-BLF<br><br>**[PROPOSED] ORDER GRANTING BRADY'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE AN AMICUS BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge: Honorable Beth Labson Freeman |

**[PROPOSED] ORDER**

Before the Court is the Brady's Motion for Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the Motion for Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction and in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT** the amicus brief submitted in connection with the Motion is deemed filed.

Dated:_____                                                    _____

                                                                                           Hon. Beth Labson Freeman