HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

DAVID A. WARRINGTON*
dwarrington@dhillonlaw.com
CURTIS M. SCHUBE*
cschube@dhillonlaw.com
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: (571) 400-2121

*Admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a nonprofit corporation, and **MARK SIKES,** an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>Defendants. | Case Number: 5:22-cv-00501-BLF<br><br>**PLAINTIFFS' OPPOSITION** ~~FOR~~ **TO THIRD PARTY BRADY'S MOTION** ~~TO~~ **FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Courtroom: 3-5th Floor<br>Judge: Honorable Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022<br>MPI Hearing Held: July 14, 2022<br>MTD Filed: February 7, 2022 |



1  Plaintiffs National Association for Gun Rights and Mark Sikes oppose third party Brady's
2  Motion for Leave to File Amicus Brief.
3  On June 27, 2022, the Court solicited the parties to submit supplemental briefs addressing a
4  recent decision of the Supreme Court by July 8, 2022, in advance of the July 14, 2022, hearing on
5  Plaintiff's' Motion for Preliminary Injunction.  The Court did not solicit amicus briefs from the
6  public, generally, or from Brady, specifically. Brady, however, submitted its Motion for Leave to
7  File ~~amicus~~ Amicus ~~brief~~Brief, to which it attached an amicus brief, on July 11, 2022, after the
8  deadline set by the ~~court~~ Court for the parties to submit their ~~motion for leave to file their~~
9  ~~brief~~supplemental briefs and only three days before the hearing.
10  At the hearing on Plaintiffs' Motion for Preliminary Injunction, Plaintiffs had an opportunity
11  to verbally respond point-by-point to Defendant San Jose's supplemental brief. At the time of the
12  hearing, Brady's brief was not before the ~~court~~ Court because its motion had not been granted.
13  During the hearing, the ~~court~~ Court did not mention Brady's brief.
14  Accordingly, Plaintiffs oppose Brady's Motion for Leave to File Amicus Brief because it is
15  untimely and prejudicial. Plaintiffs will not have had any opportunity to respond to its substantive
16  points, as it did at least verbally during the hearing to Defendant San Jose's brief, if the Court
17  considers Brady's arguments against Plaintiffs' motion. If the Court is inclined to grant Brady's
18
19
20
21
22
23
24
25
26
27
28

1  motion to incorporate substantive points from Brady's brief, Plaintiffs respectfully request an
2  opportunity to respond to any such points before the Court finalizes its opinion.

Date: July 15, 2022

Respectfully submitted,

DHILLON LAW GROUP INC.

By: /s/ Harmeet K. Dhillon
Harmeet K. Dhillon
Michael A. Columbo
Mark P. Meuser
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
(415) 433-1700

David A. Warrington*
Curtis M. Schube*
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
(571) 400-2121

*Admitted *Pro Hac Vice*

