# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF SAN JOSE, et al.,<br><br>  Defendants. | Case No. 22-cv-00501-BLF<br><br>**ORDER GRANTING BRADY'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE AN AMICUS BRIEF AND GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO RESPOND TO AMICUS BRIEF** |

Having considered Brady's Motion for Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint ("Amicus Motion"), as well as Plaintiffs' Opposition to Third Party Brady's Motion for Leave to File Amicus Brief, it is hereby ORDERED that the Amicus Motion is GRANTED and the brief submitted in connection with the Amicus Motion is deemed filed.

The Court GRANTS Plaintiffs' request for leave to respond to the substantive points in Brady's amicus brief. Plaintiffs' response shall not exceed 8 pages and must be filed no later than July 28, 2022.

**IT IS SO ORDERED.**

Dated: July 18, 2022

_____
BETH LABSON FREEMAN
United States District Judge