JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
MELISSA MONTENEGRO (SBN 329099)
mmontenegro@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**DEFENDANTS' STATUS REPORT ON IMPLEMENTATION OF THE GUN HARM REDUCTION ORDINANCE** |
| **HOWARD JARVIS TAXPAYERS ASSOCIATION**; Silicon Valley Taxpayers Association; Silicon Valley Public Accountability Foundation; James Barry; and George Arrington,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, and all persons interested in the matter of San Jose Ordinance No. 30716, establishing an Annual Gun Harm Reduction Fee,<br><br>Defendants. | |

Defendants City of San Jose, City Manager Jennifer Maguire, and the City of San Jose City Council (collectively, the "City") provide the following Status Report to the Court and the parties concerning the City's ongoing efforts to implement the San Jose Gun Harm Reduction Ordinance ("Ordinance") at issue in these cases.

Since the Ordinance was approved by the City Council on February 8, 2022, the City has been working diligently to develop regulations and administrative procedures, and take other actions necessary to ensure the Ordinance, when fully implemented, will have the administrative infrastructure it needs to function effectively.

In its August Status Report, the City informed the Court that it had not set a date for when enforcement of the Gun Harm Reduction Fee ("Fee") requirement will begin and that the liability insurance mandate required finalization. *NAGR* Action, ECF 78, at 1. The City referred the Court to the *Memorandum from Sarah Zárate to San Jose Mayor and City Council Re: Gun Harm Reduction Ordinance Update* (July 1, 2022), *available at* https://www.sanjoseca.gov/home/showpublisheddocument/87508 ("July Memorandum"). *Id*. The July Memorandum contains a table titled "Implementation Timeline," which lists the tasks the City needs to complete to implement the Ordinance, notes which tasks have already been completed, and provides estimated completion dates for those yet to be accomplished. July Memorandum at 3-5.

The July Memorandum continues to provide an accurate list of the anticipated work the City will, or has, undertaken to implement the Ordinance. Since the August Status Report, the City has achieved certain milestones necessary to implement the Ordinance as detailed below.

I.   **Revised City Manager's Office Regulations and Insurance Attestation Form**

The City Manager's Office ("CMO") published revised regulations necessary to implement the Ordinance on October 21, 2022 ("Revised Regulations"). The Revised Regulations, (consistent with the July Memorandum) set January 1, 2023 as the implementation date for the Ordinance's insurance requirement, establish the insurance attestation form, define the criteria for a hardship exemption, and describe the peace officer and concealed weapon license exemptions. *See City Manager Regulations for the Gun Harm Reduction Ordinance* (October 21, 2022), *available at* https://www.sanjoseca.gov/home/showpublisheddocument/90815.

City staff will begin a public outreach campaign to inform resident gun owners of the January 1, 2023 implementation date for the insurance requirement and provide instructions on how to comply with the insurance requirement through the attestation form. The insurance attestation form has been translated to Spanish and Vietnamese. Public outreach materials will also be available in these languages.

## II. The City's Other Progress in Implementing the Ordinance's Terms

The City has engaged in other related efforts to progress towards full implementation of the Ordinance's terms.

### A. RFI Process

First, the City has begun outreach efforts to ultimately secure a contract with a non-profit organization who will administer the programs funded by the Fee. Ordinance §§ 10.32.215, 10.32.220. To that end, the City recently issued a Request for Information ("RFI") as part of its outreach effort to any non-profit organization potentially interested in contracting with the City to provide programs and initiatives consistent with the Ordinance's terms. *Id*. The City posted its RFI on a website entitled "Biddingo.com," a governmental contract portal the City uses to solicit interest from a variety of vendors and organizations that it contracts with. The RFI was posted on October 11, 2022 and 3,131 entities have since been directly notified of the City's RFI. These agencies were selected for the services they provide. The RFI will close on November 1, 2022. Numerous City websites also contain information for entities to express interest in this contract. The City's Finance Department webpage, for example, also posts detailed information about Biddingo.com, and directs the public to the City's current procurement opportunities. *See City of San Jose Finance Department: Bid Opportunities,* https://www.sanjoseca.gov/your-government/departments/finance/purchasing/bid-opportunities (last visited Oct. 25, 2022).

### B. Administrative Citation Schedule of Fines

Second, the Ordinance provides that failure to comply with its terms could result in an administrative citation. Ordinance § 10.32.240. During the public meeting held on October 18, 2022, the City amended its Administrative Citation Schedule of Fines, which lists all fines the City cites for violations of any City law, to list fines for violations of the Ordinance. Escalating fine amounts were

set for first, second, and third or subsequent violations of the Ordinance ($250, $500, and $1000 respectively), which are proportional to the violation type and severity with amounts set for other municipal code violations.  *See Memorandum from Sarah Zárate to San Jose Mayor and City Council Re: Amendment to the Administrative Citation Schedule of Fines Resolution* (October 5, 2022), *available at* https://sanjose.legistar.com/View.ashx?M=F&ID=11295898&GUID=C73A3D41-72E6-4F64-8DE2-650873A3C04E. The fines are also included in the City Manager's Regulations for the Ordinance, which can be found on the City of San Jose Police Department's website under Documents & Policies: Gun Harm Reduction Ordinance. *See San Jose Police Department: Gun Harm Reduction Ordinance* (October 20, 2022), *available at* https://www.sjpd.org/records/documents-policies/gun-harm-reduction-ordinance.

### C.  Implementation of the Gun Harm Reduction Fee

Third, the Revised Regulations do not establish a date upon which gunowners must comply with the Fee requirement. Resident gun owners are not required to pay the Fee until a payment implementation date is set through future amended regulations.

The City will provide additional updates to the Court as appropriate of any further material developments in the City's ongoing effort to implement the Ordinance.

Dated:  October 25, 2022

Respectfully submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

By:  */s/ Tamarah P. Prevost*
     Joseph W. Cotchett
     Tamarah P. Prevost
     Andrew F. Kirtley
     Melissa Montenegro

*Attorneys for Defendants City of San Jose, et al.*