JONATHAN M. COUPAL, State Bar No. 107815
TIMOTHY A. BITTLE, State Bar No. 112300
LAURA E. DOUGHERTY, State Bar No. 255855
Howard Jarvis Taxpayers Foundation
1201 K Street, Suite 1030
Sacramento, CA 95814
(916) 444-9950

Attorneys for Plaintiffs
*Howard Jarvis Taxpayers Association,* et al.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSN. FOR GUN RIGHTS, *et al.*,<br><br>    Plaintiffs<br><br>    v.<br><br>CITY OF SAN JOSE, *et al.*,<br><br>    Defendants<br>————————————————— | No. 22-cv-00501-BLF<br><br><br><br><br><br><br><br><br><br> |
| HOWARD JARVIS TAXPAYERS ASSN., *et al.*,<br><br>    Plaintiffs<br><br>    v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant<br>————————————————— | No. 22-cv-02365-BLF<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT as of November 11, 2022, the firm address for attorneys for Plaintiffs Howard Jarvis Taxpayers Association, et al., has changed for service of notices and documents in the above-captioned action. The new address or other contact information for Howard Jarvis Taxpayers Foundation is as follows:

Howard Jarvis Taxpayers Foundation

1201 K Street, Suite 1030

Sacramento, CA 95814

Phone: (916) 444-9950

All notices and documents regarding the action should be sent to the above address.

DATED: December 7, 2022.                    Respectfully submitted,

JONATHAN M. COUPAL
TIMOTHY A. BITTLE
LAURA E. DOUGHERTY

_____
TIMOTHY A. BITTLE
Attorneys for Plaintiffs
*Howard Jarvis Taxpayers Assn.,* et al.