JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MELISSA MONTENEGRO**<br><br>Courtroom: 3 – 5th Floor<br>Judge: Hon. Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022 |
| **HOWARD JARVIS TAXPAYERS ASSOCIATION**; Silicon Valley Taxpayers Association; Silicon Valley Public Accountability Foundation; James Barry; and George Arrington,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, and all persons interested in the matter of San Jose Ordinance No. 30716, establishing an Annual Gun Harm Reduction Fee,<br><br>Defendants. | |

TO:   The Clerk of the Court and to All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT after November 30, 2022, Melissa Montenegro will no longer be associated with the law firm of Cotchett, Pitre & McCarthy, LLP and hereby withdraws as counsel for Defendants. Ms. Montenegro should be removed from the Court's service list with respect to this action. The law firm of Cotchett, Pitre & McCarthy, LLP continues to represent Defendants, and should continue to be reflected as counsel. All future correspondence and papers in this action should continue to be directed to Joseph W. Cotchett, Tamarah P. Prevost and Andrew F. Kirtley.

Dated: December 8, 2022               **COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Tamarah P. Prevost*
    JOSEPH W. COTCHETT
    TAMARAH P. PREVOST
    ANDREW F. KIRTLEY

*Attorneys for Defendants*