1  JONATHAN M. COUPAL, State Bar No. 107815
   TIMOTHY A. BITTLE, State Bar No. 112300
2  LAURA E. DOUGHERTY, State Bar No. 255855
   Howard Jarvis Taxpayers Foundation
3  1201 K Street, Suite 1030
   Sacramento, CA 95814
4  (916) 444-9950

5  Attorneys for Plaintiffs
   HOWARD JARVIS TAXPAYERS ASSN., et al.
6

7

8              UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE DIVISION
10

11 NATIONAL ASSN. FOR GUN RIGHTS,          No. 22-cv-00501-BLF
   *et al.*,
12
              Plaintiffs
13
         v.
14
   CITY OF SAN JOSE, *et al.*,
15
              Defendants
16 ———————————————————————

17 HOWARD JARVIS TAXPAYERS ASSN.,          No. 22-cv-02365-BLF
   *et al.*,
18
              Plaintiffs                   **[PROPOSED] ORDER GRANTING
19                                         MOTION AND REMANDING CASE TO
         v.                                STATE COURT**
20
   CITY OF SAN JOSE,
21                                         Date:   April 6, 2023
              Defendant                    Time:   9:00 a.m.
22                                         Judge: Hon. Beth Labson Freeman
                                           Dept:  San Jose Courtroom 3
23

24        Before the Court is a motion by plaintiffs Howard Jarvis Taxpayers Association,

25 et al., in consolidated Case No. 22-cv-02365-BLF, to remand the case back to state

26 court under 28 U.S.C. § 1447(c) for lack of jurisdiction and under 28 U.S.C. § 1341, on

27 grounds that the action seeks to restrain the levy or collection of a tax under State law

where an effective state court remedy exists.  The Court, having considered plaintiffs' moving papers, the opposition filed by defendant City of San Jose, and the arguments of counsel, good cause appearing therefor, hereby orders as follows:

      1.     The Court grants plaintiffs' motion to remand;

      2.     This action is remanded to the California Superior Court for the County of Santa Clara, Case No. 22CV395596.

      IT IS SO ORDERED.


DATED: _____, 2023

_____
Honorable Beth Labson Freeman
Judge, United States District Court,
Northern District of California