# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, et al., <br><br> Defendants. | Case No. 22-cv-00501-BLF <br><br> **ORDER STRIKING DEFENDANTS' OPPOSITION TO THE HJTA PLAINTIFFS' MOTION TO REMAND** |

On January 24, 2023, Defendants filed their opposition to the HJTA Plaintiffs' motion for remand. ECF No. 87. The brief is 15 pages, which exceeds the 10-page limit in the Court's Standing Order. *See* Standing Order Re Civil Cases § IV.A.4. The Court therefore STRIKES Defendants' opposition brief. Defendants SHALL file a corrected brief that complies with the Court's Standing Order by January 27, 2023.

**IT IS SO ORDERED.**

Dated: January 25, 2023

_____
BETH LABSON FREEMAN
United States District Judge