JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Defendants the City of San Jose, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL**,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**DECLARATION OF TAMARAH P. PREVOST IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE HJTA PLAINTIFFS' MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>Date:   N/A<br>Time:   N/A<br>Judge:  Hon. Beth Labson Freeman<br>Dept.:  San Jose Courthouse, Courtroom 3 (5th Floor) |
| **HOWARD JARVIS TAXPAYERS ASSOCIATION**, Silicon Valley Taxpayers Association, Silicon Valley Public Accountability Foundation, James Barry, and George Arrington,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, and all persons interested in the matter of San Jose Ordinance No. 30716, establishing an Annual Gun Harm Reduction Fee,<br><br>Defendants. | Case No. 5:22-cv-02365-BLF |

Declaration of Prevost ISO Defendants' Opposition to the HJTA Plaintiffs' Motion to Extend Time
Case No. 5:22-cv-00501-BLF

I, **TAMARAH P. PREVOST**, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice in this Court. I am a partner with the law firm of Cotchett, Pitre & McCarthy, LLP, and counsel for Defendants City of San Jose, Jennifer Maguire (in her official capacity as the San Jose City Manager), and the San Jose City Council (collectively, the "City") in this consolidated action.

2. The matters described herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

3. Before Thursday, January 26, 2023, I received no communication from any of the consolidated plaintiffs regarding the Court-ordered deadline of February 2, 2023.

4. On January 26, 2023, at 11:22 am, counsel for the Howard Jarvis Taxpayers Association, Silicon Valley Taxpayers Association, Silicon Valley Public Accountability Foundation, James Barry, and George Arrington (collectively, "HJTA") sent me an email, which reads in its entirety:

> Good morning Tamarah, Would you please stipulate to an extension of time for the Howard Jarvis Taxpayers Assn. plaintiffs to file an amended complaint? As you know, the Court set February 2, 2023, as our deadline based on the City's representation to the Court that it would have a nonprofit designated, and the fee amount set, by the end of December. Since that did not happen, the City itself would argue that any amended complaint filed now is premature and based on speculation about the City's intentions. I would like an extension until 30 days after the City files a Status Report indicating that a nonprofit has been designated and a firm fee amount set. Or, if you have a better proposal, I would be happy to consider it. If I don't hear from you by the end of the day, I will file a motion and tell the Court that the City denied our request for a stipulation. Thank you.

5. On January 26, 2023, at 11:24 am, I replied to Mr. Bittle via an email, which reads in its entirety: "Tim, It isn't reasonable to expect a response to this within one day. I am in a deposition today. We will respond tomorrow. Thanks."

6. On January 26, 2023, at 11:35 am, Mr. Bittle replied to me via an email, which reads in its entirety: "OK, but please call me early. I plan to file our motion tomorrow."

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration of Prevost ISO Defendants' Opposition to the HJTA Plaintiffs' Motion to Extend Time
Case No. 5:22-cv-00501-BLF                                                                                       1

7. On January 27, 2023, at 11:37 am, I replied to Mr. Bittle via email, which reads in its entirety: "Mr. Bittle – so I can properly evaluate your request, are you making it on behalf of just HJTA, or also the NAGR plaintiffs?"

8. On January 27, 2023, at 12:44 pm, Mr. Bittle replied to me via an email, which reads in its entirety: "HJTA only." That was the last communication that I received from Mr. Bittle on that day.

9. On January 27, 2023, at 3:16 pm, I received an ECF notification from the Court informing me that HJTA, through its counsel, had filed an administrative motion seeking an extension of time to file an amended complaint (the "Motion"). *See* ECF No. 90.

10. At no point prior to the filing of the Motion did I receive any communication from counsel for HJTA or the other plaintiffs, National Association for Gun Rights, Inc., and Mark Sikes (collectively, "NAGR"), indicating that HJTA and NAGR were in communication with each other regarding the filing or an amended consolidated complaint or the related Court-ordered deadline of February 2, 2023.

11. Approximately two hours after HJTA filed its Motion, counsel for NAGR contacted me via email about a potential stipulation to extend the deadline for plaintiffs to file an amended consolidated complaint. Counsel for NAGR and I had a further telephone conversation about this matter on January 30, 2023. Counsel for NAGR promised to discuss our conversation with his clients and get back to me, but as of the time of this filing I have not heard back from him.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct. Executed this 31st day of January 2023 at Burlingame, California.

*/s/ Tamarah P. Prevost*
TAMARAH P. PREVOST

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Prevost ISO Defendants' Opposition to the HJTA Plaintiffs' Motion to Extend Time
Case No. 5:22-cv-00501-BLF                                                                          2