# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No. 22-cv-00501-BLF<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO EXTEND TIME FOR FILING AMENDED COMPLAINT** |
| HOWARD JARVIS TAXPAYERS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>Defendant. | Case No. 22-cv-02365-BLF |

On January 27, 2023, the Howard Jarvis Taxpayer Association Plaintiffs ("HJTA Plaintiffs") filed an administrative motion seeking to change the deadline for filing the amended complaint. ECF No. 90 ("Mot."). The current deadline is February 2, 2022. ECF No. 81. Defendants oppose the motion. ECF No. 91 ("Opp."). Defendants note that the motion is filed only by the HJTA Plaintiffs; it is not joined by the National Association for Gun Rights, Inc. Plaintiffs ("NAGR Plaintiffs"). *Id.*

The Court consolidated the cases brought by the NAGR Plaintiffs and HJTA Plaintiffs on September 30, 2022. ECF No. 80. The Court ordered that the NAGR Plaintiffs and HJTA Plaintiffs file an amended consolidated complaint. ECF No. 81. The administrative motion for an extension of time was brought by only the HJTA Plaintiffs. *See* Mot. Because the NAGR

Plaintiffs did not join in the administrative motion for an extension of time, the Court DENIES the motion.

**IT IS SO ORDERED.**

Dated:  February 1, 2023

_____
BETH LABSON FREEMAN
United States District Judge

2