# EXHIBIT A

2/9/22, 11:42 AM  San José Mayor Statement on Historic Passing of First in the Nation Gun Violence Reduction Ordinance | Press Room | City of Sa…

Case 5:22-cv-00501-BLF   Document 29-1   Filed 03/02/23   Page 22 of 83

CONTENT ARCHIVE

## ARCHIVE OF MAYOR LICCARDO'S WRITING

To view a complete archive of Mayor Liccardo's first-person writing and opinion pieces, please visit his medium blog.

## MAYOR LICCARDO PHOTO ARCHIVE

To access this archive of photos featuring Mayor Liccardo -- including updated headshots -- please visit this photostream on Flikr.

## MAYOR LICCARDO VIDEO ARCHIVE

For a complete archive of Mayor Liccardo's videos of special events -- like the annual State of the City events -- please visit the Mayor's Youtube channel.

PRESS ROOM

## SAN JOSÉ MAYOR STATEMENT ON HISTORIC PASSING OF FIRST IN THE NATION GUN VIOLENCE REDUCTION ORDINANCE

Post Date:          01/25/2022 10:50 PM

**FOR IMMEDIATE RELEASE**

January 25, 2022

**Media Contact:**

Rachel Davis, Communications Director/Press Secretary, Office of Mayor Sam Liccardo, rachel.davis@sanjoseca.gov

SAN JOSÉ, CA - Today, San José City Council voted to become the first city, state, or jurisdiction in the nation to adopt a law requiring gun owners to have insurance coverage for their firearms, and use fees paid by gun owners to invest in evidence-based initiatives to reduce gun harm.  He released the following statement:

 "Tonight San José became the first city in the United States to enact an ordinance to require gun owners to purchase liability insurance, and to invest funds generated from fees paid by gun owners into evidence-based initiatives to reduce gun violence and gun harm.   Thank you to my council colleagues who continue to show their commitment to reducing  gun violence and its devastation in our community.  I am deeply grateful also to our advocacy and legal partners with Cotchett, Pitre & McCarthy, LLP,  EveryTown, Moms Demand Action, SAFE, the Gifford Law Alliance and many

others who work tirelessly to help us craft a constitutionally compliant path to mitigate the unnecessary suffering from gun harm in our community.  I look forward to supporting the efforts of others to replicate these initiatives across the nation."

### Statements of Support:

**Shannon Watts, Founder, Moms Demand Action**

"Following unthinkable tragedies from gun violence, San José has taken action that will save lives. Our grassroots volunteers have been proud to work hand-in-hand with the mayor, city council, and community partners to help get this innovative package of gun safety laws crafted and across the finish line."

**Rachel Michelson, Volunteer Leader with the California Chapter, Moms Demand Action, San José**

"Once again, San José has taken initiative to be a leader in the gun violence prevention movement. This ordinance is an innovative approach to address the costs of gun violence and incentivize safer practices that can help prevent firearm deaths and injuries. Other cities should follow San José's lead and prioritize safer cities."

**Ewan Barker Plummer, Volunteer Leader, Students Demand Action, Bay Area**

"This vote is a victory for gun safety. Thanks to the tireless advocacy of volunteers and commitment to gun safety from San José leaders San José is leading the charge against gun violence. We all want a safer San José, a safer California, and a safer nation. With this approach, we can move closer to that goal."

*Return to full list >>*

