# Exhibit F

BAY AREA

# Gun owners in San Jose must buy liability insurance under newly passed first-in-the-nation law

Lauren Hernández
Jan. 25, 2022Updated: Jan. 26, 2022 6:03 p.m.



This file photograph shows San Jose Mayor Sam Liccardo on Tuesday, March 24, 2015, in San Jose, Calif.
Santiago Mejia/The Chronicle

The San Jose City Council adopted a measure Tuesday night requiring gun owners in the South Bay city to buy liability insurance for their firearms, city officials said.

The ordinance — which city officials said marks the first such law for a city, state or other jurisdiction in the country — also calls for gun owners to pay fees that will be invested "into evidence-based initiatives to reduce gun violence and gun harm," San Jose Mayor Sam Liccardo said in a statement on Tuesday night.

According to the ordinance, "A person who resides in the City and owns or possesses a Firearm in the City shall obtain and continuously maintain in full force and effect a homeowner's, renter's or gun liability insurance policy from an admitted insurer or insurer as defined by the California Insurance Code, specifically covering losses or

https://www.sfchronicle.com/bayarea/article/Gun-owners-in-San-Jose-must-buy-liability-16804951.php

damages resulting from any negligent or accidental use of the Firearm, including but not limited to death, injury or property damage."

Residents who do not comply could have their firearms confiscated under the new law, which takes effect in six months.

The ordinance notes that each year 23,000 people in the U.S. die by firearm suicide, 14,000 die by firearm homicide and another 500 die from unintentional gun injuries.

- 

Liccardo thanked the council and advocacy groups including Moms Demand Action, SAFE, the Gifford Law Alliance and others for their commitment to "reducing gun violence and devastation in our community."

Liccardo said these groups helped "craft a constitutionally compliant path to mitigate the unnecessary suffering from gun harm in our community." He said that he will support other jurisdictions who choose to launch similar ordinances across the United States.

https://www.sfchronicle.com/bayarea/article/Gun-owners-in-San-Jose-must-buy-liability-16804951.php

Shannon Watts, the founder of Moms Demand Action, said in a statement that the ordinance will "save lives."

Ewan Barker Plummer, volunteer leader with the Bay Area chapter of Students Demand Action said the vote was "a victory for gun safety."

"We all want a safer San Jose, a safer California, and a safer nation," Barker Plummer said. "With this approach, we can move closer to that goal."

*Lauren Hernández is a San Francisco Chronicle staff writer.*
*Email: lauren.hernandez@sfchronicle.com Twitter: @ByLHernandez*

Written By
Lauren Hernández
Reach Lauren on
Lauren Hernández joined The San Francisco Chronicle in 2018. She covers breaking news, crime and general news. Previously, she was a breaking news reporter for the USA TODAY Network's Statesman Journal in Salem, Oregon. She studied journalism at San Jose State University. She is a member of the National Association of Hispanic Journalists. Hernández has bylines in the Silicon Valley Business Journal and The Desert Sun. Her journalism has received awards in California and Oregon.

https://www.sfchronicle.com/bayarea/article/Gun-owners-in-San-Jose-must-buy-liability-16804951.php

EXHIBIT "G"