1  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
2  TAMARAH P. PREVOST (SBN 313422)
   tprevost@cpmlegal.com
3  ANDREW F. KIRTLEY (SBN 328023)
   akirtley@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
5  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
6  Telephone: (650) 697-6000
   Fax: (650) 697-0577
7

8  *Attorneys for Defendants City of San Jose, et al.*

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a nonprofit corporation, and **MARK SIKES**, an individual,<br><br>And<br><br>**HOWARD JARVIS TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION,** a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, **CITY OF SAN JOSE CITY COUNCIL**, and **ALL PERSONS INTERESTED** in the matter of San Jose Ordinance No. 30716, establishing an Annual Gun Harm Reduction Fee,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**DECLARATION OF TAMARAH P. PREVOST IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>Date:      June 15, 2023<br>Time:      9:00 a.m.<br>Judge:    Hon. Beth Labson Freeman<br>Courtroom: San Jose Courthouse,<br>                 Courtroom 3 (5th Floor) |

Declaration of Tamarah P. Prevost ISO Defendants' Motion to Dismiss Plaintiffs' Consolidated SAC
Case No. 5:22-cv-00501-BLF

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

I, **Tamarah P. Prevost**, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice in this Court. I am a partner with the law firm of Cotchett, Pitre & McCarthy, LLP ("CPM") and counsel for Defendants City of San Jose, et al. ("City" of "San Jose") in this action. The matters described herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. The activities undertaken by the City to implement the Ordinance are publicly available. *See, e.g.*, *City Manager Regulations For The Reduction of Gun Harm Ordinance* (October 21, 2022), *available at* https://www.sjpd.org/home/showpublisheddocument/732/638018715451770000 ("CMO Regulations"); *Memorandum from Sarah Zárate to San Jose Mayor and City Council Re: Gun Harm Reduction Ordinance Update* (July 1, 2022), *available at* https://www.sanjoseca.gov/home/showpublisheddocument/87508 ("July Memorandum"). The City has also been and remains committed to providing Plaintiffs and the Court with Status Reports to provide timely and complete information about the City's efforts to implement the Ordinance.

3. Each of the three Status Reports that the City has filed in this action have been drafted and filed after detailed consultation between myself and several City staff, including the City Manager's Office. *See* ECF No. 78 (Aug. 17, 2022); ECF No. 82 (Oct. 25, 2022); ECF No. 85 (Jan 6, 2023).

4. In the City's most recent Status Report, filed on January 6, 2023 (the "January 2023 Status Report"), the City provided an update of the progress it has made in implementing both the Fee and Insurance requirements under the Ordinance.

5. As was set forth in the January 2023 Status Report, the Ordinance's Insurance requirement has been fully implemented.

6. As for the Ordinance's Fee requirement, I have conferred with the City Manager's Office as recently as the day of this filing. The January 2023 Status Report is still the most up-to-date recitation of the City's efforts to implement the Fee requirement. There are no additional material developments that have occurred regarding implementation of the Fee requirement

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration of Tamarah P. Prevost ISO Defendants' Motion to Dismiss Plaintiffs' Consolidated SAC
Case No. 5:22-cv-00501-BLF                                                                                                    1

1  between when the January 2023 Status Report was filed (January 6, 2023) and the date of this
2  filing (February 16, 2023).
3       7.     The City remains committed to filing additional status reports in the future on an
4  ongoing basis to ensure the Court and the Plaintiffs in this action are notified as the City completes
5  any future implementation activities related to the Ordinance.

7       I declare under penalty of perjury under the laws of California and the United States that
8  the foregoing is true and correct. Executed this 16th day of February 2023 at Burlingame,
9  California.

                             */s/ Tamarah P. Prevost*
                             TAMARAH P. PREVOST

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Tamarah P. Prevost ISO Defendants' Motion to Dismiss Plaintiffs' Consolidated SAC
Case No. 5:22-cv-00501-BLF    2