JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Defendants the City of San Jose, et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a nonprofit corporation, and **MARK SIKES**, an individual,<br><br>And<br><br>**HOWARD JARVIS TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION,** a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, **CITY OF SAN JOSE CITY COUNCIL**, and **ALL PERSONS INTERESTED** in the matter of San Jose Ordinance No. 30716, establishing an Annual Gun Harm Reduction Fee,<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT UNDER RULES 12(b)(1) AND 12(b)(6)**<br><br>Date:         June 15, 2023<br>Time:        9:00 a.m.<br>Judge:       Hon. Beth Labson Freeman<br>Courtroom: San Jose Courthouse,<br>                    Courtroom 3 (5th Floor) |

1  The Court, having fully considered the papers and arguments presented by the parties and the
2  filings in the case, and good cause having been shown, hereby **GRANTS** Defendants' Motion to Dismiss
3  Plaintiffs' Consolidated Second Amended Complaint under Federal Rules of Civil Procedure 12(b)(1)
4  and 12(b)(6) ("Motion"), and hereby orders as follows:
5  **ORDERED**, that the Motion is **GRANTED**.

**Insurance Requirement**

7  The City of San Jose 2022 Gun Harm Reduction Ordinance, San Jose Muni. Code
8  §§ 10.32.200-10.32.25 ("Ordinance"), requires that covered gun owners residing in San Jose obtain and
9  maintain certain liability insurance under § 10.32.210 (the "Insurance Requirement"). Plaintiffs the
10 National Association for Gun Rights, Inc., and Mark Sikes (collectively, the "NAGR Plaintiffs") bring
11 claims in Consolidated Second Amended Complaint ("SAC") facially challenging the Insurance
12 Requirement as violative of their rights under the Second and Fourteenth Amendments to the U.S.
13 Constitution. However, the NAGR Plaintiffs' claims challenging in the Insurance Requirement fail
14 under the test articulated by the U.S. Supreme Court in *New York State Rifle & Pistol Ass'n, Inc. v.*
15 *Bruen*, 142 S. Ct. 2111 (2022) ("*Bruen*"), and must be dismissed under Federal Rule of Civil Procedure
16 ("Rule") 12(b)(6) for failure to state a claim upon which relief may be granted. Because the NAGR
17 Plaintiffs have already been given leave to amend this claim and failed to state a plausible claim in the
18 SAC, the Court concludes that granting further leave to amend would be unwarranted and futile. The
19 NAGR Plaintiffs' derivative declaratory relief claim fails and shall be dismissed for the same reason.
20 Thus, it is hereby:
21 **FURTHER ORDERED**, that the First Claim for Relief in the SAC brought under 42 U.S.C.
22 § 1983, to the extent it rests on a claim that the Insurance Requirement violates the Second and
23 Fourteenth Amendments to the U.S. Constitution, is **DISSMISSED WITH PREJUDICE** under Rule
24 12(b)(6) for failure to state a claim upon which relief may be granted; and it is
25 **FURTHER ORDERED**, that the Third Claim for Relief in the SAC brought under 28 U.S.C.
26 §§ 2201-2202, to the extent it rests on a claim that the Insurance Requirement violates the Second and
27
28

Fourteenth Amendments to the U.S. Constitution, is **DISSMISSED WITH PREJUDICE** under Rule 12(b)(6) for failure to state a claim upon which relief may be granted..

### The Fee Requirement

The Ordinance also requires that covered gun owners residing in San Jose pay an annual Gun Harm Reduction Fee ("Fee") under San Jose Muni. Code § 10.32.215 (the "Fee Requirement"). The NAGR Plaintiffs and the Plaintiffs Howard Jarvis Tax Association, Silicon Valley Taxpayers Association, Silicon Valley Public Accountability Foundation, Jim Barry, George Arrington (collectively, the "HJTA Plaintiffs") both bring claims in the SAC facially challenging the Fee Requirement as violative of their rights under the Second and Fourteenth Amendments to the U.S. Constitution. However, the NAGR Plaintiffs' claims challenging in the Fee Requirement fail under the test articulated by the U.S. Supreme Court *in New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) ("*Bruen*") and must be dismissed under Federal Rule of Civil Procedure ("Rule") 12(b)(6) for failure to state a claim upon which relief may be granted, in part because Plaintiffs fail to plausibly allege that the annual $25 Fee is impermissibly "exorbitant" within the meaning of *Bruen*. *See Bruen*, 142 S. Ct. at 2138 n.9. Because Plaintiffs have already been given leave to amend this claim and failed to state a plausible claim in the SAC, the Court concludes that granting further leave to amend would be unwarranted and futile. The NAGR Plaintiffs' derivative declaratory relief claim fails and shall be dismissed for the same reason.

Because the NAGR Plaintiffs have already been given leave to amend these claims and failed to state a plausible claim, the Court concludes that granting further leave to amend would be unwarranted and futile. Thus, it is hereby:

**FURTHER ORDERED**, that the First Claim for Relief in SAC brought under 42 U.S.C. § 1983, to the extent it rests on a claim that the Fee Requirement violates the Second and Fourteenth Amendments to the U.S. Constitution, is **DISSMISSED WITH PREJUDICE** under Rule 12(b)(6) for failure to state a claim upon which relief may be granted, in light of the U.S. Supreme Court's decision in *Bruen*.

|   |   |
|---|---|
| 1 | **FURTHER ORDERED**, that the Second Claim for Relief in the SAC brought under 42 U.S.C. § 1983, which rests on a claim that that the Fee Requirement violates the First and Fourteenth Amendments to the U.S. Constitution, is **DISSMISSED WITHOUT PREJUDICE** for lack of ripeness. |

**FURTHER ORDERED**, that the Second Claim for Relief in the SAC brought under 42 U.S.C. § 1983, which rests on a claim that that the Fee Requirement violates the First and Fourteenth Amendments to the U.S. Constitution, is **DISSMISSED WITHOUT PREJUDICE** for lack of ripeness.

**FURTHER ORDERED**, that the Third and Fifth Claims for Relief in the SAC brought under 28 U.S.C. §§ 2201-2202, to the extent it rests on a claim that the Fee Requirement violates the First and Fourteenth Amendments to the U.S. Constitution doctrine is **DISSMISSED WITHOUT PREJUDICE** for lack of ripeness.

**FURTHER ORDERED**, that the Fourth Claim for Relief in the SAC brought under 28 U.S.C. §§ 2201-2202, to the extent it rests on a claim that the Fee Requirement violates the First and Fourteenth Amendments to the U.S. Constitution, is **DISSMISSED WITH PREJUDICE** under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

**FURTHER ORDERED**, that the Fifth Claim for Relief in the SAC brought under 28 U.S.C. §§ 2201-2202, to the extent it rests on a claim that the Fee Requirement violates the First and Fourteenth Amendments to the U.S. Constitution, is **DISSMISSED WITH PREJUDICE** under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

**FURTHER ORDERED**, that the Sixth Claim for Relief in the SAC brought under 28 U.S.C. §§ 2201-2202, to the extent it rests on a claim that the Fee Requirement violates the First and Fourteenth Amendments to the U.S. Constitution, is **DISSMISSED WITH PREJUDICE** under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

**FURTHER ORDERED**, that the Seventh Claim for Relief in the SAC brought under 28 U.S.C. §§ 2201-2202, to the extent it rests on a claim that the Fee Requirement violates the First and Fourteenth Amendments to the U.S. Constitution, is **DISSMISSED WITH PREJUDICE** under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

DATED: _____, 2023

                                               _____
                                               HON. BETH LABSON FREEMAN
                                               UNITED STATES DISTRICT COURT JUDGE