1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  MICHAEL A. COLUMBO (SBN: 271283)
3  mcolumbo@dhillonlaw.com
   MARK P. MEUSER (SBN: 231335)
4  mmeuser@dhillonlaw.com
   DHILLON LAW GROUP INC.
5  177 Post Street, Suite 700
6  San Francisco, California 94108
   Telephone: (415) 433-1700
7
8  DAVID A. WARRINGTON*
   dwarrington@dhillonlaw.com
9  CURTIS M. SCHUBE*
   cschube@dhillonlaw.com
10 DHILLON LAW GROUP INC.
   2121 Eisenhower Avenue, Suite 402
11 Alexandria, VA 22314
12 Telephone: (571) 400-2121

13 *Admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a non-profit corporation, and **MARK SIKES,** an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE,** a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**NOTICE OF WITHDRAWL OF ATTORNEY CURTIS SCHUBE** |



Notice of Withdrawl of Attorney Curtis Schube					5:22-cv-00501-BLF

TO:     The Clerk of the Court and to All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT after February 24, 2023, Curtis Schube will no longer be associated with the law firm of Dhillon Law Group, Inc. and herby withdraws as counsel for Plaintiffs. Mr. Schube should be removed from the Court's service list with respect to this action. The law firm of Dhillon Law Group, Inc. continues to represent Plaintiffs, and should continue to be reflected as counsel. All future correspondence and papers in this action should continue to be directed to Harmeet K. Dhillon, Michael A. Columbo, Mark P. Meuser and David A. Warrington.

Dated: February 23, 2023

By: /s/ *Harmeet K. Dhillon*
Harmeet K. Dhillon
Michael A. Columbo
Mark P. Meuser
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
(415) 433-1700

David A. Warrington (*pro hac vice*)
Curtis M. Schube (*pro hac vice*)
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
(571) 400-2121

*Attorneys for Plaintiffs*