AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| National Association for Gun Rights, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:22-cv-00501-BLF |
| City of San Jose, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brady, as amicus curiae.

Date: 02/23/2023

/s/ Gretchen Hoff Varner
*Attorney's signature*

Gretchen Hoff Varner
*Printed name and bar number*
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533

*Address*

ghoffvarner@cov.com
*E-mail address*

(415) 591-6000
*Telephone number*

(415) 591-6091
*FAX number*