GRETCHEN HOFF VARNER (Bar No. 284980)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ghoffvarner@cov.com

Attorney for Amicus Curiae

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a nonprofit corporation, and **MARK SIKES**, an individual,<br><br>And<br><br>**HOWARD JARVIS TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION**, a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL** in the matter of San Jose Ordinance No. 30716, establishing an Annual Gun Harm Reduction Fee,<br><br>Defendants. | Civil Case Number: 5:22-cv-00501-BLF<br><br>**BRADY'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE AN AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>Date: June 15, 2023<br>Time: 9:00 a.m.<br>Judge: Honorable Beth Labson Freeman<br>Dept.: San Jose Courthouse, Courtroom 3 (5th Floor) |

Brady moves for leave to appear as *amicus curiae* and to file the attached brief in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint in the above-captioned matter. Brady has obtained consent to file this motion from Defendants. Plaintiffs Howard Jarvis Taxpayers Association, Silicon Valley Public Accountability Foundation, Jim Barry, and George Arrington have declined to consent.[1] As of the time of this filing, Plaintiffs National Association for Gun Rights, Inc. and Mark Sikes have not yet responded to Brady's request for consent.

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds*, *Sandin v. Conner*, 515 U.S. 472 (1995). When courts exercise their discretion to appoint *amici*, "there is no rule that amici must be totally disinterested." *Funbus Sys., Inc. v. State of Cal. Pub. Utilities Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986). Instead, *amici* are valuable wherever they can perform their "classic role" of "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

Brady is the nation's most longstanding nonpartisan, nonprofit organization dedicated to reducing gun violence through education, research, and legal advocacy. Brady has a substantial interest in ensuring that the Constitution is construed to protect Americans' fundamental right to live. Brady also has a substantial interest in protecting the authority of democratically elected officials to address the nation's gun violence epidemic. Brady has filed *amicus* briefs in many cases involving the regulation of firearms, including *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022); *District of Columbia v. Heller*, 554 U.S. 570 (2008); and *Bauer v. Becerra*, 858 F.3d 1216, 1219 (9th Cir. 2017).

---

[1] Plaintiffs Howard Jarvis Taxpayers Association, et al. declined to consent on the ground that Brady should have answered the "reverse-validation" count in its complaint instead of filing an amicus brief. However, Brady does not have a presence in the City of San Jose, and was not required to answer the amended complaint.

Multiple decisions have cited Brady's research and expertise on these issues. *See, e.g., U.S. v. Hayes*, 555 U.S. 415 (2009); *McDonald v. City of Chicago*, 561 U.S. 742, 858 (Stevens, J., dissenting).

Here, Brady seeks to assist the Court in deciding this important matter by adding to the parties' briefing on the ways that the Ordinance's insurance and fee requirements do not implicate the Second Amendment, and would be constitutional even if they did. Brady's proposed brief will explain in greater detail how the insurance and fee requirements work; show how, properly understood, neither requirement burdens Second Amendment conduct; and survey relevant historical sources to demonstrate that any minimal burden that the requirements might impose is fully consistent with the Nation's history of Second Amendment regulation. As an organization that closely examines innovative legal approaches to gun violence, Brady is well-positioned to add to the briefing on these important gun-related issues.

For the foregoing reasons, Brady respectfully requests that the Court grant this motion and accept for filing the accompanying *amicus curiae* brief.

Dated: February 23, 2023

Respectfully Submitted,

**COVINGTON & BURLING LLP**

/s/  Gretchen Hoff Varner
GRETCHEN HOFF VARNER (Bar No. 284980)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ghoffvarner@cov.com
*Attorney for Amicus Curiae*

OF COUNSEL

**COVINGTON & BURLING LLP**
SUZAN CHARLTON*
JAMES FITCH*
ELIZABETH UPTON*
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000

Brady's Motion For Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint
Case Number: 5:22-cv-00501-BLF

3

Email: scharlton@cov.com
jhfitch@cov.com
eupton@cov.com

**BRADY**
DOUGLAS N. LETTER*
SHIRA LAUREN FELDMAN*
840 First Street, NE
Suite 400
Washington, DC 20002
Telephone: (202) 370-8100
Email: dletter@bradyunited.org
sfeldman@bradyunited.org

*Attorneys for Amicus Curiae*
*\* Not admitted in this Court*

Brady's Motion For Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint
Case Number: 5:22-cv-00501-BLF

4

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/  Gretchen Hoff Varner

Gretchen Hoff Varner (Bar No. 284980)

Brady's Motion For Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint
Case Number: 5:22-cv-00501-BLF

5