GRETCHEN HOFF VARNER (Bar No. 284980)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ghoffvarner@cov.com

Attorney for Amicus Curiae

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a nonprofit corporation, and **MARK SIKES**, an individual,<br><br>And<br><br>**HOWARD JARVIS TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION**, a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE**, a public entity, **JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL** in the matter of San Jose Ordinance No. 30716, establishing an Annual Gun Harm Reduction Fee,<br><br>Defendants. | Civil Case Number: 5:22-cv-00501-BLF<br><br>**[PROPOSED] ORDER GRANTING BRADY'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE AND TO FILE AN AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>Date: June 15, 2023<br>Time: 9:00 a.m.<br>Judge: Honorable Beth Labson Freeman<br>Dept.: San Jose Courthouse, Courtroom 3 (5th Floor) |

[PROPOSED] Order Granting Brady's Motion For Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint
Case Number: 5:22-cv-00501-BLF

1

**[PROPOSED] ORDER**

Before the Court is the Brady's Motion for Leave to Appear as Amicus Curiae and to File an Amicus Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint. Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the Motion is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT** the amicus brief submitted in connection with the Motion is deemed filed.

Dated:_____                                                    _____

                                                                                                   Hon. Beth Labson Freeman