HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

DAVID A. WARRINGTON (*pro hac vice*)
dwarrington@dhillonlaw.com
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: (571) 400-2121

*Attorneys for Plaintiffs National Association for Gun Rights, Inc., et al.*

JONATHAN M. COUPAL (SBN: 107815)
TIMOTHY A. BITTLE (SBN: 112300)
LAURA E. DOUGHERTY (SBN: 255855)
**HOWARD JARVIS TAXPAYERS FOUNDATION**
1201 K. Street, Suite 1030
Sacramento, CA 95814
(916) 444-9950

*Attorney for Plaintiffs Howard Jarvis Taxpayers Assn., et al.*

JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Defendants City of San Jose, et al.*

[Case caption follow on next page]



# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual,<br><br>And<br><br>**HOWARD JARVIS TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION**, a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>        Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**JOINT STIPULATION AND PROPOSED ORDER (1) EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (ECF # 95); AND (2) JOINT REQUEST FOR A NEW CASE MANAGEMENT SCHEDULING ORDER**<br><br>Courtroom: 3-5th Floor<br>Judge: Honorable Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022 |



1 | SUBJECT TO THE COURT'S APPROVAL, and pursuant to L.R. 6-2, the Plaintiffs—National Association For Gun Rights, Inc., Mark Sikes, Howard Jarvis Taxpayers Assn., Silicon Valley Taxpayers Assn., Silicon Valley Public Accountability Foundation, Jim Barry, and George Arrington—and Defendants—City Of San Jose, Jennifer Maguire, in her official capacity as City Manager of the City of San Jose, and the City Of San Jose City Council—hereby stipulate and agree that the Plaintiffs' deadline to respond to Defendants' motion to dismiss (ECF #95) will be March 16, 2023, and the Defendants' deadline to reply will be March 30, 2023. This is a two-week extension for both responses and replies.

The parties also stipulate, agree, and request that the Court vacate each of the future dates set forth in the Case Management Scheduling Order (ECF # 58), which was entered before consolidation. The parties further request that the Court set a Case Management Conference after the Court rules on Defendants' currently pending Motion to Dismiss the Amended Consolidated Complaint (ECF # 95, 96), for the purpose of setting a new trial date and all other attendant dates thereto.

[Signatures on Next Page]

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 28, 2023 | DHILLON LAW GROUP INC. |
| 3 | | |
| 4 | | By:  /s/ Harmeet K. Dhillon |
| 5 | | Harmeet K. Dhillon |
| | | Michael A. Columbo |
| 6 | | Mark P. Meuser |
| 7 | | David A. Warrington (pro hac vice) |
| 8 | Dated: February 28, 2023 | HOWARD JARVIS TAXPAYERS FOUNDATION |
| 9 | | |
| 10 | | By:  /s/ Timothy A. Bittle |
| | | Jonathan M. Coupal |
| 11 | | Timothy A. Bittle |
| 12 | | Laura E. Dougherty |
| 13 | | |
| 14 | Dated: February 28, 2023 | COTCHETT, PITRE & McCARTHY, LLP |
| 15 | | |
| 16 | | By:  /s/ Tamarah P. Prevost |
| | | Joseph W. Cotchett |
| 17 | | Tamarah P. Prevost |
| | | Andrew F. Kirtley |

## DECLARATION OF MICHAEL A. COLUMBO

I, Michael A. Columbo, declare that counsel have met and conferred about this stipulation. That counsel whose signatures are reflected on the preceding page gave approval to this stipulation.

Pursuant to Local Rule 6-2, I further declare that the reasons for the requested enlargement of time have to do with accommodating the press of business on counsel, that there have been no previous time modifications in this case, and that I would describe the effect of the time modification requested here as being minimal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2023.

/s/ Michael A. Columbo