1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual,<br><br>And<br><br>**HOWARD JARVIS TAXPAYERS ASSN.,** a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.,** a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION**, a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual,<br><br>     Plaintiffs,<br><br>     v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>     Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**[ PROPOSED] ORDER (1) EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (ECF # 95); AND (2) GRANTING JOINT REQUEST FOR A NEW CASE MANAGEMENT SCHEDULING ORDER** |



Joint Stipulation To Extend Time                    5:22-cv-00501-BLF

1   SUBJECT TO THE COURT'S APPROVAL, and pursuant to L.R. 6-2, the Plaintiffs—National

2   Association For Gun Rights, Inc., Mark Sikes, Howard Jarvis Taxpayers Assn., Silicon Valley

3   Taxpayers Assn., Silicon Valley Public Accountability Foundation, Jim Barry, and George Arrington—

4   and Defendants—City Of San Jose, Jennifer Maguire, in her official capacity as City Manager of the

5   City of San Jose, and the City Of San Jose City Council—hereby stipulate and agree that the Plaintiffs'

6   deadline to respond to Defendants' motion to dismiss (ECF #95) will be March 16, 2023, and the

7   Defendants' deadline to reply will be March 30, 2023. This is a two-week extension for both responses

8   and replies.

9   The parties also stipulate, agree, and request that the Court vacate each of the future dates set

10  forth in the Case Management Scheduling Order (ECF # 58), which was entered before consolidation.

11  The parties further request that the Court set a Case Management Conference after the Court rules on

12  Defendants' currently pending Motion to Dismiss the Amended Consolidated Complaint (ECF # 95,

13  96), for the purpose of setting a new trial date and all other attendant dates thereto.

14  PURSUANT TO THE STIPULATION, IT IS SO ORDERED, the Court sets a Case

15  Management Conference for _____.

16

17  DATED:_____          _____

18                              Hon. Beth Labson Freeman
                                United States District Judge

19

20

21

22

23

24

25

26

27

28

Joint Stipulation To Extend Time                                    5:22-cv-00501-BLF