1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  MICHAEL A. COLUMBO (SBN: 271283)
   mcolumbo@dhillonlaw.com
3  MARK P. MEUSER (SBN: 231335)
   mmeuser@dhillonlaw.com
4  **DHILLON LAW GROUP INC.**
5  177 Post Street, Suite 700
   San Francisco, California 94108
6  Telephone: (415) 433-1700
7
8  DAVID A. WARRINGTON (*pro hac vice*)
   dwarrington@dhillonlaw.com
9  DHILLON LAW GROUP INC.
   2121 Eisenhower Avenue, Suite 402
10 Alexandria, VA 22314
   Telephone: (571) 400-2121
11
12 *Attorneys for Plaintiffs National Association for Gun Rights, Inc., et al.*
13 JONATHAN M. COUPAL (SBN: 107815)
14 TIMOTHY A. BITTLE (SBN: 112300)
   LAURA E. DOUGHERTY (SBN: 255855)
15 **HOWARD JARVIS TAXPAYERS FOUNDATION**
   1201 K. Street, Suite 1030
16 Sacramento, CA 95814
17 (916) 444-9950
18 *Attorney for Plaintiffs Howard Jarvis Taxpayers Assn.,*
   *et al.*
19
20 JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
21 TAMARAH P. PREVOST (SBN 313422)
   tprevost@cpmlegal.com
22 ANDREW F. KIRTLEY (SBN 328023)
23 akirtley@cpmlegal.com
   **COTCHETT, PITRE & McCARTHY, LLP**
24 San Francisco Airport Office Center
25 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
26 Telephone: (650) 697-6000
   Fax: (650) 697-0577
27
28 *Attorneys for Defendants City of San Jose, et al.*
                    [Case caption follow on next page]



# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual,<br><br>And<br><br>**HOWARD JARVIS TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION**, a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual,<br><br>      Plaintiffs,<br><br>      v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>      Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**JOINT STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS (ECF # 95) TO AUGUST 24, 2023**<br><br>Courtroom: 3-5th Floor<br>Judge: Honorable Beth Labson Freeman<br><br>Complaint Filed: January 25, 2022 |



1  SUBJECT TO THE COURT'S APPROVAL, and pursuant to L.R. 7-7(b), the Plaintiffs—
2  National Association For Gun Rights, Inc., Mark Sikes, Howard Jarvis Taxpayers Assn., Silicon Valley
3  Taxpayers Assn., Silicon Valley Public Accountability Foundation, Jim Barry, and George Arrington—
4  and Defendants—City Of San Jose, Jennifer Maguire, in her official capacity as City Manager of the
5  City of San Jose, and the City Of San Jose City Council—HEREBY STIPULATE AND AGREE that
6  the hearing on Defendants' motion to dismiss (ECF #95), currently set for June 15, 2023, at 9:00 a.m.
7  be continued to August 24, 2023, at 9:00 am.
8  [Signatures on Next Page]

Dated: April 11, 2023          DHILLON LAW GROUP INC.

                                                     By:  /s/ Michae A. Columbo
                                                     Harmeet K. Dhillon
                                                     Michael A. Columbo
                                                     Mark P. Meuser
                                                     David A. Warrington (pro hac vice)

Dated: April 11, 2023          HOWARD JARVIS TAXPAYERS FOUNDATION

                                                     By:  /s/ Timothy A. Bittle
                                                     Jonathan M. Coupal
                                                     Timothy A. Bittle
                                                     Laura E. Dougherty

Dated: April 11, 2023          COTCHETT, PITRE & McCARTHY, LLP

                                                     By:  /s/ Tamarah P. Prevost
                                                     Joseph W. Cotchett
                                                     Tamarah P. Prevost
                                                     Andrew F. Kirtley

DECLARATION OF MICHAEL A. COLUMBO

I, Michael A. Columbo, declare that counsel have met and conferred about this stipulation and that counsel whose signatures are reflected on the preceding page gave approval to this stipulation.

Pursuant to Local Rule 6-2, I declare that the reasons for the requested extension of time have to do with accommodating my schedule, as I will be out of the country on the date that the hearing on Defendants' Motion to Dismiss (ECF # 95) was scheduled. I further declare that the only previous time modification in this case was a two-week extension for responses and replies relating to this same motion (ECF # 95), and that I would describe the effect of the time modification requested here as being minimal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2023.

/s/ Michael A. Columbo