1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a non-profit corporation, and **MARK SIKES,** an individual,<br><br>And<br><br>**HOWARD JARVIS TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION**, a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>Defendants. | Case No. 5:22-cv-00501-BLF<br><br>**[ PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS (ECF # 95) TO AUGUST 24, 2023** |



Proposed Order on Joint Stipulation to Continue Hearing          5:22-cv-00501-BLF

1  Pursuant to L.R. 7-7(b), the Plaintiffs—National Association For Gun Rights, Inc., Mark Sikes, Howard Jarvis Taxpayers Assn., Silicon Valley Taxpayers Assn., Silicon Valley Public Accountability Foundation, Jim Barry, and George Arrington—and Defendants—City Of San Jose, Jennifer Maguire, in her official capacity as City Manager of the City of San Jose, and the City Of San Jose City Council—STIPULATED AND AGREED that the hearing on Defendants' motion to dismiss (ECF #95), currently set for June 15, 2023, at 9:00 a.m., be continued to August 24, 2023, at 9:00 am.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED, the Court sets the hearing on Defendants' Motion to Dismiss (ECF # 95) for August 24, 2023, at 9:00 a.m.

_____
_____
_____
_____

DATED:_____                    _____
                                      Hon. Beth Labson Freeman
                                      United States District Judge

---

1

Proposed Order on Joint Stipulation to Continue Hearing                    5:22-cv-00501-BLF