# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No. 22-cv-00501-BLF<br><br>**ORDER DENYING REQUEST TO CONTINUE HEARING AND VACATING HEAIRNG** |

On April 14, 2023, the parties filed a joint stipulation seeking to continue the hearing on Defendant's motion to dismiss. ECF No. 105. The hearing is currently set for June 15, 2023, and the parties seek to continue the hearing until August 24, 2023. *Id.* The Court DENIES the request. The Court's civil law and motion calendars are full for the summer months. The Court has determined that Defendants' motion to dismiss (ECF No. 95) is suitable for disposition without oral argument. *See* Civ. L.R. 7-1(b). The hearing previously set for June 15, 2023 is VACATED, and the motion is hereby SUBMITTED for decision.

**IT IS SO ORDERED.**

Dated: April 17, 2023

_____
BETH LABSON FREEMAN
United States District Judge