HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
JEREMIAH D. GRAHAM (SBN: 313206)
jgraham@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

DAVID A. WARRINGTON (*pro hac vice*)
dwarrington@dhillonlaw.com
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: (571) 400-2121

*Attorneys for Plaintiffs National Association for Gun Rights, Inc., and Mark Sikes*

JONATHAN M. COUPAL (SBN: 107815)
TIMOTHY A. BITTLE (SBN: 112300)
LAURA E. DOUGHERTY (SBN: 255855)
Howard Jarvis Taxpayers Foundation
1201 K Street, Suite 1030
Sacramento, CA 95814
Telephone: (916) 444-9950
Email: tim@hjta.org

*Attorneys for Howard Jarvis Taxpayers Association, Silicon Valley Public Accountability Foundation, Silicon Valley Taxpayers Association, Inc., George Arrington, and James Barry*

[Case caption follows on next page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.**, a nonprofit corporation, and **MARK SIKES,** an individual, <br><br> And <br><br> **HOWARD JARVIS TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION**, a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,** <br><br> Defendants. | Case Number: 5:22-cv-00501-BLF <br><br> **PLAINTIFFS' NOTICE OF INTENT NOT TO AMEND COMPLAINT** |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that ALL PLAINTIFFS—National Association for Gun Rights, Inc., Mark Sikes, Howard Jarvis Taxpayers Association, Silicon Valley Public Accountability Foundation, Silicon Valley Taxpayers Association, Inc., George Arrington, and James Barry

(hereinafter, the "Plaintiffs")—will not amend the consolidated complaint herein and file this notice to give "the district court an opportunity to… **enter an order dismissing the action, one that is clearly appealable**." *Lopez v. City of Needles, Cal.*, 95 F.3d 20, 22 (9th Cir. 1996) (emphasis added). The Plaintiffs respond with this "formal notice of [their] intent not to amend" so that "the threatened dismissal" will "ripen[] into a final, appealable judgment." *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: July 27, 2023 | DHILLON LAW GROUP INC. |
|  | By:   /s/ Michael A. Columbo  <br>         Harmeet K. Dhillon  <br>         Michael A. Columbo  <br>         Mark P. Meuser  <br>         David A. Warrington*  <br>         Jeremiah D. Graham  <br>         *Admitted *pro hac vice*. |
|  | *Attorneys for the National Association for Gun Rights and Mark Sikes* |
| Date: July 27, 2023 | HOWARD JARVIS TAXPAYERS FOUNDATION |
|  | By:   /s/ Timothy A. Bittle  <br>         Jonathan M. Coupal  <br>         Timothy A. Bittle  <br>         Laura E. Dougherty |
|  | *Attorneys for Howard Jarvis Taxpayers Association, Silicon Valley Public Accountability Foundation, Silicon Valley Taxpayers Association, Inc., George Arrington, and James Barry* |

## CERTIFICATION

I hereby certify that on July 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this action. I hereby certify that Timothy A. Bittle reviewed and approved the use of his electronic signature on this document.

By: /s/ Michael A. Columbo
Michael A. Columbo