# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., et al.,

      Plaintiffs,

v.

CITY OF SAN JOSE, et al.,

      Defendants.

Case No. 22-cv-00501-BLF

**ORDER DISMISSING CASE**

On July 13, 2023, the Court issued an Order Granting Defendant's Motion to Dismiss With Leave to Amend in Part and Without Leave to Amend in Part. ECF No. 107. The Court dismissed Claims 1, 4, 5, 6, and 7 without leave to amend; it dismissed Claim 2 with leave to amend; and it dismissed Claim 3 with leave to amend in part and without leave to amend in part. *Id.* at 22.

The Ninth Circuit has explained that "[o]rdinarily an order dismissing a complaint but not dismissing the action is not appealable under section 1291 unless circumstances make it clear that the court concluded that the action could not be saved by an amendment of the complaint." *Lopez v. City of Needles, Cal.*, 95 F.3d 20, 22 (9th Cir. 1996) (quoting *Hoohuli v. Ariyoshi*, 741 F.2d 1169, 1171 n.1 (9th Cir. 1984)). Therefore, "an order dismissing a complaint was not appealable where it was not shown that the trial court had found that the plaintiffs could not save the action by amendment." *Id.* (citing *Proud v. United States*, 704 F.2d 1099, 1100 (9th Cir. 1983)). "Unless a plaintiff files in writing a notice of intent not to file an amended complaint, such dismissal order is not an appealable final decision." *Id.* The "filing of such notice gives the district court an opportunity to reconsider, if appropriate, but more importantly, to enter an order dismissing the action, one that is clearly appealable." *Id.*

1   Plaintiffs have filed a notice of their intent not to amend the complaint. ECF No. 108.
2 Therefore, the Court enters this Order DISMISSING the action in its entirety. The purpose of this
3 Order is to serve as "a final decision of the purposes of 28 U.S.C. § 1291." *See Lopez*, 95 F.3d at
4 23.

5   **IT IS SO ORDERED.**

7   Dated: July 28, 2023

_____
BETH LABSON FREEMAN
United States District Judge