## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

Name of U.S. District Court: | Northern District of California

U.S. District Court case number: | 5:22-cv-00501-BLF

Date case was first filed in U.S. District Court: | 01/25/2022

Date of judgment or order you are appealing: | 07/13/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

National Association for Gun Rights, Inc.; Mark Sikes

Is this a cross-appeal? ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes   ● No

If Yes, what is the prior appeal case number?

Your mailing address:

177 Post St.

Ste. 700

City: San Francisco   State: CA   Zip Code: 94108

Prisoner Inmate or A Number (if applicable):

**Signature**   **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

National Association for Gun Rights, Inc.; Mark Sikes

Name(s) of counsel (if any):

Harmeet K. Dhillon; Michael A. Columbo; Mark P. Meuser; David A. Warrington;

Address: 177 Post St., Ste. 700, San Francisco, CA 94108

Telephone number(s): 415-433-1700

Email(s): harmeet@dhillonlaw.com; MColumbo@dhillonlaw.com; MMeuser@d

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

City of San Jose; Jennifer Maguire; City of San Jose Council

Name(s) of counsel (if any):

Joseph W. Cotchett; Andrew F. Kirtley; Tamarah P. Prevost

Address: 840 Malcolm Road, Suite 200, Burlingame, CA 94010

Telephone number(s): 650-697-6000

Email(s): jcotchett@cpmlegal.com; akirtley@cpmlegal.com; tprevost@cpmlegal.

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

### Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

### Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                              *Rev. 12/01/2018*