HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
MICHAEL A. COLUMBO (SBN: 271283)
mcolumbo@dhillonlaw.com
MARK P. MEUSER (SBN: 231335)
mmeuser@dhillonlaw.com
JEREMIAH D. GRAHAM (SBN: 313206)
jgraham@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700

DAVID A. WARRINGTON (*pro hac vice*)
dwarrington@dhillonlaw.com
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: (571) 400-2121

*Attorneys for Plaintiffs National Association for Gun Rights, Inc., and Mark Sikes*

JONATHAN M. COUPAL (SBN: 107815)
TIMOTHY A. BITTLE (SBN: 112300)
LAURA E. DOUGHERTY (SBN: 255855)
Howard Jarvis Taxpayers Foundation
1201 K Street, Suite 1030
Sacramento, CA 95814
Telephone: (916) 444-9950
Email: tim@hjta.org

*Attorneys for Howard Jarvis Taxpayers Association, Silicon Valley Public Accountability Foundation, Silicon Valley Taxpayers Association, Inc., George Arrington, and James Barry*

[Case caption follows on next page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** a nonprofit corporation, and **MARK SIKES,** an individual,<br><br>And<br><br>**HOWARD JARVIS TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY TAXPAYERS ASSN.**, a nonprofit corporation, **SILICON VALLEY PUBLIC ACCOUNTABILITY FOUNDATION**, a nonprofit corporation, **JIM BARRY**, an individual, and **GEORGE ARRINGTON**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SAN JOSE, a public entity, JENNIFER MAGUIRE**, in her official capacity as City Manager of the City of San Jose, and the **CITY OF SAN JOSE CITY COUNCIL,**<br><br>Defendants. | Case Number: 5:22-cv-00501-BLF<br><br>**PLAINTIFFS NOTICE THAT NO ADDITIONAL TRANSCRIPTS WILL BE ORDERED** |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that ALL PLAINTIFFS/APPELLANTS—National Association for Gun Rights, Inc., Mark Sikes, Howard Jarvis Taxpayers Association, Silicon Valley Public Accountability Foundation, Silicon Valley Taxpayers Association, Inc., George Arrington, and

James Barry (hereinafter, the "Plaintiffs/Appellants")—will not be ordering additional transcripts, and designate Dkt. Nos. 76 & 79 from Case No. 5:22-cv-00501, and Dkt. No. 28 from Case No. 5:22-cv-02365 as transcripts designated for appeal that have already been e-filed.

The only other hearing in this case was an initial case management conference, held on April 28, 2022, and Plaintiffs have decided not to order the transcript from this hearing because it is not necessary for the appeal.

Respectfully submitted,

Date: September 14, 2023          DHILLON LAW GROUP INC.

By:   /s/ Michael A. Columbo
   Harmeet K. Dhillon
   Michael A. Columbo
   Mark P. Meuser
   David A. Warrington*
   Jeremiah D. Graham
   *Admitted *pro hac vice*.

   *Attorneys for the National Association for Gun Rights and Mark Sikes*

Date: September 14, 2023          HOWARD JARVIS TAXPAYERS FOUNDATION

By:   /s/ Timothy A. Bittle
   Jonathan M. Coupal
   Timothy A. Bittle
   Laura E. Dougherty

   *Attorneys for Howard Jarvis Taxpayers Association, Silicon Valley Public Accountability Foundation, Silicon Valley Taxpayers Association, Inc., George Arrington, and James Barry*

## CERTIFICATION

I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this action. I hereby certify that Timothy A. Bittle reviewed and approved the use of his electronic signature on this document.

By: /s/ Michael A. Columbo
Michael A. Columbo